Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice admission pending)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiff Ashley Parham*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, | Case No.: |
| Plaintiff, | |
| v. | CERTIFICATE OF INTERESTED PARTIES |
| SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," Kristina Khorram, Shane Pearce, John Does 1-3 and Jane Doe, | (Civil L.R. 3-15) |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: October 15, 2024          /s/ *Shawn R. Perez, Esq.*
                                               SHAWN R. PEREZ, ESQ.

                                    /s/ *Ariel Mitchell, Esq.*
                                               ARIEL MITCHELL, ESQ.

                                    *Attorneys for Plaintiff*

1

2 <u>**CERTIFICATE OF SERVICE**</u>

3     I HEREBY CERTIFY that on the 15th day of October, 2024, the undersigned served the

4 foregoing on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court

5 using the CM/ECF system, which was served via electronic transmission by the Clerk of Court

6 pursuant to local order.

7

8

9                                                     /s/ *Shawn R. Perez, Esq.*

10                                                    SHAWN R. PEREZ, ESQ.

11                                                    /s/ *Ariel Mitchell, Esq.*

12                                                    ARIEL MITCHELL, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28