# Exhibit "A"

Outlook

### Re: Cease and Desist on Behalf of Sean Combs

**From** Ariel Mitchell <ariel@arielesq.com>
**Date** Wed 1/8/2025 4:30 AM
**To** Erica Wolff <EWolff@shertremonte.com>
**Cc** Michael Tremonte <MTremonte@shertremonte.com>; Anna Estevao <AEstevao@shertremonte.com>

Ms. Wolff-

First, my name is Ariel Mitchell. Please ONLY refer to me as Ms. Mitchell, not Ms. Mitchell-Kidd. The fact that you cannot even get my name right goes to the heart of your disingenuous nature of your client and everyone around him.

You and/or Mr. Combs CANNOT and WILL NOT threaten ME especially not with the poorly drafted letter and facts enumerated in your letter.

This will be my only response.

Since you are here, will you be waiving service on behalf of my clients Ms. Parham and Ms. Grayson? Are you even authorized to do so or are you only authorize to send letters full of empty threats?


Namaste,


Ariel E. Mitchell, Esq.
The Law Office of Ariel E. Mitchell, P.A.
P.O. Box 12864
Miami, FL 33101
arielesq.com
305-903-5835

**From:** Erica Wolff <EWolff@shertremonte.com>
**Sent:** Monday, January 6, 2025 8:46 PM
**To:** Ariel Mitchell <ariel@arielesq.com>
**Cc:** Michael Tremonte <MTremonte@shertremonte.com>; Anna Estevao <AEstevao@shertremonte.com>
**Subject:** Cease and Desist on Behalf of Sean Combs

Ms. Mitchell-Kidd,

Please see attached correspondence.

-Erica Wolff



### Erica A. Wolff
**Sher Tremonte LLP**

90 Broad Street, 23rd Floor | New York, NY 10004

ewolff@shertremonte.com   |   tel: 212.202.2679   |   fax: 212.202.4156

www.shertremonte.com

  

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

# Exhibit "B"



**E! Online**
https://www.eonline.com › News

**Sean "Diddy" Combs Files $50 Million Defamation Lawsuit ...**
Jan 23, 2025 — In addition to the accuser, **Combs is suing their attorney Ariel Mitchell** and Nexstar Media Group, which is the parent company of NewsNation, for ...

**Vocal**
https://vocal.media › geeks › sean-combs-pushes-back-...

**Sean Combs pushes back with a 50 million dollar lawsuit ...**
Jan 23, 2025 — On Wednesday, **Combs filed a defamation lawsuit in New York federal court** against Nexstar Media Inc. (NewsNation), Courtney Burgess, and attorney Ariel Mitchell.

## What people are saying



BBC Sounds - Diddy has filed a $50 million dollar lawsuit...

4 reactions

BBCSounds
Facebook · 1 day ago

**11:49**
Diddy Files $50 Million Defamation Lawsuit Against Accuser for Exposing Alleged Celebrities Tapes

37.3K+ views

Chronicle Speaks
YouTube · 2 weeks ago

**8:38**
Diddy Sues Ariel Mitchell & Her Client Courtney Burgess for $50M|Fighting Back Against Alleged Lies!

1K+ views

Chronicles of The G...
YouTube · 2 weeks ago

1  2  3  4  5  6  7  8  9  10   Next

Help   Send feedback   Privacy   Terms