Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiff Ashley Parham*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, JOHN DOES 1-3 AND JANE DOE. | Case No.: 24-cv-07191 (RFL) <br><br><br> [PROPOSED] ORDER |

**IT IS SO ORDERED** that the January 14, 2025 order, will be modified as follows:

1. Plaintiff will have 30 days to file an amended complaint, on or before March 7, 2025.

2. Plaintiff will thereafter have the statutory period to comply with service as of the date of the amended complaint.

Date: _____         _____

United States Magistrate Judge

---

PLAINTIFF'S MOTION TO EXTEND TIME