DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
TYLER DOWNING (SBN 339537)
tdowning@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:  310-282-2200

Counsel for Defendant
DREW DESBORDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COMBS, KRISTINA KHORRAMN, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES, JACQUELYN WRIGHT, HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 3:24-CV-07191-RFL<br><br>Assigned to Hon. Rita F. Lin<br><br>**DECLARATION OF DREW DESBORDES**<br><br>Date:     June 17, 2025<br>Time:    10:00 a.m.<br>Crtrm:   15<br><br>Complaint Filed:        10/15/24 |

# DECLARATION OF DREW DESBORDES

I, Drew Desbordes, declare:

1. I am a named defendant in the above-captioned lawsuit. I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. I read Plaintiff's Amended Complaint. Plaintiff alleged that she was attacked on March 23, 2018 by a group of men, including me, in Orinda, California. Plaintiff's allegations against me are false.

3. I have never met Plaintiff. I have never been to Orinda, California. I was not in Orinda, California on March 23, 2018. On that date – and all of March 2018 – I was in Georgia, not California.

4. In March 2018, I was twenty-three years old. I was living in my mother's home in Duluth, Georgia. I was working as a waiter in local restaurants. I was not a celebrity.

5. Plaintiff's allegations state that the group of men who attacked her included a number of other public figures. I knew none of them in 2018.

6. I have attached as **Exhibit 1** to my declaration a true and correct copy of my Bank of America checking account statement for March 10, 2018, to April 9, 2018. The statement reflects that, on March 23, 2018, I purchased gas at a Shell station located in Loganville, Georgia. All of my ATM and debit-card transaction reflected on the statement occurred in Georgia.

7. I have attached as **Exhibit 2** to my declaration a true and correct copy of a screenshot of my Instagram account dated June 12, 2018 at 7:50 PM. As of that date, which is months after the alleged incident, I had 2,534 Instagram followers.

8. I have attached as **Exhibit 3** to my declaration a true and correct copy a photograph dated March 10, 2018 at 9:23 PM. The photograph shows that I

completed an escape room with my mother and sisters at Breakout Games in Atlanta, Georgia on that date.

9. I have attached **Exhibit 4** to my declaration a true and correct copy of a photograph dated April 1, 2018 at 4:09 PM. The photograph shows I ate lunch with my extended family at the Cracker Barrel in Snellville, Georgia on that date.

10. I have attached as **Exhibit 5** to my declaration a true and correct copy of my Equifax Employment Data Report showing Employer Information for Outback Steakhouse. As confirmed by the report, during March 2018, I worked as a server at Outback Steakhouse.

11. I have attached as **Exhibit 6** to my declaration a true and correct copy of my Equifax Employment Data Report showing Employer Information for Darden Restaurants, Inc., which owns Longhorn Steakhouse. As confirmed by the report, during March 2018 I interviewed for, and received, a job at Longhorn Steakhouse in Johns Creek, Georgia.

12. I have attached as **Exhibit 7** to my declaration a true and correct copy of an email dated March 23, 2018, from DONOTREPLY@darden.com to me. I had interviewed for a job as a server at Longhorn Steakhouse and, as confirmed by this email, the Longhorn Steakhouse asked me to complete my new hire forms before starting my first day of work.

13. I have attached as **Exhibit 8** to my declaration a true and correct copy of a letter from Darden Restaurants, Inc. As reflected in the letter, my "Most Recent Start Date" at Longhorn Steakhouse was "03/25/2018." I did begin working at Longhorn Steakhouse in Johns Creek, Georgia, on March 25, 2018.

14. I have attached as **Exhibit 9** to my declaration a true and correct copy of a photograph dated April 2, 2018. As reflected in the photograph, I took a photograph outside my mother's house, where I was living, in Duluth, Georgia. I took the photograph to show my mother that the trash collectors had been leaving garbage on the property after the weekly trash removal.

15. I have attached as **Exhibit 10** to my declaration a true and correct copy of my telephone call activity records provided by Verizon. The phone bill is under my mother's name, but the number listed is the number I used in 2018. These records show that from March 19, 2018 to March 30, 2018, all calls made by me originated in Georgia.

16. I have attached as **Exhibit 11** to my declaration a true and correct copy of a current telephone bill (covering February 27, 2025 to March 26, 2025) provided by Verizon. The bill shows that I still have the same telephone number that I was using in 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17th, 2025, at Los Angeles CA.

_____
Drew Desbordes