# EXHIBIT 1



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

DREW ALEXANDER DESBORDES

DULUTH, GA

**Customer service information**

Customer service: 1.800.432.1000
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086
bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your BofA Core Checking

for March 10, 2018 to April 9, 2018
**DREW ALEXANDER DESBORDES**

Account number:

### Account summary

| | |
|---|---:|
| Beginning balance on March 10, 2018 | $0.84 |
| Deposits and other additions | 205.00 |
| ATM and debit card subtractions | -119.93 |
| Other subtractions | -85.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 9, 2018** | **$0.91** |

PULL: B  CYCLE: 5  SPEC: 0  DELIVERY: P  TYPE:  IMAGE: A  BC: GA

Page 1 of 4

**Bank of America** | Your checking account

DREW ALEXANDER DESBORDES  |  Account #  |  March 10, 2018 to April 9, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/12/18 | Zelle Transfer Conf# XXXXXXXXX; | 90.00 |
| 03/19/18 | Zelle Transfer Conf# 48eb1c0b5; DESBORDES, CHERYL | 15.00 |
| 03/20/18 | Zelle Transfer Conf# XXXXXXXXX; | 20.00 |
| 03/21/18 | Zelle Transfer Conf# b6dc2502a; DESBORDES, CHERYL | 10.00 |
| 03/26/18 | Zelle Transfer Conf# XXXXXXXXX; | 20.00 |
| 03/29/18 | Zelle Transfer Conf# LL3RQBXO6; | 10.00 |
| 04/02/18 | Zelle Transfer Conf# 4b4f2afef; DESBORDES, CHERYL | 20.00 |
| 04/02/18 | Zelle Transfer Conf# 2894410fd; DESBORDES, CHERYL | 20.00 |

**Total deposits and other additions** $205.00

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 03/15/18 | CHECKCARD 0314 MCDONALD'S F10790 DULUTH GA 05140488073720048921722 | -3.81 |
| 03/16/18 | SHELL Service 03/15 #000266042 PURCHASE SHELL Service S SNELLVILLE GA | -2.00 |
| 03/20/18 | CHECKCARD 0319 COLDSTONE 20531 DULUTH GA 55548078079286000000133 | -12.13 |
| 03/20/18 | BKOFAMERICA ATM 03/20 #000003125 WITHDRWL MEDLOCK-ABBOTTS DULUTH GA | -20.00 |
| 03/21/18 | CHECKCARD 0320 MCDONALD'S F10790 DULUTH GA 05140488079720048400200 | -2.12 |
| 03/21/18 | CK 2211926 03/21 #000695972 PURCHASE 10965 MEDLOCK BRI DULUTH GA | -6.00 |
| 03/23/18 | SHELL Service 03/23 #000618296 PURCHASE SHELL Service S LOGANVILLE GA | -4.00 |
| 03/26/18 | KROGER 381 03/26 #000505263 PURCHASE 3455 PEACHTREE DULUTH GA | -1.83 |
| 03/26/18 | KROGER FUEL CT 03/26 #000100267 PURCHASE 3455 PEACHTREE IN DULUTH GA | -8.00 |
| 03/26/18 | KROGER 381 03/26 #000503844 PURCHASE 3455 PEACHTREE DULUTH GA | -2.03 |
continued on the next page

Invest online with professional portfolio management by Merrill Lynch



MERRILL EDGE
Bank of America Corporation

Visit merrilledge.com/invest to pursue your goal with Merrill Edge Guided Investing.

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and consists of the Merrill Edge Advisory Center® (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, investment advisor, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. ©2017 Bank of America Corporation

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-07-17-0554.B | ARPFXLMX