# EXHIBIT 2

**June 12, 2018**

7:50 PM

 druski2funny ⌄     

1733 profile visits in the last 7 days



| **43**<br>posts | **2,534**<br>followers | **720**<br>following |

Promote    Edit Profile    ⚙

**DRUSKI** 😂 😭
Comedian
God 1st 🙏
TRYNA MAKE THE 🌍 LAUGH
www.preciseearz.com/will-atlantas-druski2funny-be-the-next-big-ig-comedian/

Followed by _teddy1savage_, og.leeci, _staysteddy + 14 more

    

+                🎥 BTS        MY CRZYA...     How Rappe...     😭😭

New

**Email**

   

