# EXHIBIT 3

March 10, 2018
9:23 PM

