# EXHIBIT 4

Snellville
April 1, 2018  4:09 PM

