# EXHIBIT 5



# The Work Number®
## Employment Data Report

03/11/2025

Dear DREW,

Your Employment Data Report includes all employment and income data in your file and a list of all verifiers who have requested your data in the past 24 months. An important document titled "A Summary of Your Rights Under the Fair Credit Reporting Act" is included below. Great care has been taken to report this information correctly. If you would like to dispute your data, please visit https://theworknumber.com/solutions/consumers/employee-data-dispute.

The information provided in this document is an unofficial report, intended for personal use by the employee-recipient only. Using this document for consumer verification purposes is not an authorized use of this document and does not meet industry verification standards. If someone is asking you to provide verification of employment or income, please direct them to www.theworknumber.com. If you need further assistance or wish to dispute any information in your Employment Data Report, please contact our Client Service Center at 866-222-5880 Monday through Friday 8am-7pm CT or go to https://theworknumber.com/solutions/consumers/employee-data-dispute. Please reference case number 971368404273. If you wish, you may also contact your employer(s) at the address indicated in each employment record. Certain fields within The Work Number verifications may be unavailable if the employer did not report the information; if the information provided by the employer was determined to be inaccurate, incomplete or unverifiable; or if applicable laws or regulations prevent the disclosure of the information.

Sincerely,
The Work Number Service Team

Attachment
MM, MS

971368404273                                                                                          Page 1 of 33

450 South Orange Avenue, Suite 800  
Orlando, FL 32801

For data post 8/23/2024, please go to ER code?10385058.

?

?

**Section 6**

# Employer Information for Outback Steakhouse

**Source:** Outback Steakhouse

| Employee Information | |
|---|---|
| Employee Name | DREW A DESBORDES |
| Date of Birth | ▆▆▆▆ |
| SSN | XXX XX ▆▆▆▆ |
| Employee Address | ▆▆▆▆ , DULUTH , GA , ▆▆▆▆ |
| Employee Phone Number | |

| Employer Information | |
|---|---|
| Employer Name | Outback Steakhouse |
| Employment Status | No Longer Employed |
| Information Current as of | 03/02/2018 |
| Employer Code | 13779 |
| Employer Address | 2202 N. Westshore Blvd , Suite 500 , Tampa , FL , 33607 |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Job Title | DTOGO |
| Total Time with Employer | |
| FEIN | 593549811 |
| Division | 1 |
| Work Location (Job Site) | 2202 NORTH WEST SHORE BLVD , SUITE 500 , TAMPA , FL , 33607 |
| Union Affiliation | |
| Rate of Pay | $8.00 Hourly |
| Average Hours per Pay Period | 80.00 |
| Original Hire Date | 07/27/2015 |
| Most Recent Start Date | 02/02/2018 |
| Date of Termination | 02/21/2018 |
| Reason for Termination | |

Unofficial Report Employee Personal Use Only.

## Yearly Income Summary

| | 2018 | 2015 |
|---|---|---|
| Base Pay | $405.52 | $318.53 |
| Overtime | $0.00 | $0.00 |
| Commission | $0.00 | $0.00 |
| Bonuses | $0.00 | $0.00 |
| Other | $180.58 | $76.75 |
| Holiday | | |

| | | |
|---|---|---|
| Pension | | |
| Shift Differential | | |
| Severance | | |
| Stock(Vested) | | |
| Sick | | |
| Vacation | | |
| Tips | | |
| Total Pay | $586.10 | $395.28 |

Unofficial Report Employee Personal Use Only.

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 02/12/2018 | 02/25/2018 | 03/02/2018 | 36.75 | $456.93 | $217.85 |
| 01/29/2018 | 02/11/2018 | 02/16/2018 | 17.82 | $129.17 | $119.29 |
| 08/03/2015 | 08/16/2015 | 08/21/2015 | 42.86 | $276.02 | $159.39 |
| 07/20/2015 | 08/02/2015 | 08/07/2015 | 16.45 | $119.26 | $107.06 |

## Pay Period Income Detail - 02/25/2018

| | |
|---|---|
| Total Gross Earnings | $456.93 |
| Pension | |
| Other Income | $0.00 |

### 💲 Pay Period Withholding Detail - 02/25/2018

| | |
|---|---|
| Federal Tax | $15.50 |
| State Tax | $8.04 |
| Local Tax | $0.00 |
| Social Security | $28.33 |
| Medicare | $6.63 |
| Retirement/401k | $0.00 |
| Cafeteria Plan | $0.00 |
| Garnishments | $0.00 |
| Other Withholding | $180.58 |

### 💲 Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

### 💲 Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | 80.00 |
| Pay Cycle | Bi-weekly |
| Payroll Deduction for All Insurance Coverage | |

### 🧰 Workers' Compensation

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| **Receiving Workers' Compensation** | No |
| **Carrier** | |
| **Date of Inquiry** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | No |

## Employer Level Disclaimer

**VOI:** This is a general message that appears on all verifications. Garnishment requests should be sent to:
OSI Restaurant Services, Inc
2202 N West Shore Blvd
Ste 500
Tampa, FL 33607

**Other income may include: Tips, Retro, Severance, Vacation**
Please note: The hire dates contained within these verifications reflect the Most Recent Hire Date for the associate. It does not provide historical dates of employment if there was a service break over 90 days.

SPECIAL INFORMATION ABOUT THIS EMPLOYER: If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 59-3549811, which this employer has identified as the corporate level FEIN associated with their account. The Work Number is in the process of adding individual recored level information to the FEIN field in the verification. If there is a number displayed in the FEIN field from the above verification and it differs from the one appearing in this disclaimer message, please use the number from the FEIN field in the verification, as it is employee-specific.

Please note employees must work a minimum of 1560 hours during an annual timeframe of October to October in order to be eligible for Employer sponsored benefits. If an employee does not meet this requirement they are not eligible for our program.

Please note: Due to a Payroll system conversion that took place on 9/29/2012 YTD totals from the existing payroll system needed to be added to the new one. This resulted in a Pay Period detail entry for all associates showing the total wages paid from 1/1/2012 - 9/29/2012. This should not be used in calculation for an employee's earnings as they have already been accounted for in the YTD totals reflected on the verification.

**VOE:** This is a general message that appears on all verifications. Garnishment requests should be sent to:
OSI Restaurant Services, Inc
2202 N West Shore Blvd
Ste 500
Tampa, FL 33607

**Other income may include: Tips, Retro, Severance, Vacation**
Please note: The hire dates contained within these verifications reflect the Most Recent Hire Date for the associate. It does not provide historical dates of employment if there was a service break over 90 days.

SPECIAL INFORMATION ABOUT THIS EMPLOYER: If the message "Data Not Provided" is displayed in the Federal Employer ID Number (FEIN) field for the verification above, please use 59-3549811, which this employer has identified as the corporate level FEIN associated with their account. The Work Number is in the process of adding individual recored level information to the FEIN field in the verification. If there is a number displayed in the FEIN field from the above verification and it differs from the one appearing in this disclaimer message, please use the number from the FEIN field in the verification, as it is employee-specific.

Please note employees must work a minimum of 1560 hours during an annual timeframe of October to October in order to be eligible for Employer sponsored benefits. If an employee does not meet this requirement they are not eligible for our program.

Please note: Due to a Payroll system conversion that took place on 9/29/2012 YTD totals from the existing payroll system needed to be added to the new one. This resulted in a Pay Period detail entry for all associates showing the total wages paid from 1/1/2012 - 9/29