# EXHIBIT 6

**EQUIFAX**

# The Work Number®
## Employment Data Report

03/11/2025

Dear DREW,

Your Employment Data Report includes all employment and income data in your file and a list of all verifiers who have requested your data in the past 24 months. An important document titled "A Summary of Your Rights Under the Fair Credit Reporting Act" is included below. Great care has been taken to report this information correctly. If you would like to dispute your data, please visit https://theworknumber.com/solutions/consumers/employee-data-dispute.

The information provided in this document is an unofficial report, intended for personal use by the employee-recipient only. Using this document for consumer verification purposes is not an authorized use of this document and does not meet industry verification standards. If someone is asking you to provide verification of employment or income, please direct them to www.theworknumber.com. If you need further assistance or wish to dispute any information in your Employment Data Report, please contact our Client Service Center at 866-222-5880 Monday through Friday 8am-7pm CT or go to https://theworknumber.com/solutions/consumers/employee-data-dispute. Please reference case number 971368404273. If you wish, you may also contact your employer(s) at the address indicated in each employment record. Certain fields within The Work Number verifications may be unavailable if the employer did not report the information; if the information provided by the employer was determined to be inaccurate, incomplete or unverifiable; or if applicable laws or regulations prevent the disclosure of the information.

Sincerely,
The Work Number Service Team

Attachment
MM, MS

# Employer Information for Darden Restaurants, Inc.

**Source:** Darden Restaurants, Inc.

## Employee Information

| | |
|---|---|
| Employee Name | Drew A Desbordes |
| Date of Birth | ▮▮▮▮▮▮▮ |
| SSN | XXX XX ▮▮▮▮ |
| Employee Address | ▮▮▮▮▮▮▮▮▮ , Duluth , GA , ▮▮▮▮ |
| Employee Phone Number | |

## Employer Information

| | |
|---|---|
| Employer Name | Darden Restaurants, Inc. |
| Employment Status | No Longer Employed |
| Information Current as of | 04/20/2018 |
| Employer Code | 11533 |
| Employer Address | 1000 Darden Center Drive , Orlando , FL , 32837 |
| Job Title | Server |
| Total Time with Employer | |
| FEIN | 591219168 |
| Division | LHUSA |
| Work Location (Job Site) | |
| Union Affiliation | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Rate of Pay | $2.13 Hourly |
| Average Hours per Pay Period | |
| Original Hire Date | 03/25/2018 |
| Most Recent Start Date | 03/25/2018 |
| Date of Termination | 04/10/2018 |
| Reason for Termination | |

## Yearly Income Summary

| | 2018 |
|---|---|
| Base Pay | $222.22 |
| Overtime | |
| Commission | |
| Bonuses | |
| Other | $227.65 |
| Holiday | |
| Pension | |
| Shift Differential | |
| Severance | |
| Stock(Vested) | |
| Sick | |

Unofficial Report Employee Personal Use Only.

| | |
|---|---|
| Vacation | |
| Tips | |
| Total Pay | $449.87 |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 04/09/2018 | 04/15/2018 | 04/20/2018 | 3.00 | $35.08 | $5.20 |
| 04/02/2018 | 04/08/2018 | 04/13/2018 | 25.00 | $322.86 | $58.11 |
| 03/26/2018 | 04/01/2018 | 04/06/2018 | 12.00 | $91.93 | $81.97 |

## Pay Period Income Detail - 04/15/2018

| | |
|---|---|
| Total Gross Earnings | $35.08 |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - 04/15/2018

| | |
|---|---|
| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |

*Unofficial Report Employee Personal Use Only.*

| | |
|---|---|
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

### 💲 Pay Increase Information

| | |
|---|---|
| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

### 💲 Income & Deductions

| | |
|---|---|
| Average Hours Per Pay Period | |
| Pay Cycle | Weekly |
| Payroll Deduction for All Insurance Coverage | |

### Medical Insurance

| | |
|---|---|
| Insurance Available | Yes |
| Employee Eligible | Yes |
| Reason for Ineligibility | Not Applicable |
| Employee Enrolled | |
| Coverage Start Date | |
| Coverage Termination Date | |
| Carrier Name | |

*Unofficial Report Employee Personal Use Only.*

| | |
|---|---|
| Carrier Address | |
| Carrier Phone Number | |
| Carrier Policy Number | |
| Group Number | |
| Coverage Level | |
| Annual Cost | $ |
| Dependent Coverage Available | |
| Per Pay Period Cost to Add Dependent | |
| Number of Dependents Covered | 0 |
| Participating in COBRA | |
| Next Open Enrollment Date | |
| Dependents | |

## 🦷 Dental Insurance

| | |
|---|---|
| Insurance Available | |
| Employee Eligible | |
| Employee Enrolled | |
| Carrier Name | |
| Carrier Phone Number | |
| Carrier Policy Number | |

## 👁 Vision Insurance

| | |
|---|---|
| Insurance Available | |

*Unofficial Report Employee Personal Use Only.*

| |
|---|
| Employee Eligible |
| Employee Enrolled |
| Carrier Name |
| Carrier Phone Number |
| Carrier Policy Number |

### Workers' Compensation

| |
|---|
| Receiving Workers' Compensation |
| Carrier |
| Date of Inquiry |
| Date of Award |
| Claim Number |
| Claim Pending |

## Employer Level Disclaimer

**SSV:**
\*\*?If your employee worked for RUTH'S HOSPITALITY GROUP INC. prior to 12/25/23, you can find historical wages under employer code 21817. \*\*

Darden Restaurants, Inc. is a Florida corporation and is the parent company of GMRI, Inc. GMRI, Inc. and its subsidiaries own and operate restaurants in the United States and Canada doing business under the brand names Olive Garden, LongHorn Steakhouse, Cheddar's Scratch Kitchen, Yard House, Bahama Breeze, The Capital Grille, Seasons 52, Eddie V's, and Wildfish Seafood Grille.

Employees that have been rehired will have a most recent hire date different than the original hire date. Managers in California (excluding General Managers) are paid hourly. Overtime hours, whether paid at 1.5 times or 2 times the regular rate of pay, are broken out separately on an employee's pay stub.

Garnishment

Please send all garnishment requests to: Darden Corporation, ATTN: Payroll Garnishments, 1000 Darden Center Drive, Orlando, FL 32837 or PO Box 695018, Orlando, FL 32869-5018.

Bonus

The Bonus Plan will continue as long as it supports Darden's business plan and is appropriate for the company's strategic growth objectives. However, as with any of our incentive programs, it is subject to change or termination at the sole discretion of the company. There will be an annual re-evaluation of the actual payout percentages to assess if the projected bonus payments are still delivering at targeted busienss plan level of performance.