# EXHIBIT 8

Darden Restaurants, Inc.

1000 Darden Center Drive
Orlando , FL 32837

## IMMIGRATION LETTER

Information current as of : 04/20/2018

**March 11, 2025**

To whom it may concern,

Please see the details below provided by **Darden Restaurants, Inc.**.

**Name:** Drew A Desbordes

**Employment Status:** No longer active as of 04/10/2018

**Job Title:** Server

**Original Hire Date:** 03/25/2018

**Most Recent Start Date:** 03/25/2018

**Total Time With Employer:** 0 Years, 1 Months

**Rate of Pay:** $2.13 Hourly

**Gross Total Income (Year to Date):** $0.00

Sincerely,

Darden Restaurants, Inc.

The Immigration Verification is only valid for use by the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, and Foreign Government Agencies and Embassies. The verification above is a summary of data provided to The Work Number by the employer stated above. If any of the listed information is missing, it is because the employer did not provide this information for inclusion in The Work Number. Information not provided by the employer is shown as "Data Not Provided."

This document is not suitable for use by lending institutions, credit agencies, pre-employment firms, property managers, or other private industry or social service agency entities who are determining an individual's eligibility for any employment, credit, governmental benefit or other purposes authorized under the FCRA. This letter does not comply with the underwriting requirements of Fannie Mae or Freddie Mac, nor does it satisfy other standards typically required for private industry and social service agency verifications. Visit theworknumber.com to obtain an official verification from The Work Number.

For questions, Call: 1-800-996-7566
Hearing impaired clients may call 1-800-424-0253 / TTY

www.theworknumber.com