# EXHIBIT 10



Billing period Mar 13, 2018 to Apr 12, 2018 | Account # ▇▇▇ | Invoice # 7670417118

# Cheryl Desbordes
404.405.▇▇▇ | iPhone 6S

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 19 | 8:13 AM | 678.234.▇ | Duluth, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 19 | 8:21 AM | 678.234.▇ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 19 | 11:20 AM | 770.718.▇ | Duluth, GA | Gainesvl, GA | 1 | -- | -- | -- |
| Mar 19 | 12:44 PM | 678.777.▇ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 19 | 12:45 PM | 678.777.▇ | Duluth, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 19 | 2:07 PM | 678.234.▇ | Duluth, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 19 | 4:44 PM | 678.234.▇ | Duluth, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 19 | 5:04 PM | 678.234.▇ | Duluth, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 19 | 5:04 PM | 678.234.▇ | Duluth, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 19 | 7:51 PM | 678.381.▇ | Duluth, GA | Incoming, CL | 18 | -- | -- | -- |
| Mar 19 | 8:13 PM | 770.891.▇ | Duluth, GA | Atlanta NE, GA | 9 | -- | -- | -- |
| Mar 20 | 11:35 AM | 678.381.▇ | Duluth, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 20 | 3:51 PM | 678.357.▇ | Lilburn, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 20 | 3:53 PM | 678.357.▇ | Lilburn, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 20 | 3:54 PM | 678.357.▇ | Lilburn, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 20 | 4:28 PM | 678.357.▇ | Lithonia, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 20 | 4:45 PM | 404.261.▇ | Decatur, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 20 | 5:51 PM | 866.494.▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 20 | 6:15 PM | 310.651.▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 21 | 2:16 AM | 678.381.▇ | Duluth, GA | Atlanta NE, GA | 10 | -- | -- | -- |
| Mar 21 | 12:05 PM | 770.622.▇ | Duluth, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 21 | 12:29 PM | 770.622.▇ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 21 | 1:06 PM | 404.209.▇ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 21 | 2:15 PM | 678.234.▇ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 21 | 2:38 PM | 404.528.▇ | Duluth, GA | Atlanta, GA | 2 | -- | -- | -- |
| Mar 21 | 4:01 PM | 678.234.▇ | Duluth, GA | Atlanta NE, GA | 5 | -- | -- | -- |
| Mar 21 | 5:29 PM | 678.234.▇ | Duluth, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 21 | 5:58 PM | 770.718.▇ | Norcross, GA | Gainesvl, GA | 2 | -- | -- | -- |
| Mar 21 | 6:03 PM | 770.718.▇ | Norcross, GA | Gainesvl, GA | 1 | -- | -- | -- |
| Mar 21 | 11:44 PM | 678.381.▇ | Duluth, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 21 | 11:49 PM | 336.391.▇ | Duluth, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 1:07 PM | 678.381.▇ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 22 | 2:27 PM | 213.361.▇ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 22 | 2:47 PM | 646.830.▇ | Atlanta, GA | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Mar 22 | 2:57 PM | 678.234.▇ | Atlanta, GA | Atlanta NE, GA | 14 | -- | -- | -- |
| Mar 22 | 5:46 PM | 678.777.▇ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 22 | 5:47 PM | 770.374.▇ | Atlanta, GA | Gainesvl, GA | 1 | -- | -- | -- |
| Mar 22 | 5:47 PM | Unavailable | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 22 | 7:51 PM | 678.234.▇ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 22 | 7:56 PM | 678.381.▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 7:56 PM | 678.381.▇ | Atlanta, GA | Atlanta NE, GA | 4 | -- | -- | -- |
| Mar 22 | 8:01 PM | 678.234.▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 8:02 PM | 678.234.▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 8:04 PM | 678.234.▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 8:05 PM | 678.234.▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |

# verizon✓

Billing period Mar 13, 2018 to Apr 12, 2018  |  Account #  ▇▇▇  |  Invoice # 7670417118

## Cheryl Desbordes
404.405.▇▇▇▇  |  iPhone 6S

### Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 22 | 8:05 PM | 678.234.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 8:06 PM | 678.234.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 22 | 8:11 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 22 | 8:11 PM | 678.234.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 9 | -- | -- | -- |
| Mar 22 | 8:19 PM | 240.676.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 22 | 8:22 PM | 310.651.▇▇▇▇ | Atlanta, GA | Incoming, CL | 6 | -- | -- | -- |
| Mar 22 | 8:27 PM | 678.381.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 4 | -- | -- | -- |
| Mar 22 | 8:30 PM | 678.234.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 6 | -- | -- | -- |
| Mar 22 | 9:02 PM | 678.234.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 23 | 11:16 AM | 770.622.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 23 | 11:16 AM | 678.234.▇▇▇▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 23 | 11:18 AM | 770.622.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 23 | 1:38 PM | 770.622.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 7 | -- | -- | -- |
| Mar 23 | 2:10 PM | 470.227.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 3:49 PM | 770.622.▇▇▇▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 23 | 3:56 PM | 678.234.▇▇▇▇ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 23 | 6:46 PM | 631.933.▇▇▇▇ | Atlanta, GA | Amityville, NY | 32 | -- | -- | -- |
| Mar 23 | 7:57 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 7:58 PM | 678.381.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 23 | 7:59 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 8:00 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 8:10 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 8:15 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 23 | 9:50 PM | 678.571.▇▇▇▇ | Atlanta, GA | Incoming, CL | 5 | -- | -- | -- |
| Mar 23 | 9:54 PM | 678.571.▇▇▇▇ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 24 | 4:13 PM | 678.488.▇▇▇▇ | Atlanta, GA | Atlanta, GA | 2 | -- | -- | -- |
| Mar 24 | 4:14 PM | 404.804.▇▇▇▇ | Atlanta, GA | Atlanta, GA | 3 | -- | -- | -- |
| Mar 24 | 4:19 PM | 678.830.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 24 | 5:44 PM | 310.651.▇▇▇▇ | Atlanta, GA | Incoming, CL | 10 | -- | -- | -- |
| Mar 24 | 8:04 PM | 678.381.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 24 | 8:06 PM | 678.381.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 9 | -- | -- | -- |
| Mar 25 | 11:34 AM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 4 | -- | -- | -- |
| Mar 25 | 11:37 AM | 678.234.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 11:38 AM | 678.234.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 12:06 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 25 | 12:24 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 12:35 PM | 571.228.▇▇▇▇ | Atlanta, GA | Incoming, CL | 22 | -- | -- | -- |
| Mar 25 | 1:14 PM | 404.918.▇▇▇▇ | Atlanta, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 25 | 2:06 PM | 404.918.▇▇▇▇ | Atlanta, GA | Incoming, CL | 16 | -- | -- | -- |
| Mar 25 | 2:29 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 2:51 PM | 678.381.▇▇▇▇ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 2:52 PM | 678.234.▇▇▇▇ | Atlanta, GA | Atlanta NE, GA | 4 | -- | -- | -- |
| Mar 25 | 3:10 PM | 678.234.▇▇▇▇ | Atlanta, GA | Incoming, CL | 5 | -- | -- | -- |
| Mar 25 | 3:14 PM | 678.381.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 3:15 PM | 678.381.▇▇▇▇ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |





**Verizon** | Billing period Mar 13, 2018 to Apr 12, 2018 | Account # ▉▉▉ | Invoice # 7670417118

# Cheryl Desbordes
404.405.▉▉▉ | iPhone 6S

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 25 | 3:25 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 3:27 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 3:44 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 3:45 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 3:45 PM | 678.381.▉ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 3:46 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 4:28 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 4:28 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 4:29 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 4:31 PM | 678.234.▉ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 25 | 4:32 PM | 678.381.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 4:33 PM | 678.381.▉ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 4:36 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 15 | -- | -- | -- |
| Mar 25 | 4:59 PM | 678.381.▉ | Atlanta, GA | Incoming, CL | 4 | -- | -- | -- |
| Mar 25 | 5:12 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 25 | 5:36 PM | 678.381.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 5:37 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 25 | 5:40 PM | 240.676.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 5:45 PM | 678.381.▉ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 6:23 PM | 678.234.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 6:23 PM | 678.234.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 6:24 PM | 678.234.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 6:24 PM | 678.234.▉ | Atlanta, GA | Incoming, CL | 4 | -- | -- | -- |
| Mar 25 | 6:28 PM | 240.676.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 6:29 PM | 678.381.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 6:30 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 6:38 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 6:39 PM | 678.381.▉ | Atlanta, GA | Atlanta NE, GA | 4 | -- | -- | -- |
| Mar 25 | 6:42 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 6:52 PM | 678.381.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 6:54 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 7:14 PM | 678.381.▉ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 25 | 7:17 PM | 678.234.▉ | Atlanta, GA | Atlanta NE, GA | 15 | -- | -- | -- |
| Mar 25 | 7:42 PM | 678.381.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 7:43 PM | 404.245.▉ | Atlanta, GA | Atlanta, GA | 9 | -- | -- | -- |
| Mar 25 | 8:52 PM | 770.622.▉ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 25 | 8:55 PM | 912.230.▉ | Atlanta, GA | Incoming, CL | 3 | -- | -- | -- |
| Mar 25 | 8:58 PM | 770.622.▉ | Atlanta, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 25 | 9:09 PM | 912.230.▉ | Atlanta, GA | Brunswick, GA | 2 | -- | -- | -- |
| Mar 25 | 9:32 PM | 770.403.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 25 | 9:33 PM | 770.403.▉ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 25 | 9:59 PM | 678.234.▉ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 25 | 10:08 PM | 770.622.▉ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 25 | 10:09 PM | 770.622.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 26 | 12:33 AM | 770.231.▉ | Atlanta, GA | Atlanta NE, GA | 1 | -- | -- | -- |

# verizon✓

Billing period Mar 13, 2018 to Apr 12, 2018 | Account # ▮▮▮▮ | Invoice # 7670417118

## Cheryl Desbordes
404.405.▮▮▮▮ | iPhone 6S

## Talk activity - continued



| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 26 | 1:20 AM | 404.518.▮ | Atlanta, GA | Atlanta, GA | 5 | -- | -- | -- |
| Mar 26 | 11:36 AM | Unavailable | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 26 | 1:56 PM | 678.234.▮ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 26 | 3:45 PM | 678.234.▮ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 26 | 9:24 PM | 571.228.▮ | Atlanta, GA | Incoming, CL | 4 | -- | -- | -- |
| Mar 26 | 9:27 PM | 571.228.▮ | Atlanta, GA | VM Deposit, CL | 1 | -- | -- | -- |
| Mar 26 | 9:27 PM | 571.228.▮ | Atlanta, GA | Arlington, VA | 5 | -- | -- | -- |
| Mar 26 | 11:18 PM | 404.918.▮ | Atlanta, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 27 | 11:37 AM | 770.979.▮ | Lawrencevi, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 27 | 11:44 AM | 646.830.▮ | Lawrencevi, GA | Incoming, CL | 8 | -- | -- | -- |
| Mar 27 | 1:05 PM | 404.918.▮ | Lithonia, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 27 | 1:06 PM | 404.918.▮ | Lithonia, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 27 | 1:30 PM | 770.982.▮ | Snellville, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 29 | 2:26 AM | 310.651.▮ | Duluth, GA | Beverlyhls, CA | 2 | -- | -- | -- |
| Mar 29 | 2:27 AM | 310.651.▮ | Duluth, GA | Beverlyhls, CA | 1 | -- | -- | -- |
| Mar 29 | 8:15 AM | 678.257.▮ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 10:05 AM | 678.234.▮ | Marietta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 29 | 10:06 AM | 678.354.▮ | Marietta, GA | Atlanta NW, GA | 4 | -- | -- | -- |
| Mar 29 | 10:10 AM | 770.979.▮ | Marietta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 29 | 10:12 AM | 678.895.▮ | Marietta, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 29 | 10:53 AM | 678.234.▮ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 2:26 PM | 404.918.▮ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 29 | 2:31 PM | 404.918.▮ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 2:32 PM | 404.918.▮ | Duluth, GA | Atlanta, GA | 3 | -- | -- | -- |
| Mar 29 | 2:46 PM | 404.918.▮ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 29 | 3:09 PM | 404.918.▮ | Duluth, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 3:26 PM | 678.234.▮ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 3:27 PM | 678.234.▮ | Atlanta, GA | Atlanta NE, GA | 2 | -- | -- | -- |
| Mar 29 | 3:29 PM | 770.982.▮ | Atlanta, GA | Atlanta NE, GA | 6 | -- | -- | -- |
| Mar 29 | 3:41 PM | 404.918.▮ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 29 | 3:42 PM | 404.918.▮ | Atlanta, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 29 | 4:17 PM | 404.918.▮ | Atlanta, GA | Incoming, CL | 1 | -- | -- | -- |
| Mar 29 | 5:12 PM | 404.918.▮ | Snellville, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 29 | 8:43 PM | 404.528.▮ | Lilburn, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 29 | 10:52 PM | 404.599.▮ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 29 | 11:23 PM | 678.381.▮ | Duluth, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 30 | 8:23 AM | 404.918.▮ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 30 | 8:46 AM | 404.918.▮ | Duluth, GA | Incoming, CL | 11 | -- | -- | -- |
| Mar 30 | 1:12 PM | 404.918.▮ | Duluth, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 30 | 1:18 PM | 571.228.▮ | Duluth, GA | Incoming, CL | 9 | -- | -- | -- |
| Mar 30 | 1:29 PM | 770.622.▮ | Duluth, GA | Atlanta NE, GA | 3 | -- | -- | -- |
| Mar 30 | 1:33 PM | 678.357.▮ | Duluth, GA | Atlanta NE, GA | 1 | -- | -- | -- |
| Mar 30 | 2:05 PM | 404.918.▮ | Duluth, GA | Incoming, CL | 2 | -- | -- | -- |
| Mar 30 | 2:31 PM | 404.918.▮ | Lawrencevi, GA | Atlanta, GA | 1 | -- | -- | -- |
| Mar 30 | 2:40 PM | 404.918.▮ | Lawrencevi, GA | Incoming, CL | 1 | -- | -- | -- |