# EXHIBIT 11

**verizon**

PO BOX 489
NEWARK, NJ 07101-0489

**Account:** 
**Invoice:** 8810715198
**Billing period:** Feb 27 - Mar 26, 2025

KEYLINE
|..ll|l|....l.l.l|....l|l.l..l..l|l.ll..l.l.l..ll|

DREW DESBORDES

NEWNAN, GA

Questions about your bill?
verizon.com/support
800-922-0204

## Ways to pay

**My Verizon app**

You can check your bill easily with the My Verizon app available in App Store or Google Play.

**Online**

Go to go.vzw.com/bill and sign in to review your bill.

**By phone**

Simply dial #PMT (#768) on your phone and follow the instructions to pay.

**Cash**

Go to www.verizon.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment.

## Snapshot of your bill
(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $137.52 |
| **Total due on Apr 18** | **$137.52** |

You have Auto Pay scheduled for Apr 16, 2025.

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

---

**verizon**

DREW DESBORDES

NEWNAN, GA

**Bill date** March 26, 2025
**Account number**
**Invoice number** 8810715198

**Total Amount Due**

Deducted from bank account on 04/16/25
DO NOT MAIL PAYMENT

**$137.52**

Please see back for instructions on writing to us.

PO BOX 16810
NEWARK, NJ 07101-6810

|||.«.l»l..l.«.ll|l|....ll.l.l«.l«..lll||...l|l.l

**verizon**

## Questions about paying your bill?

Go to https://go.vzw.com/billing-support to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

**Account:** ▓▓▓▓▓▓▓▓
**Invoice:** 8810715198
**Billing period:** Feb 27 - Mar 26, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

---

Automatic Payment Enrollment for Account: ▓▓▓▓▓▓▓▓ DREW DESBORDES

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**     **2. Sign name in box below, as shown on the bill and date.**     **3. Return this slip with your payment. Do not send a voided check.**

[ ■ ]  [ ☐ ]   _____

Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

_____

# verizon

**Account:** ▮▮▮▮▮▮▮▮▮
**Invoice:** 8810715198
**Billing period:** Feb 27 - Mar 26, 2025

## Your March bill is $137.52
**Due Apr 18**

### Since your last bill
- You paid $126.72.
- Your bill increased by $10.80.

**Questions about your bill?**
verizon.com/support
800-922-0204

### Review your bill online
An itemized bill breakdown of all charges and credits is available on the My Verizon app and online.

Scan the QR code with your camera app or go to go.vzw.com/bill.



### Bill summary by line

| | |
|---|---|
| Account-wide charges & credits | $0.00 |
| Drew Desbordes | $137.52 |
| Apple iPhone 15 Pro Max (404-405-▮▮▮▮) | |
| **Total:** | **$137.52** |

**Surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of $9.88 and taxes and gov fees of $2.70. For an itemized list of taxes, fees and surcharges visit go.vzw.com/bill.

3

# verizon

| | |
|---|---|
| | **Account:** ▮▮▮▮ |
| | **Invoice:** 8810715198 |
| | **Billing period:** Feb 27 - Mar 26, 2025 |

## Charges by line details

| Account-wide charges & credits | $0.00 |
|---|---:|

### Drew Desbordes — $137.52
Apple iPhone 15 Pro Max
404-405-▮▮▮▮

| One-time charges & credits | $9.95 |
|---|---:|
| International minutes - Mobile | $9.95 |

| Plan | $90.00 |
|---|---:|
| Unlimited Ultimate<br>Mar 27 - Apr 26 | $100.00 |
| Auto Pay and paper-free billing discount<br>Mar 27 - Apr 26 | -$10.00 |

| Services & perks | $24.99 |
|---|---:|
| Verizon Mobile Protect<br>Mar 27 - Apr 26 | $19.00 |
| Verizon Cloud 600 GB<br>Mar 27 - Apr 26 | $5.99 |

| Surcharges | $9.88 |
|---|---:|
| Fed Universal Service Charge | $6.19 |
| Regulatory Charge | $0.19 |
| Admin & Telco Recovery Charge | $3.50 |

| Taxes & gov fees | $2.70 |
|---|---:|
| GA Local 911 Surcharge | $1.50 |
| GA State Sls Tax-Telco | $0.62 |
| Fulton Cnty Sls Tax-Telco | $0.58 |

---

**Plan**

Plans are billed a month in advance.

Includes the $10.00/month discount on your UNLIMITED ULTIMATE plan for being enrolled in Auto Pay and paper-free billing.

**Services & Perks**

Taxes for Services & Perks purchases and "Purchases from other vendors" are billed in "Taxes and gov fees." For a breakout of tax details visit go.vzw.com/mybill.