UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COMBS, KRISTINA KHORRAMN, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES, JACQUELYN WRIGHT, HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 3:24-CV-07191-RFL<br><br>Assigned to Hon. Rita F. Lin<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT DREW DESBORDES' MOTION FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11** |

# [PROPOSED] ORDER

After considering the motion of Defendant Drew Desbordes for the motion of sanctions against plaintiffs and their counsel pursuant to Federal Rule of Civil Procedure 11, the declarations of Drew Desbordes and David Grossman and the accompanying exhibits the Court finds that the claims against Mr. Desbordes in Plaintiffs' amended complaint are without factual foundation and Plaintiffs attorneys failed to conduct a reasonable and competent inquiry before signing and filing it. Accordingly, the Court orders Plaintiffs and their counsel, Shawn R. Perez and Ariel Mitchell, are sanctioned, jointly and severally, in an amount equal to the reasonable attorneys' fees and costs incurred by Mr. Desbordes and Plaintiffs' claims against Mr. Desbordes shall be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____ , 2025

_____
Hon. Rita F. Lin
United States District Court Judge