1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   ASHLEY PARHAM, JANE DOE, and       Case No. 3:24-CV-07191-RFL
     JOHN DOE,
12                                        Assigned to Hon. Rita F. Lin
              Plaintiffs,
13                                        **[PROPOSED] ORDER REGARDING
         vs.                              ADMINISTRATIVE MOTION OF
14                                        DEFENDANT DREW DESBORDES
     SEAN COMBS, KRISTINA                 TO FILE UNDER SEAL PORTIONS
15   KHORRAMN, SHANE PEARCE,              OF CERTAIN DOCUMENTS IN
     RUBEN VALDEZ, JOHN                    SUPPORT OF MOTION FOR
16   PELLETIER, ODELL BECKHAM JR.,        SANCTIONS**
     DREW DESBORDES, JACQUELYN
17   WRIGHT, HELENA HARRIS-SCOTT,
     MATIAS GONZALEZ, BRANDI
18   CUNNINGHAM, JANICE COMBS,
     KEITH LUCKS, and JOHN AND
19   JANE DOES 1-10,

20            Defendants.

21

22

23

24

25

26

27

28
                                              [PROPOSED] ORDER RE DESBORDES
     241103499.5                            MOTION TO FILE UNDER SEAL
     244755-10003                           CASE NO. 3:24-CV-07191-RFL

# [PROPOSED] ORDER

After considering the administrative motion of Defendant Drew Desbordes pursuant to Local Rule 79-5 to file under seal certain exhibits submitted in connection with the motion for sanctions and the declaration of David Grossman ("Grossman Decl.") filed in support of that motion, the Court orders as follows:

| Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
| --- | --- | --- |
| Desbordes Decl. Ex. 1, excerpts of page 1 (address) | Grossman Decl., ¶¶ 3-4, 7-8, Ex. 1 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 1, excerpts of page 1 (account number) | Grossman Decl., ¶¶ 3-4, 7-8, Ex. 1 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 1, excerpts of page 2 (account number) | Grossman Decl., ¶¶ 3-4, 7-8, Ex. 1 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 1, excerpts of page 2 (third party names) | Grossman Decl., ¶ 4, Ex. 1 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 5, excerpts of page 2 (birth date) | Grossman Decl., ¶¶ 7-8, Ex. 5 (sealed | GRANTED |

| | version with proposed redactions). | |
|---|---|---|
| Desbordes Decl. Ex. 5, excerpts of page 2 (social security number) | Grossman Decl., ¶¶ 7-8, Ex. 5 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 5, excerpts of page 2 (address) | Grossman Decl., ¶¶ 7-8, Ex. 5 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 6, excerpts of page 2 (birth date) | Grossman Decl., ¶¶ 7-8, Ex. 6 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 6, excerpts of page 2 (social security number) | Grossman Decl., ¶¶ 7-8, Ex. 6 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 6, excerpts of page 2 (address) | Grossman Decl., ¶¶ 7-8, Ex. 6 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 10, excerpts of pages 1-4 (account number) | Grossman Decl., ¶¶ 7-8, Ex. 10 (sealed version with proposed redactions). | GRANTED |

[PROPOSED] ORDER RE DESBORDES
MOTION TO FILE UNDER SEAL
CASE NO. 3:24-CV-07191-RFL

| | | |
|---|---|---|
| Desbordes Decl. Ex. 10, excerpts of pages 1-4 (telephone numbers) | Grossman Decl., ¶¶ 3,4, 7-8, Ex. 10 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 11, excerpts of pages 1-4 (account number) | Grossman Decl., ¶¶ 3,4, 7-8, Ex. 10 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 11, excerpts of page 1 (address) | Grossman Decl., ¶¶ 3,4, 7-8, Ex. 10 (sealed version with proposed redactions). | GRANTED |
| Desbordes Decl. Ex. 11, excerpts of pages 3-4 (telephone number) | Grossman Decl., ¶¶ 3,4, 7-8, Ex. 10 (sealed version with proposed redactions). | GRANTED |

Civ. L.R. 79(c)(1) is satisfied.  Compelling reasons support the sealing of the above records.  The material sought to be sealed includes personally identifiable information, account numbers, and contact information for Mr. Desbordes and the contact information and names of third parties.  Mr. Desbordes and the third parties have a privacy interest in the information which constitutes a compelling reason to file the exhibits under seal.  *See Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 U.S. Dist. LEXIS 26519 at *3 (N.D. Cal. Mar. 4, 2015); *Berton v. Aetna, Inc.*, 2024 U.S. Dist. LEXIS 35556, at *21 (N.D. Cal. Feb. 9, 2024).  If sealing is denied, Mr. Desbordes and the third parties will be deprived of their privacy interests and exposed to increased risk of harm and identity theft.  *See Nursing Home Pension Fund v. Oracle Corp.*, 2007 U.S. Dist. LEXIS 84000, at *9-10 (N.D.

[PROPOSED] ORDER RE DESBORDES
MOTION TO FILE UNDER SEAL
CASE NO. 3:24-CV-07191-RFL

1  Cal. Oct. 31, 2007).  Portions of the information sought to be sealed, including

2  residential addresses, are independently allowed to (or required to) be redacted

3  under Federal Rule of Civil Procedure 5.2 and L.R. 5.2-1.  The redactions are

4  narrowly tailored to promote the identified privacy interests.

5

6      **IT IS SO ORDERED**.

7

8  Dated: _____ , 2025

9                                                   _____
                                                    Hon. Rita F. Lin
                                                    United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE DESBORDES
MOTION TO FILE UNDER SEAL
CASE NO. 3:24-CV-07191-RFL