Shawn R. Perez, Esq. (CSBN 164228)
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiff Ashley Parham*

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE, <br><br> Plaintiffs, <br><br> SEAN COMBS, KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES, JACQUELYN, WRIGHT, HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS, and JOHN AND JANE DOES 1-10, | Case No.: 3:24-cv-07191-RFL <br><br> Assigned to Hon. Rita F. Lin <br><br> **DECLARATION OF ARIEL MITCHELL, ESQ. IN SUPPORT OF OPPOSITION TO MOTION FOR IMPOSITION OF SANCTIONS PURSUANT TO FED. R. Civ. P. 11** <br><br> Date: <br> Time: <br> Crtrm: |

### DECLARATION OF ARIEL MITCHELL, ESQ.

I, Ariel Mitchell declare that:

1. I am an attorney at law, admitted in the State of Florida and admitted *pro hac vice* to appear in this case as counsel for the Plaintiffs.

2. In or around late October, 2024, I was contacted by two individuals[1] who purported to have information from third-party witnesses relating to Mrs. Parham's

---

[1] Those individuals are now referred to as the Jane and John DOE Plaintiffs ("DOES").

1

1  assault on March 23, 2018.

2  3.      During the period from October 2024 through January 2025, I spoke with these
3  individuals numerous times.  The DOES were offering the information as if it was
4  coming from third parties.

5  4.      I am experienced in dealing with high profile cases involving celebrities and am
6  well aware that individuals may come forward with information for notoriety or
7  remuneration.  As a result of my experience I was initially suspect of the source and the
8  information.

9  5.      In January 2025, the DOES told me that they were in fact the eyewitnesses to the
10 events set forth in Ms. Parham's complaint and were not reporting information they had
11 heard from other individuals.  They told me that the reason they were so cryptic at first
12 was that they were afraid for their safety.

13 6.      In an effort to determine what information they had, whether it was truthful and
14 relevant to Mrs. Parham's case, I undertook an investigation to find corroboration for who
15 and what they described.

16 7.      The DOES sent me several pictures of two individuals in police uniforms that they
17 claimed were there at the time of Parham's assault.  I used those pictures along with
18 several other pictures of other individuals in security uniforms to prepare a photo lineup.

19 8.      I presented the photo lineup to Ms. Parham and asked her if she could identify
20 anyone in the pictures.

21 9.      Ms. Parham only identified one of the individuals, John Pelletier, the police officer
22 who responded to the neighbor's house following her assault.

23 10.     The DOES also told me that another individual, Drew Desbordes, was also present
24 at the time of the assault.

25 11.     I again did a similar lineup of several other individuals of similar size and
26 skin-tone as Mr. Desbordes.  Ms. Parham identified Mr. Desbordes from that lineup and
27 told me that he was the person during the assault who used her body like a "Slip-N-Slide"
28 during the assault.

2

1  12.    The DOES told me Odell Beckham was there at the time of the assault.
2  Specifically, they told me that Mr. Beckham was being called by his middle name,
3  Cornelius.
4  13.    Following my conversation with the DOES, I called Ms. Parham and gave her a
5  series of names, not using Odell's first name but his middle name Cornelius, as well as a
6  series of other names that were randomly chosen.  Parham said she remembered hearing
7  the name Cornelius because she thought it was a funny, silly and unusual name.
8  14.    When I showed Parham a picture of Mr. Beckham, Parham said that his body type
9  looked familiar, but she had a solid memory of the name Cornelius being used.
10 15.    In an effort to insure that my investigation was thorough and not influenced or
11 tainted by any contact between the DOES and Parham, I made sure that the DOES and
12 Parham have never spoken directly to one another, nor have they met.  They are complete
13 strangers and did not know each other prior to the date and time when the assault
14 occurred.
15 16.    I conducted lineups to ensure that I went beyond due diligence and it was only
16 after several occurrences of Parham identifying the same individuals, without knowledge
17 of what was being said by the DOES that I came to the conclusion that all parties were
18 being truthful, and that all parties were in fact at the same place, on the same date, and
19 that the individuals they were alleging to have been there were in fact there.
20 17.    Since the filing of Defendant's motion, Defendant has been using the media to
21 manipulate the potential jury pool with false representations to the media regarding the
22 efficacy of Plaintiff's complaint.
23 ///
24 ///
25 ///
26 ///
27 ///
28 18.    The following two links are from the TMZ website.  The first is titled "Punish

Accuser's Lawyers. Judge!!! Huge Holes in Story, They Should've known."

https://www.tmz.com/2025/05/09/druski-accusers-lawyers-huge-holes-rape-claims/ . The second is an article discussing the phone and bank records that were disclosed in Defendant's motion that they now want administratively sealed.

https://www.tmz.com/2025/04/21/druski-bank-account-balance-phone-records-diddy-lawsuit/

19.   On multiple occasions, I have inquired with counsel for Defendant Desbordes to waive service which went unanswered. Instead, Defendant filed his sanctions motion despite the fact he has yet to be served or yet to waive service.

Executed this 22nd day of May, 2025, under penalty of perjury at Miami, Florida.

*Ariel Mitchell*
ARIEL MITCHELL, ESQ.