Shawn R. Perez, Esq.
California Bar No. 164228
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE<br><br>Plaintiffs,<br><br>v.<br><br>SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy,"<br>KRISTINA KHORRAM,<br>SHANE PEARCE,<br>RUBEN VALDEZ,<br>JOHN PELLETIER,<br>ODELL BECKHAM JR.,<br>DREW DESBORDES a/k/a "Druski,"<br>JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT,<br>MATIAS GONZALEZ,<br>BRANDI CUNNINGHAM,<br>JANICE COMBS,<br>KEITH LUCKS a/k/a "Big Homie CC,"<br>and JOHN and JANE DOES 1-10<br><br>Defendants. | Case No.: 3:24-cv-07191-RFL<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDOYNM** |

I, Jane Doe, declare and certify as follows:

1. I am the Plaintiff in the above styled cause.

2. I have been a victim of sex trafficking, on multiple occasions, at the hands of the Defendants in this matter.

3. I have been kidnapped by Defendants in this matter.

4. Based on my understanding and interactions with Defendants in this matter, I believe that the Defendants were members of a gang involving sex trafficking and kidnapping.

5. The people who trafficked and exploited me physically bound me, transported me against my will, beat me and forced me to engage in unwanted sexual activity. The traffickers have threatened to kill me during these trafficking episodes.

6. I was trafficked at the direction of Defendant Combs. The co-Defendants named within our complaint hurt me and threatened to kill me during the times I was trafficked by them.

7. In order to evade Defendants I have changed my name, live in a remote location and hide my person while in public.

8. I remain fearful for my life and my son's life, John Doe because the people who trafficked and exploited us continue to find us. We recently had someone on our remote property taking pictures and believe that individual was connected with one of the Defendants in this matter.

9. I have overwhelming fear and anxiety that the same people who trafficked me before will find me and would kill me next.

10. I believe that the one of the Defendants and/or their affiliates sent that individual to search for John Doe and I in order to threaten and intimidate us.

11. John Doe and I live in constant fear of the people, Defendants in this matter who harmed and exploited us and the people who worked with Defendant Combs to aid him in his criminal activity.

12. Defendant Combs is currently on criminal trial for acts related to threatening harm, and actually inflicting harm, on others who went against him.

13. Throughout Defendant Combs' criminal trial, which has been highly publicized, I continued to learn about the violent actions, harms and injuries that Defendant Combs has inflicted on others and his graphic sexual exploitation of others.

14. I became increasingly fearful about my safety, so much so that I have become reclusive and am afraid to venture out of my remote location for anything not rising to an emergency.

15. Both my safety and privacy are important to me, and so having my real name disclosed repeatedly in connection with the sensitive facts of this case will undoubtedly cause me hardship and great stress.

16. Please allow me to proceed under the pseudonym Jane Doe for my safety and privacy in this case.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 8, 2024

RESPECTFULLY SUBMITTED,

/s/Jane Doe
Plaintiff