UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>SEAN COMBS, et al.,<br><br>       Defendants. | Case No.  24-cv-07191-RFL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 46 |

Upon review of Plaintiffs' motion, and memorandum in support thereof, for an order to proceed under pseudonym, Plaintiffs' motion is hereby **GRANTED**.  Plaintiffs are directed to serve Defendants with the operative complaint, and to file proof of service on the docket.

     **IT IS SO ORDERED.**

Dated: June 17, 2025

RITA F. LIN
United States District Judge