SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
DEPARTMENT 18


REPORTER: N/A                        HEARING DATE: 07/09/19

CLERK:

_____

SHANE PAUL PEARCE
            PLAINTIFF(S)


VS.                                  CASE NO. MSD19-02677

                                     ****** MINUTE ORDER ******

ASHLEY NICOLE PARHAM
            DEFENDANT(S)


**********************************************************************

PROCEEDINGS:HEARING ON F/L OSC/TRO RE: DOMESTIC VIOLENCE FILED BY SHANE P.
            PEARCE


Cause called for hearing before JUDGE DANIELLE K. DOUGLAS.

Clerk: J WALLACE LEWIS

COURT REPORTER: VERONICA BUSTAMANTE, CSR# 9290

SHANE PAUL PEARCE Appears in Pro Per

ASHLEY NICOLE PARHAM Appears with Attorney SHARON RAAB

BOTH PARTIES ARE SWORN AND EXAMINED

PURSUANT TO ORIOLA vs THALER 84 Cal App 4th 397 (2000), THE COURT
FINDS THAT THE PARTIES DID NOT HAVE A DATING RELATIONSHIP AND
THEREFORE DO NOT MEET THE REQUIRED RELATIONSHIP. THE COURT FINDS THAT
THIS IS A CIVIL RESTRAINING ORDER AND APPLYS THE  BURDEN OF PROOF FOR
A CIVIL RESTRAINING ORDER. AFTER CONSIDERING ALL TESTIONY PROVIDED,
THE COURT DENIES THE REQUEST FOR A RESTRAINING ORDER.

Family Law CAD After Hearing - Entry of Judgment/Order.

RESTRAINING ORDER OF SHANE PAUL PEARCE DISPOSITIONED BY DENIED

Family Law Action Disposition.



Date:  07/09/19                 BY _____
                                   J. WALLACE LEWIS,
                                   Deputy Clerk

EXHIBIT 1                    Page 5

**DV-120**  **Response to Request for Domestic Violence Restraining Order**

Clerk stamps date here when form is filed.

F I L E D

JUL 08 2019

By

① **Name of Person Asking for Protection:**
*(See form DV-100, item* ① *):*
SHANE PAUL PEARCE

② **Your Name:**
ASHLEY NICOLE PARHAM

Your lawyer in this case *(if you have one):*
Name: **SHARON K. RAAB**_____ State Bar No.: **169343**
Firm Name: **LAW OFFICE OF SHARON K. RAAB**
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: **18 Crow Canyon Court, Suite 200**
City: **San Ramon,**_____ State: **CA**____ Zip:**94583**
Telephone: **(925) 820-3833**____ Fax: **(925) 820-5533**
E-Mail Address: **lawlady118@gmail.com**

Fill in court name and street address:
Superior Court of California, County of
CONTRA COSTA
751 Pine Street
P.O. Box 911
Martinez, CA 94553
Family Law

Fill in case number:
Case Number:
**D19-02677**

③ Use this form to respond to the *Request for Domestic Violence Restraining Order* (form DV-100).

- Fill out this form and take it to the court clerk.
- Have the person in ① served by mail with a copy of this form and any attached pages. (See form DV-250, *Proof of Service by Mail.*)
- For more information, read form DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?*
- This form is for a response to a restraining order request. For more information about how to request your own restraining order, read form DV-505-INFO and form DV-120-INFO (see the section called *"What if I need a restraining order against the other person?"*)

> **The judge will consider your Response at the hearing.**
> Write your hearing date, time, and place from form DV-109, *Notice of Court Hearing,* item ③, here:
> Hearing Date → Date: **July 9, 2019**_____ Time: **8:30 a.m.**
> Dept.: **18**_____ Room:_____
> **You must obey the orders in Form DV-110, *Temporary Restraining Order,* until the hearing. At the hearing, the court may make restraining orders against you that could last up to five years and could be renewed.**

④ **Relationship to Person Asking for Protection**
a. ☒ I agree to the relationship listed in item ④ on form DV-100.
b. ☐ I do not agree that the other party and I have or had the relationship listed in item ④ on form DV-100 because:_____

⑤ **Other Protected People**
a. ☐ I agree to the order requested.
b. ☒ I do not agree to the order requested,  ☒ but I would agree to:_____
  No Restraining order to be issued as I am the one who has been harrassed by the Respondent.
  *(Specify your reasons in item 25, page 5, of this form.)*

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.
Essential Forms

**Response to Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-120, Page 1 of 5

PARHAM

EXHIBIT 1    Page 6

Case Number:
D19-02677

**(6) ☒ Personal Conduct Orders**
- a. ☐ I agree to the orders requested.
- b. ☒ I do not agree to the order requested,    ☒ but I would agree to: _____
  **No Restraining order is necessary.**
  *(Specify your reasons in item 25, page 5, of this form.)*

**(7) ☒ Stay-Away Order**
- a. ☐ I agree to the order requested.
- b. ☒ I do not agree to the order requested,    ☒ but I would agree to: _____
  **No Restraining order is necessary.**
  *(Specify your reasons in item 25, page 5, of this form.)*

**(8) ☐ Move-Out Order**
- a. ☐ I agree to the order requested.
- b. ☐ I do not agree to the order requested,    ☐ but I would agree to: _____

  *(Specify your reasons in item 25, page 5, of this form.)*

**(9) Guns or Other Firearms or Ammunition**
  *If you were served with form DV-110, Temporary Restraining Order, you must turn in any guns or firearms in your immediate possession or control. You must file a receipt with the court from a law enforcement agency or a licensed gun dealer within 48 hours after you received form DV-110.*
- a. ☒ I do not own or have any guns or firearms.
- b. ☐ I ask for an exemption from the firearms prohibition under Family Code section 6389(h) because *(specify):* _____
- c. ☐ I have turned in my guns and firearms to law enforcement or sold them to, or stored them with, a licensed gun dealer. A copy of the receipt showing that I turned in, sold, or stored my firearms *(check all that apply):*
  ☐ is attached   ☐ has already been filed with the court.

**(10) ☒ Record Unlawful Communications**
- a. ☐ I agree to the order requested.
- b. ☒ I do not agree to the order requested,    ☒ but I would agree to: _____
  **Both parties can record communications if further contact is made.**
  *(Specify your reasons in item 25, page 5, of this form.)*

**(11) ☐ Care of Animals**
- a. ☐ I agree to the order requested.
- b. ☐ I do not agree to the order requested,    ☐ but I would agree to: _____

  *(Specify your reasons in item 25, page 5, of this form.)*

**This is not a Court Order.**

Revised July 1, 2016

**Essential Forms**

**Response to Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-120, Page 2 of 5

→

PARHAM

EXHIBIT 1          Page 7

Case Number:
D19-02677

**(12) ☐ Child Custody and Visitation**
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested. *(Specify your reasons in item 25, page 5, of this form.)*
c. ☐ I am not the parent of the child listed in form DV-105, *Request for Child Custody and Visitation Orders.*
d. ☐ I ask for the following custody order *(specify):* _____
_____

e. ☐ I do  ☐ I do not   agree to the orders requested to limit the child's travel as listed in form DV-108,
*Request for Order: No Travel With Children.*
*You and the other parent may tell the court that you want to be legal parents of the children (use form*
*DV-180, Agreement and Judgment of Parentage).*

**(13) ☐ Child Support** *(Check all that apply):*
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested. *(Specify your reasons in item 25, page 5, of this form.)*
c. ☐ I agree to pay guideline child support.
*Whether or not you agree to pay support, you must fill out, serve, and file form FL-150, Income and Expense*
*Declaration, or form FL-155, Financial Statement (Simplified).*

**(14) ☐ Property Control**
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
_____
*(Specify your reasons in item 25, page 5, of this form.)*

**(15) ☐ Debt Payment**
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
_____
*(Specify your reasons in item 25, page 5, of this form.)*

**(16) ☐ Property Restraint**
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
_____
*(Specify your reasons in item 25, page 5, of this form.)*

**(17) ☐ Spousal Support**
a. ☐ I agree to the order requested.
b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
_____
*(Specify your reasons in item 25, page 5, of this form.)*
*Whether or not you agree, you must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**This is not a Court Order.**

Revised July 1, 2016

Essential
Forms

**Response to Request for Domestic Violence
Restraining Order**
(Domestic Violence Prevention)

DV-120, Page 3 of 5
→

PARHAM

**EXHIBIT 1          Page 8**

Case Number: D19-02677

**(18)** ☐ **Rights to Mobile Device and Wireless Phone Account**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(19)** ☐ **Insurance**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(20)** ☐ **Lawyer's Fees and Costs**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*
  c. ☐ I request the court to order payment of my lawyer's fees and costs.
     *Whether or not you agree, you must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**(21)** ☐ **Payments for Costs and Services**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(22)** ☐ **Batterer Intervention Program**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(23)** ☐ **Other Orders** *(see item 22 on form DV-100)*
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(24)** ☐ **Out-of-Pocket Expenses**
  I ask the court to order payment of my out-of-pocket expenses because the temporary restraining order was
  issued without enough supporting facts. The expenses are:
  Item: _____ Amount: $ _____  Item: _____ Amount: $ _____
  *You must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**This is not a Court Order.**

Revised July 1, 2016

Essential Forms

**Response to Request for Domestic Violence
Restraining Order**
(Domestic Violence Prevention)          **PARHAM**

DV-120, Page 4 of 5 →

**EXHIBIT 1**          **Page 9**

Case Number:
D19-02677

**25** ☒ **Reasons I Do Not Agree to the Orders Requested**

Explain your answers to each of the orders requested *(give specific facts and reasons)*:

☒ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "DV-120, Reasons I Do Not Agree" as a title.*

**Please see attached Declaration "DV-120, Reasons I do not agree".**

**26** Number of pages attached to this form, if any: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: **July 8, 2019**

**ASHLEY NICOLE PARHAM**
*Type or print your name*

▶ *Ashley N Parham*
*Sign your name*

Date: **July 8, 2019**

**SHARON K. RAAB**
*Lawyer's name, if you have one*

▶ *Sharon K. Raab*
*Lawyer's signature*

**This is not a Court Order.**

Revised July 1, 2016

Essential
Forms

**Response to Request for Domestic Violence
Restraining Order**
(Domestic Violence Prevention)

**PARHAM**

**DV-120**, Page 5 of 5

**EXHIBIT 1**     **Page 10**

## DV-120, REASONS I DO NOT AGREE

I, Ashley Parham, do not agree with the Petitioner's request for a DV Restraining Order.

**Brief History:**

1. I met the Petitioner, Shane Pearce, on the night of February 3, 2018.

2. At first, our relationship was more as friends with some flirtation going both ways.

3. Shane had been diagnosed with cancer prior to my meeting him and I tried to be caring and supportive. Shane would call me at all hours every week claiming he was depressed and needed someone to talk to. Shane told me I was the only one he could trust to talk to.

4. Eventually, our relationship became physical and I did have consensual sex with Shane on one occasion on March 11, 2018.

5. On March 23, 2018, Shane called me and asked me to come over between 3 and 4 a.m. He said he was really sick and was having trouble opening his medication bottles because he was going through chemotherapy.

6. Shane began forcibly trying to have me engage in sex with him. Although I did kiss him, he was hurting me and I asked him to stop. At his point, one of his friends came into the room (I do not know the name of this person).

7. Shane's friend began to rape me while Shane was watching. Shane then raped me and the two took turns raping me for about 30 minutes or so.

8. I had taken a sleeping pill earlier in the evening and was unable to move by this point or effectively fight them off. I tried to push them away but I was slapped and I "became frozen with fear" and "shut down".

EXHIBIT 1            Page 11

9. I filed a police report with the Orinda Police (overseen by the CCC Sheriff's Department.) **SEE EXHIBIT A**

10. I had repeat HIV testing following this incident.   See Doctor's letter. **EXHIBIT B**

11. I admit I was very angry and upset after the rape and sent Shane some angry emails asking him why he had done this to me when I had tried to be such a good friend helping him while he was sick. **SEE EXHIBIT C** for a sample of emails. At the advice of my therapist, I wrote these emails to express my pain and my feelings since the police did not follow up on the rape allegation.

12. On October 11, 2018, Shane came to my house at about 4 a.m. after sending me threatening emails.  I was not home and my father had to confront him. **SEE EXHIBIT D**

13. Shane continued to threaten and harass me after I filed the police report about the rape.  I was 5150'd once in August of 2018 due to his calls to the police but was not kept at the hospital where it was determined that I was not a danger to myself or others. (The medical record will be available for the court's review at the hearing.)

14. I tried my best with the help of my therapist and a priest at the Vatican (while on vacation in Europe with my parents), I tried to forgive Shane and told him so. **EXHIBIT E**

15. Shane has consistently reached out to me even when he said he had "blocked me". **EXHIBIT F**

RESPONDENT'S REPLY TO REQUEST FOR DV RESTRAINING ORDER
In Re Matter of Pearce/Parham – D19-02677

**EXHIBIT 1**          **Page 12**

16. In 2019, Shane has continued his contact with me, for example asking in January, 2019 if I would help with his laundry.  In January, February and March of 2019 he tried to Facetime me  and call me.  **SEE EXHIBIT G.**

17. In April, 2019, Shane put my picture and phone number on social media claiming I was an escort.  **SEE EXHIBIT H**

**Current  Status:**

18. There is no basis for a restraining order in this case.

19. Not only have I never threatened Shane, he is the one who raped and threatened me.

20. I have blocked Shane from all my accounts, and he has allegedly done the same.

21. The April 2019 message I sent about my being listed as an escort was the last contact I have had with Shane.

22. In his pleadings, Shane states that I sent a series of annoying and harassing phone calls on June 13, 2019.  This is absolutely not true.

23. Because of the threats he has made to me, I am very afraid of Shane and have no intention of contacting him again or being anywhere around him.  He deleted his address on the pleadings he sent me so I don't even know where he lives.

**What I am asking for:**

24. I am asking that the court deny this request for a restraining order.

Page 3



**EXHIBIT A**

Made in USA

EXHIBIT 1          Page 14

DR No: 180004968    Sup No: ORIG    Page 2 of 6



**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

**APPROVED BY:** METH.MICHAEL

| DR No. 180004968 | Sup. No ORIG | Assignment ORI | Reported Date Tue 04/17/2018 | Reported Time 1414 | Status Prosecution Desired | | Confidential? Yes | Empl. No./ID 77154 |
|---|---|---|---|---|---|---|---|---|
| From Date Fri 03/23/2018 | From Time 0300 | To Date Fri 03/23/2018 | To Time 0600 | Report Incident Type 261 | Use Of Force None | | | |
| Location 17 LOMA VISTA DR | | | | | City ORI | | | Zip 94563 |
| Offense No. 1 | Offense PC261 | Offense Description Rape (F) | | | | | | |
| Evidence Yes | Fingerprint | Body Camera | Marsy's Law Yes | Elder Abuse From SOC 341 | Victim Response - 293 PC | Missing/Stolen Value | Damaged Value |

**SYNOPSIS**

This report concerns Suspect-Shane Pearce and an unknown suspect having non consensual sexual intercourse with Vic-Ashley Parham at Pearce's residence at 17 Loma Vista Drive in Orinda.

Parham desires prosecution in the case.

At the time of this report Pearce has not provided a statement. The other suspect in the case has not been identified.

**SUBJECTS**

| Invl. No 1 | Type Individual | | | Name PARHAM,ASHLEY NICOLE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Race | Gender | DOB | AGE | To Age | Height | To Height | Weight | To Weight | Juvenile? No |
| | Hair Color | Eye Color | Skin | General Appearance | Build | | Clothing Discription | |
| | Hair Description | Facial Features | | Speech | Demeanor | | Deformity | |
| | Further Description | | | | | | | |
| Person Reporting and Victim | Address Type Home | Location 1610 BELLFLOWER PL. | | | City WALNUT CREEK | State CA | Zip 94596 |
| | ID Type Operator License | ID No. 89529806 | | Operator License State California | | | |
| | Offense Link Victim | Offense PC261 | | Phone Type Cell | Phone Number (925) 639-7855 | | |
| | Email Type | Email | | | | | |
| | Mark Type | Mark Code | | Mark Description | | | |
| | Employer / School | | | Position / Grade | | Empl. From Date | Empl. To Date |
| | Empl. Location | | | Empl. City | | Empl. State | Empl. Zip |
| | Empl. Contact | | | | Empl. Phone Type | | Empl. Phone |

Distribution
ORINDA PD,

CONTRA COSTA COUNTY
OFFICE of the SHERIFF

JUL 03 2018

| Additional Routing | | |
|---|---|---|
| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred |
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | Date 4/26/2018 |

EXHIBIT 1          Page 15

DR No: 180004968                    Sup No: ORIG                                    Page 3 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
CA0070000
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
. DV: No
ARREST: No

| Invl. No | Type | | | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Individual | | | PEARCE,SHANE PAUL | | | | | | | | |

| Race | | Gender | DOB | AGE | To Age | Height | To Height | Weight | To Weight | | Juvenile? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White | | Male | | 40 | | 601 | | 190 | | | No |

| Hair Color | Eye Color | Skin | General Appearance | Build | | Clothing Discription |
|---|---|---|---|---|---|---|
| Brown | Brown | | | | | |

| Hair Description | Facial Features | | Speech | Demeanor | | Deformity |
|---|---|---|---|---|---|---|
| | | | | | | |

Further Description

**Suspect**

| Address Type | Location | | City | State | Zip |
|---|---|---|---|---|---|
| Home | 17 LOMA VISTA DR | | ORINDA | CA | 94563 |

| ID Type | ID No. | Operator License State |
|---|---|---|
| Operator License | | |

| Offense Link | Offense | Phone Type | Phone Number |
|---|---|---|---|
| Suspect | PC261 | Cell | |

| Email Type | Email |
|---|---|
| | |

| Mark Type | Mark Code | Mark Description |
|---|---|---|
| | | |

| Employer / School | | Position / Grade | Empl. From Date | Empl. To Date |
|---|---|---|---|---|
| | | | | |

| Empl. Location | Empl. City | Empl. State | Empl. Zip |
|---|---|---|---|
| | | | |

| Empl. Contact | Empl. Phone Type | Empl. Phone |
|---|---|---|
| | | |

| Invl. No | Type | | | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Individual | | | UNKNOWN,UNKNOWN | | | | | | | | |

| Race | | Gender | DOB | AGE | To Age | Height | To Height | Weight | To Weight | | Juvenile? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White | | Male | | 35 | 40 | 600 | 601 | 180 | 200 | | No |

| Hair Color | Eye Color | Skin | General Appearance | Build | | Clothing Discription |
|---|---|---|---|---|---|---|
| Brown | Brown | | | | | |

| Hair Description | Facial Features | | Speech | Demeanor | | Deformity |
|---|---|---|---|---|---|---|
| Short Hair | Full Beard | | | | | |

Further Description
Unknown suspect, Pearce's friend

| Address Type | Location | | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

**Suspect**

| ID Type | ID No. | Operator License State |
|---|---|---|
| | | |

| Offense Link | Offense | Phone Type | Phone Number |
|---|---|---|---|
| Suspect | PC261 | | |

| Email Type | Email |
|---|---|
| | |

CONTROLLED DOCUMENT
CONTRA COSTA COUNTY
OFFICE of the SHERIFF

JUL 0 1 2018

| Mark Type | Mark Code | Mark Description |
|---|---|---|
| | | |

| Employer / School | | Position / Grade | Empl. From Date | Empl. To Date |
|---|---|---|---|---|
| | | | | |

| Empl. Location | Empl. City | Empl. State | Empl. Zip |
|---|---|---|---|
| | | | |

| Empl. Contact | Empl. Phone Type | Empl. Phone |
|---|---|---|
| | | |

**VEHICLES**

Distribution
ORINDA PD,

Additional Routing

| Reporting Deputy (Print) | Date / Time Written | Disposition | |
|---|---|---|---|
| Ladner,Joseph | 4/25/2018 08:21:02 | Referred | |
| Approving Supervisor(Print) | Supervisor No. | | Date |
| METH,MICHAEL | 66250 | | 4/26/2018 |

**EXHIBIT 1        Page 16**



DR No: 180004968          Sup No: ORIG

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

| VESSELS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PROPERTY** | | | | | | | |
| | Inv. Date 04/17/2018 | Article Clothing | | | | Serial No. | In Custody? No | # Pieces 2 |
| Evidence | Value | Owner Applied Number | | Description Underwear and bra for DNA testing | | | |
| | Tag Number | Item Number | Disposition | | Disposition Date | Storage Area | |
| | Link Owner | | Involvement Person Reporting and Victim | Name PARHAM,ASHLEY NICOLE | | | DOB |

| MODUS OPERANDI |
|---|
| **NARRATIVE** |

On 4-17-2018 at 1414 hours, I was dispatched to a report of a rape that occurred on 3-23-2018 at 17 Loma Vista Drive in Orinda. Vic-Ashley Parham reported Sus-Shane Pearce and an unknown suspect had sexual intercourse with her at Pearce's residence. Parham reported she saved the underwear she wore that day.

I contacted Parham by telephone at her request. I asked Parham to come to the Orinda Police Department to report the incident to me in person. Parham agreed and arrived at the Orinda Police Department. Parham, identified by her California driver's license provided me with the following statement in summary:

Parham met Pearce at Dan's Irish Sports Bar located at 1524 Civic Drive in Walnut Creek on 2-3-2018. Pearce was at the bar celebrating his 40th birthday with his friends. Parham and Pearce began to talk and flirt with each other at the bar. Parham and Pearce continued to talk and drink alcohol. Parham stated she got shy and looked down. She felt a hand move her face up and she kissed Pearce again. Parham opened her eyes and noticed that she did not kiss Pearce, but she kissed his friend who looks like Pearce. Parham did not know Pearce's friend's name, but she called him Pearce's twin due to their similar looks.

Later that night Parham and Pearce along with Pearce's friends went to Mr. Lucky's bar located at 1527 Lucust Street in Walnut Creek. Parham reported she was raped in the bathroom at Mr. Lucky's by an unknown suspect. Parham believes the suspect is a friend of Pearce's, but she could not remember much because she was heavily intoxicated. Parham report the incident to Walnut Creek Police Department (WCPD report number 18-7665)

Parham stated she has been a victim of sexual assault many times and started when she was very young. Parham said she has post-traumatic stress disorder (PTSD) from previous sexual assaults.

Parham and Pearce continued to talk and text message each other after that night. Parham stated Pearce was fighting cancer and they both enjoyed talking with each other about their respective issues with Parham's PTSD and Pearce fighting cancer. On 2-18-2018 Parham and Pearce hung out together at his house in Orinda. Parham stated they did not have sexual intercourse that night but did kiss. Parham described Pearce at this point in their relationship at a "Perfect Gentleman."

On 3-11-2018 Parham and Pearce had consensual sexual intercourse at Pearce's friend's house in Walnut Creek.

On 3-13-2018 Parham received a video call from Pearce and his friend the "twin". Pearce asked Parham to come over

| Distribution ORINDA PD, | | | |
|---|---|---|---|
| Additional Routing | | | |
| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred | |
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | | Date 4/26/2018 |

**EXHIBIT 1**          **Page 17**






DR No: 18000496B                Sup No: ORIG                                    Page 5 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**

Beat: 81

DV: No

ARREST: No

CA0070000

P.O. BOX 391, Martinez, California 94553-0039

---

to have sex with him and his friend. Parham declined and did not come over to Pearce's house.

On 3-23-2018 at 0300 hours, Pearce Called Parham and asked her to come over to his house because he was not feeling well due to cancer treatments. Parham was asleep and stated she took a sleeping pill before going to bed that night. Parham said she was surprised that she woke up when Pearce called her. Parham drove to Pearce's house. Pearce drove Parham up to Grizzly Peak Road to enjoy the view. About an hour later both Pearce and Parham went back to his house. Both Pearce and Parham ate edible marijuana. Parham stated she became extremely intoxicated between the sleeping pills and the marijuana. Pearce began to kiss Parham. Parham stated she was not expecting to have sex with Pearce because he said he was not feeling well.

Parham stated she was extremely intoxicated, sleepy, and could not move. Pearce then placed multiple fingers inside of Parham's vagina causing pain. Pearce then inserted his penis inside of her vagina and began to have sexual intercourse with her. Pearce then flipped Parham on to her stomach, and she was not face down. Parham then stated another man began to have sex with her while she was face down. Later she was able to see that the other man was Pearce's friend "The twin." Pearce and his friend took turns having sex with Parham. Parham stated she could not fight because she was intoxicated. Parham stated Pearce and "The twin" took turns have sexual intercourse with her for approximately 30 minutes. Parham was unsure if Pearce ejaculated inside her vagina. "The twin" was the last suspect to have sexual intercourse with her and Parham believes he did ejaculate inside of her vagina. Parham stated the two men did not touch her at the same time or commit any sexual acts at the same time with her.

After "The twin" finished he rolled over and laid next to Parham for a few minutes. Parham was unsure where Pearce was when "The twin" was laying next to her. Parham felt "The twin" get off the bed and he left. Pearce then laid down next to Parham on the bed. Parham fell asleep on Pearce's bed. She woke up later in the morning and went to Geppetto's Caffe located on Orinda Way and got breakfast for Pearce and herself. She then returned to Pearce's house and had breakfast with him. Parham then left after breakfast.

Parham did not speak to Pearce for a few days. On 3-26-2018 Parham went to Harborside marijuana dispensary located at 1840 Embarcadero in Oakland. When Parham was there, she saw "The twin" who was working as security at the dispensary. Parham did not speak to "the twin," but she did make eye contact with him. At 1645 hours, Parham sent Pearce a text message saying that she saw his twin at Harborside. Pearce did not respond to her text message.

Parham described Pearce's friend ("The Twin") as a white male adult approximately 35 to 40 years old, 6 feet tall with a thin build. Brown hair with brown eyes and a short beard. Parham could not provide any further description of the other suspect other then he looks like Pearce.

Parham and Pearce sent a few text messages back and forth then on 4-7-2018 at 1608 hours, Parham sent Pearce a text message "WHY DID YOU RAPE ME WITH YOUR FRIEND?" Pearce responded back with "Excuse me?!!!" I took photographs of the text message conversation, see attached. Pearce did not admit to any of the allegations that he raped Parham

I asked Parham why she did not yell or scream to stop. Parham stated she was frozen and was unable to be verbal due to her level of intoxication. Parham stated that she has been sexually assaulted many times in the past and when Pearce and his friend began to have sex with her she "shut down."

Parham said she saved the underwear and bra that she was wearing that day. Parham provided me with the underwear

---

| Distribution | | |
|---|---|---|
| ORINDA PD, | CONTRA COSTA COUNTY | |
| | | |
| Additional Routing | JUL 0 1 | |
| Reporting Deputy (Print) | Date / Time Written | Disposition |
| Ladner,Joseph | 4/25/2018 08:21:02 | Referred |
| Approving Supervisor(Print) | Supervisor No. | Date |
| METH,MICHAEL | 66250 | 4/26/2018 |

**EXHIBIT 1**          **Page 18**



DR No: 180004968          Sup No: ORIG          Page 6 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

which I booked into Orinda Evidence.

I attempted to call Pearce on 4-17-2018 at 1639 hours. I left a voicemail for Pearce to call me. On 4-18-2018 at 1336 Pearce called the Orinda Police Department. Officer Brooks advised Pearce of my work schedule and to call back when I returned to work.

On 4-22-2018 at 1518 hours I called Pearce again and left a voicemail to call me. At 1612 hours I went to 17 Loma Vista Drive to contact Pearce. Pearce was not home; I left my card on the front door with a note to contact me.

On 4-23-2018 at 0830 hours I called Pearce and left a voicemail for him to call me. I went to his house at 0838 hours, and no one was home.

On 4-24-2018 at 0930 hours I called Pearce and left a voicemail for him to call me.

On 4-24-2018 at 1044 hours I faxed a request for a copy of the Walnut Creek Police report (18-7665). At the time of this report I have not received a copy of the police report from Walnut Creek Police Department.

At the time of this report, I have not been able to contacted Pearce for a statement. I also have not been able to identify Pearce's friend.

| Distribution | | |
|---|---|---|
| ORINDA PD, | | |

| Additional Routing | | |
|---|---|---|
| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred |
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | Date 4/26/2018 |

**EXHIBIT 1          Page 19**



Made in USA

EXHIBIT B

EXHIBIT 1    Page 20

**CHARLENE SPENCER, MD**
FAMILY MEDICINE
112 La Casa Via  •  Suite 350  •  Walnut Creek, CA 94598
Phone 925 947 0414  •  Fax 925 932 6560

3-26-18

Hi Ashley,

Here are lab slips for repeat HIV testing at 4-6 wks, 3mos and 6 mos after assault. Please call me when you have the labs drawn so we can schedule a day for you to get your results.

Take care —

**EXHIBIT 1          Page 21**



EXHIBIT C

EXHIBIT 1          Page 22

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

## 5months exactly

**Ashley Parham** <ashleynparham@gmail.com>                    Thu, Aug 23, 2018, 5:16 AM
To: Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com <haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

FUCK YOU SHANE PEARCE!!!

FUCK YOU FOR RAPING ME WITH YOUR FRIEND EXACTLY 5 MONTHS AGO FROM TODAY AT THIS EXACT TIME.

Fuck you for living like nothing happened while I suffer everyday from what you did.

Fuck you for setting me up to be raped by your friend you won't name. Fuck you for not protecting me and pulling him off me like a real man would have. FUCK YOU.

FUCK YOU FOR "DESTROYING" ME BECAUSE IM "FRAGILE" JUST LIKE YOU WANTED.

**EXHIBIT 1**          **Page 23**

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

---

**WTF was that threat about last night????**
4 messages

---

**Ashley Parham** <ashleynparham@gmail.com>                                    Thu, Sep 6, 2018, 6:32 AM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Shane Paul Pearce,

Why did you or your friend just threaten me with "bad things" going to happen??? They
already have when I was assaulted. I don't care if you kill me Shane. You destroyed me
the night I came over to help you at 4am cuz u pretended to be sick with cancer &
needed me to come over just to assault me. In March you could have just pulled him off
me instead of hurting me with him & randomly telling him to not hurt me further. What
have I done to you to deserve being raped??? I thought I was being a good friend
checking in on you because I care, while you just saw me as prey to mess with.

Even though you Shane don't deserve my forgiveness for what your friend & you raping
me has negatively done to my life, or my sympathy for you if you actually have cancer... I
somehow have a little bit for you alone even though you have made zero effort to make
things right and name your friend, give me closure, or ya know had pulled him off me like
you should of. You're actions changed my life dramatically that night for the worst & I
hope one day you truly understand the impact of your actions on others and get help in
order to stop destroying people to the point suicide seems like the only action left. You
could of had a good friend in me but you chose me as nothing more than prey to get off
on and laugh at my pain. The difference between you and me is I would of dropped
everything to be there for you when you're in need like I do for real friends & did for you
THAT night (cause I stupidly thought we had a real connection when in reality I was just
prey) and you never saw me even as a potential friend or anything positive. I was just
easy pickings for you to fake a friendship just enough to gain my trust and break it and
my heart & soul by what looks like a plan to rape me from the beginning. You never were
interested. I was just prey to rape later for you're entertainment. What did I do so bad to
you that you think I deserved this?

So what "bad things" are coming my way from that phone convo threat around 2am???

Fuck you & your friends for fucking with me on the phone and actually threaten me with
bad things happening at my address  after everything that's happened to me.

**EXHIBIT 1**                    **Page 24**

Threatening me tonight means jack shit to me Shane... I'm not afraid of you. I don't give a fuck if you kill me or had killed me March 23rd. It would of been kinder of ya than faking being my friend to get me over & let that sick fuck friend of yours hurt me. I don't understand why you would let your friend hurt me when you alone could of had it purely consensual. I guess it's more about power over me that you wanted than sex. Why did you want to hurt me when I came over to help you?!?!! I'll never understand.

Ok so... ya had fun tonight being drunk & fucking with me with even more of your friends after everything your friend & ya did. Congrats on having fun off the pain you caused Shane. Whoever threatened me needs to fuck off. I'm guessing the threat came from you Shane or the unnamed friend who assaulted me worse. You should of pulled him off me!!!!! How would you like it if someone did what you two did to your kid.

Fucking get help if that's acceptable behavior to you. And get help for drinking and whatever else you do that makes you feel the need to be fucked up all the time and unconcerned with how your actions hurt those around you including the horrible pain you caused me after faking being a good man.

I don't know why people like you get off on hurting repeatedly sexually abused women like me for fun. Especially one who's been through it since childhood. Why did I have to be your prey instead of a friend or some chick you never spoke to!!! I didn't deserve what happened to me. I stupidly hoped you would of been innocent and he took advantage of you too but all your actions prove how little you think of me. I'm basically less than trash to you. BUT... Threatening me further over my phone & address equaling bad things for me is fucked up!!!! I deserve better than this.  I deserved better from you Shane. I didn't deserve worse ptsd.  I didn't deserve the first person I was stupid enough to trusted to get intimate with in 6 years would flip on me and let his friend rape and destroy my life and faith in humanity. Fuck you for wanting me to kill my self and destroy me because I'm fragile from a life time of abuse you'd probably find funny.

I really wish you could of just been the guy I hung out with the 1st night at your place and the 2nd at dales instead of what you ended up being. I don't understand why you are ok with what happened to me and have no remorse or ability to apologize. But why would you care when that nice guy persona was just an act.

Hope your threat was valid but at the same time I don't care if you kill me after what you did.

Even though you only saw me as worthless prey... I genuinely hope you are cancer free and healthy. It must be nice to

EXHIBIT 1        Page 25




-ashley the bitch you only care to taunt laugh at and abuse with your friends.

**Ashley Parham** <ashleynparham@gmail.com>                          Thu, Sep 6, 2018, 6:31 PM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Btw... please thank your "friend" or random guy at the bar from last night who had your phone
and literally said "I didn't deserve any of it" about what your friend and you did to me. I needed
to hear that. At least you have one friend with a conscience other than dale who seems decent
to not want to inflict pain on me or others. I hope you get the help you need to fix whatever is
inside you that needed to have power over me and cause me extreme pain & bring back my
ptsd to the extreme, which I had been so proud of myself for finally managing it w/o meds &
getting myself back on my feet to start my own business in 2018 before I met you & you decided
I was just prey & changed the course of my life.

I genuinely hope you're cancer free/feeling healthy from all that crap you were going through
and choose to make a change to better yourself and your health & confront your addiction and
issues that made you not see me as human worthy of kindness & being friends. Instead you
wanted to destroy me while I wanted to help you & be there for you during your cancer in any
way you needed.

I didn't deserve what happened at your house in March. I went over to your house to help you &
be there for you cause I care I deserved you protecting me from your sick friend instead of what
happened. I deserved so much better treatment for coming over at the drop of a hat that night to
come take care of you and make you feel better. I don't understand why people love to hurt me
this deeply.

I wish I never let you gain my trust & give you the chance to pretend to be such a kind caring
guy who kept calling to check in on me to see if I was ok/talk/make me laugh/pretend to care &
be there for me over the assault in WC bar! Also don't understand why you'd make the effort to
take me out of a room to avoid a rape scene  in a movie to protect me but didn't give a fuck to
protect me from your disturbed friend you won't name. Even the night of the assault at your
place you sounded stressed while telling him not to hurt me further. I'll never understand why
you flipped on me or most likely you never cared and it was all part of the plan to gain my trust
to hurt me more later because I'm an easy target

Like many victims of assault I've been struggling w/ my selfworth, ptsd, severe depression and
suicidal thoughts because I'm extremely desperate to find a reason why YOU did this to

**EXHIBIT 1**                          **Page 26**

me!?!?? Sadly I'll never receive the answer to why you did it, why you didn't see me as a human worthy of life or friendship, or why you gained my trust just to destroy me... because the answers all lie in your heart which I have zero access to in order to heal myself from what happened.

Do you even understand that You were the first person in 6-7 years I was able to trust enough to be intimate with & let touch me because you were so good at pretending to be my friend and so kind to keep checking in on me to see if I was ok. I thought I had found an amazing friend in you & was extremely grateful for that friendship untill you full flipped on me and chose to assault me with your disturbed unnamed friend.

Before you gained my trust to assault me (with your obviously more guilty, sick & demented friend in March) I had regained my sense of feeling safe in the world and you took that away from me. You have made me feel worthless, not even human, not worthy of kindness/love/ or respect. Your choices have irreparable changed my life forever while you get to live your life like nothing happened and lie to the world that I'm just some crazy liar which works perfectly for you in a world where everyone especially cops care more to victim blame than do police work & the fact that "A women's anger never goes unpunished" even if justified. Your lucky I have no one who cared to help me even tho it was your friend who belongs behind bars. You on the other hand  need mental help to better yourself. Your friends a lost cause and will only get worse.

Good luck hanging with a guy who literally said he wanted to fuck your daughter Trinity in a creepy rapist stalker way. I hope you at least protect her from that unnamed friend & warm her of him to keep her safe. SHE DOESN'T DESERVE THIS PAIN FROM YOUR FRIEND OR ANYONE & I HOPE YOU HAVE SERIOUSLY LISTENED TO ME ABOUT WHAT HE HAS INSINUATED ABOUT DOING TO YOUR DAUGHTER AND PROTECT HER LIKE YOU DIDN'T PROTECT ME FROM HIM.

PLEASE DONT LET HIM HURT HER TOO. SHE DESERVES TO LIVE LIFE NOT KNOWING THIS TYPE OF PAIN.
[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>                                    Thu, Sep 6, 2018, 7:47 PM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

What I take away from the threat I received last night from you and your friends is: The fact you know my phone number means you know where I live, and bad things are going to happen.

Bad shit already happened.

I don't care if I die so why should I care about "bad things happen"...ing to me? Living after being raped by someone you trusted is the most painful thing YOU could have done to me. Killing me that night would of been a blessing.

I'm not afraid of you or your unnamed rapist friend knowing where I live. I'm guessing only your unnamed rapist friend would want to do that anyways. You seemed smarter & like you might have a bit of a conscience. But... I was wrong about you being that kind caring guy when you're a Jekyl and Hyde.

Either way... you're two white men so you can get away with anything you want. While rape victims get ignored, villainized, blamed and shamed into silence and isolation by the rapists/their friends, cops, & society.
[Quoted text hidden]

EXHIBIT 1                    Page 27

them like he did me. I hope you protect them unlike how you tossed me to the predator. I hope you get to live the rest of your life cancer free & never have to suffer from being raped the way I was by you two. I wish you the best in life and are able to make positive changes to stop causing destruction in others life's like mine. I hope I can find some form of strength to get through this brutal pain you caused me and not fall victim to the statistics of killing mysef in a ptsd thoughtless autopilot tactical state of mind where I'm not fully aware to stop myself like I almost did in 2011 after an assault. You reignited that part of my ptsd I had under control for years. Now I'm afraid of what my future holds because of what you chose to do to me, my life, and my survival.  I hope you take a lot of time and look deep in yourself with a therapist to figure out why you did it and how you could/can treat me as a subhuman cumdumpster to abuse for fun. I hope you get help and change for the better and find reasons for your actions and never assault someone else with or without that disturbing friend of yours. Your "drunken can't remember" abuse is not a good answer. I wish you had cared just the tiniest bit about me to have protected me from your psycho rapist friend or admitted his name since he will only get worse & bring you & other innocent girls down with him. But sadly u are with him & my Stockholm syndromes desperation for you to be innocent and it just be him guilty is unrealistic and just wishful thinking that the one person(YOU). I was stupid enough to let my guard and walls down for you and I actually wanted to get to know you and felt safe enough to be intimate with you after not letting people touch me for 7 years. The fact I stupidly fell for your kind act just to get assaulted again after 7years of avoiding men and friend zoning everyone is tragic. Especially because I'm never interested in anyone in that way & the one I choose to trust & care for ended up being just another abuser like my ex husband only you upped the time frame

I hope one day I can live free from the pain you caused me and go outside and live my life like normal people or people like you who get to walk around like nothing happened and not in fear of more "bad things happening" to me from u and your friends from last nights bar. It's not fair you can go on hikes in nature all alone. Hiking around the bay is one of my favorite things to do & you took that away from me too because I'm afraid to run into you and your unnamed friend since you like the outdoors as much as I do. I've barely left my bedroom since you assaulted me I lost all faith in humanity
[Quoted text hidden]

EXHIBIT 1                    Page 28



EXHIBIT D

EXHIBIT 1          Page 29

Verizon 🔊    8:46 PM    95% 🔋



**Shane Pearce**

to me

Hide details

From    Shane Pearce   shane4hire@gmail.com

To    Ashley Parham   ashleynparham@gmail.com

Date    Oct 11, 2018, 4:12 AM

Security    🔒 Standard encryption (TLS)   Learn more

## Im coming Calli me

## Sent from my iPhone



**Shane Pearce**

to me

Hide details

From    Shane Pearce   shane4hire@gmail.com

To    Ashley Parham   ashleynparham@gmail.com

Date    Oct 11, 2018, 4:15 AM

Security    🔒 Standard encryption (TLS)   Learn more

## Unlock you

## Sent from my iPhone

**EXHIBIT 1**    **Page 30**



Front

Yesterday, 10/11                                    People ✕



**5:01a**
Motion



**4:50a**
Motion



**4:46a**
Motion

**4:45a**
Motion

○ ●

I, Ashley Parham, have
a video copy of Shane Paul Pearce
showing up oninvited to
my house demanding to
see me to my father.
I was at my boyfriends
house. This was the
4th time Shane has
shown up oninvited to
my house since Raping
me in march 2018.
This is the only time the
door was answered. I
kept the video because
I became afraid he would
hurt my family. – Ashley P.

**EXHIBIT 1**                    **Page 31**



MIX
Paper from
responsible sources
FSC® C014366
FSC

EXHIBIT E

EXHIBIT 1          Page 32

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

**Regrets... I have a few with you!**

**Ashley Parham** <ashleynparham@gmail.com>                         Thu, Oct 18, 2018, 12:09 PM
To: Shane Pearce <shane4hire@gmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Shane, I truly hope I am blocked and you didn't get these messages. Thank God I'm at the Vatican today to heal my soul. I got blessed in the Sistine Chapel after confession of the sexual abuse I suffered as a kid & adult & the February rape & your friend incident. He gave me the best advice on it all & blessed me & felt true healing & peace for the first time in months. I truly hope the best for you in life. I understand you don't want to know me. I genuinely forgive you for hurting me even though you can't see that you have and I'm trying very hard to find true forgiveness in my heart for all the abuse I've suffered in 35 years. I don't know what else to say to you other than I have forgiveness & love in my heart for you & wish you the best in life & good health. I will delete your number and emails from my phone to give you peace. 🥲 take care of yourself & stop smoking cigs. Your daughters deserve their father to stay around and support them... not live the unhealthy lifestyle you live after surviving cancer. Bye Shane.

**EXHIBIT 1**                         **Page 33**





EXHIBIT F

EXHIBIT 1          Page 34



**12:54**

**Shane Pearce**  Sep 29, 2018

to me ^

From    Shane Pearce   shane4hire@gmail.com

To      Ashley Parham   ashleynparham@gmail.com

Date    Sep 29, 2018, 4:30 AM

🔒      Standard encryption (TLS)
        Learn more

# Call me back please

# Sent from my iPhone

●●●

**EXHIBIT 1**                    **Page 35**



EXHIBIT G

EXHIBIT 1    Page 36

1:28





**Shane >**

Mon, Jan 21, 11:03 PM

**I need help with my laundry**

Tue, Jan 22, 12:23 AM

I can help ya tomorrow if ya need help

Ever find my earring?

Lol you're hella random when you actually respond

So... are you ok? or you trying to get me to be you're maid too

Tue, Jan 22, 8:51 AM

**Saying ya annoys me**

Tue, Jan 22, 9:55 AM

*I, Ashley Parham, ← was never going to go over there again. I was just playing nice because I nievely thought he would finally admit who his un-named friend was. It was extreamly stupid of me to think I could get him to confess. I regret acting nice after hea hurt me so horribly. A.P.*














**EXHIBIT 1**          **Page 37**




1:37




**Shane >**

Mon, Jan 28, 8:52 PM

> Why did you call me this morning?? I didn't see it till I was off work & just curious

Tue, Jan 29, 12:03 AM

> Alright fine.... leave me curious 😒 I'm just going to send you my spirit animal in gif form again because it makes me happy



Tue, Jan 29, 5:34 PM

> Change I'm to you're on the gif...

   

      

**EXHIBIT 1**          **Page 38**

12:57

< Shane >

Thu, Feb 28, 1:23 AM

I'm super confused... I missed a FaceTime call from you? I'm guessing it was an accident

But I'm still blocked from messaging you I guess?

Thu, Feb 28, 4:12 AM



Thu, Feb 28, 1:26 PM

Ok... You're so confusing. Don't get why you called while I'm blocked. Hope you're ok.

Fri, Mar 1, 6:46 PM

**EXHIBIT 1**    **Page 39**

EXHIBIT H

EXHIBIT 1                    Page 40

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

## WTF!!!!!!!

**Ashley Parham** <ashleynparham@gmail.com>                                    Fri, Apr 12, 6:56 PM
To: Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com <haas27@hotmail.com>, pearce4hire@yahoo.com
<pearce4hire@yahoo.com>, shane4hire@yahoo.com <shane4hire@yahoo.com>



**Shane ›**

name off your lips asshole! How many ways can you be a complete jerk? Begging me in the middle of the night acting desperate for my help with your ALS problems when you were just fine & using my kindness and empathy for a weakness is beyond low. And now all this bullshit you're spreading about me is fucked up. Stop.

Today 6:18 PM


did you put my phone number and some photo on

**EXHIBIT 1**          **Page 41**



an escort site???!!!!!!!!!
WTF!!!!!!!! I don't deserve
this shit

You're the only one who
hates me and is cruel
enough to do that!!!!!

I know you only have "cruel intentions" towards me and get off on hurting me
but if you put my number on an escort site you are fucked up beyond anyone
I've ever dealt with!!!!!! This isn't funny.

**EXHIBIT 1**          **Page 42**

MC-030

| TORNEY OR PARTY WITHOUT ATTORNEY *(Name, Stat   umber, and address)*: | FOR COURT USE ONLY |
|---|---|

SHARON K. RAAB                                          169343
LAW OFFICE OF SHARON K. RAAB
18 Crow Canyon Court, Suite 200
San Ramon, CA 94583
TELEPHONE NO. (925) 820-3833          FAX NO.*(Optional)*: (925) 820-5533
E-MAIL ADDRESS *(Optional)*: lawlady118@gmail.com
ATTORNEY FOR *(Name)*: Respondent, Ashley Nicole Parham

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   CONTRA COSTA
STREET ADDRESS: 751 Pine Street
MAILING ADDRESS: P.O. Box 911
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Family Law

PLAINTIFF/PETITIONER: SHANE PAUL PEARCE

DEFENDANT/RESPONDENT: ASHLEY NICOLE PARHAM

FILED
JUL 0 8 2019

| DECLARATION | CASE NUMBER: |
|---|---|
| | D19-02677 |

Please see attached Declaration of Harry C. Parham, Jr., the Respondent's father.

The security footage mentioned in the Declaration is attached as an exhibit to this Response and is also available to the court on a CD or flashdrive which will be brought to the hearing. The video footage identifies the man as the Petitioner, Shane Paul Pearce.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: July 8, 2019

HARRY C. PARHAM, JR.                    SEE ATTACHED SIGNATURE
_____          _____
        (TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify)*:
                 witness (Resp's father)

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]        *Martin Dean's*
                                      ESSENTIAL FORMS™

DECLARATION                                Page 1 of 1

PARHAM

EXHIBIT 1                    Page 43





## **Declaration**

### Witness Statement of Harry C. Parham Jr.

### Case Number: D19-02677

Name: Harry C. Parham, Jr.

Street Address: 1610 Bellflower Pl.

Walnut Creek, CA 94596

Statement:

At 4:45 am on October 11, 2018 I was awaken by our dogs barking and the doorbell ringing. I got out of bed and went to the front door but did not turn on the interior lights or talk to him. I noticed that the motion sensor lights were on and the person at the door rang the door again and knocked repeatedly. He also said loudly "open up Ashley". My daughter as not at home. She was at her boyfriend's home. I watched him through the door for over 10 minutes. He walked away and came back and continued to knock and demand that Ashley open up. He seemed drunk or on something. He seemed very agitated and unable to stand still. I knew he was not her boyfriend or anyone else that I recognized. After almost fifteen minutes I brought my dog down and turned on the interior lights. I then asked angrily who he was and what he wanted. He didn't respond to either question. He mumbled something and hurried away from the door. He immediately drove off. I then went out the door with the dog and looked around the corner to make sure that he had really left the neighborhood. I was very concerned about his bizarre behavior and immediately called my daughter and told her about the incident. She was concerned enough to download and save the security video's.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: July 8, 2019

Harry C. Parham, Jr.

**EXHIBIT 1          Page 44**

1,47
673

JUN 2 0 2019

Clerk stamps date here when form is filed.

**DV-109** **Notice of Court Hearing**

F I L E D
JUN 2 0 2019

① **Name of Person Asking for Order:**

Shane Paul pearce

Your lawyer in this case *(if you have one)*:

Name: Self-Represented _____ State Bar No.: _____

Firm Name: _____

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.)*

Address: 1719 West St.

City: Concord _____ State: CA ____ Zip: 94521

Telephone: (925) 705-2531 _____ Fax: _____

E-Mail Address: shane4hire@gmail.com

Fill in court name and street address:

Superior Court of California, County of
Contra Costa
751 Pine Street
Martinez, CA 94533
Peter L. Spinetta Family Law Center

② **Name of Person to Be Restrained:**

Ashley Nicole Parham

*The court will fill out the rest of this form.*

Court fills in case number when form is filed.

Case Number:

**D19 - 02677**

③ **Notice of Hearing**

**A court hearing is scheduled on the request for restraining orders against the person in** ②:

Name and address of court if different from above:

Hearing Date → Date: 7-9-19 Time: 8:30AM

Dept.: 14 Room: _____

④ **Temporary Restraining Orders (Any orders granted are attached on form DV-110.)**

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form DV-100, *Request for Domestic Violence Restraining Order,* are *(check only one box below)*:

☑ (1) ☐ All **GRANTED** until the court hearing.

☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form DV-100, *Request for Domestic Violence Restraining Order,* are:

(1) ☐ The facts as stated in form DV-100 do not show reasonable proof of a past act or acts of abuse. (Family Code, §§ 6320 and 6320.5.)

(2) ☐ The facts do not describe in sufficient detail the most recent incidents of abuse, such as what happened, the dates, who did what to whom, or any injuries or history of abuse.

(3) ☐ Further explanation of reason for denial, or reason not listed above:

_____

_____

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2019, Mandatory Form
Family Code § 242
Approved by DOJ

**Notice of Court Hearing**
**(Domestic Violence Prevention)**

DV-109, Page 1 of 3

→

**EXHIBIT 1** **Page 45**

| Case Number: |
|---|
| |

**(5) Confidential Information Regarding Minor**

a. ☐ *A Request to Keep Minor's Information Confidential* (form DV-160) was made and **GRANTED** *(see form DV-165, Order on Request to Keep Minor's Information Confidential, served with this form.)*

b. **If the request was granted, the information described on the order (form DV-165, item (8) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as contempt of court, with a fine of up to $1,000 or possible sanctions.**

**(6) Service of Documents by the Person in (1)**

**At least** ☑ **five** ☐ _____ **days before the hearing,** someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court file-stamped copy of this form (DV-109, *Notice of Court Hearing*) to the person in (2) along with a copy of all the forms indicated below:

a. DV-100, *Request for Domestic Violence Restraining Order* (file-stamped)

b. ~~DV-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**~~

c. ~~DV-120, *Response to Request for Domestic Violence Restraining Order* (blank form)~~

d. DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?*

e. DV-250, *Proof of Service by Mail* (blank form)

f. ☐ DV-170, *Notice of Order Protecting Information of a Minor,* and DV-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped), **IF GRANTED**

g. ☐ Other *(specify):* _____

Date: 6/20/19 _____    *Judicial Officer* _____

---

**Right to Cancel Hearing: Information for the Person in (1)**

- If item (4)(a)(2) or (4)(a)(3) is checked, the judge has denied some or all of the temporary orders you requested until the court hearing. The judge may make the orders you want after the court hearing. You can keep the hearing date, or you can cancel your request for orders so there is no court hearing.

- If you want to cancel the hearing, use form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order.* Fill it out and file it with the court as soon as possible. You may file a new request for orders, on the same or different facts, at a later time.

- If you cancel the hearing, do not serve the documents listed in item (6) on the other person.

- If you want to keep the hearing date, you must have all of the documents listed in item (6) served on the other person within the time listed in item (6).

- At the hearing, the judge will consider whether denial of any requested orders will jeopardize your safety and the safety of children for whom you are requesting custody or visitation.

- You must come to the hearing if you want the judge to make restraining orders or continue any orders already made. If you cancel the hearing or do not come to the hearing, any restraining orders made on form DV-110 will end on the date of the hearing.

**EXHIBIT 1    Page 46**

Case Number:

---

**To the Person in ①:**

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. form DV-200, *Proof of Personal Service,* may be used.

- For information about service, read form DV-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Read form DV-115-INFO, *How to Ask for a New Hearing Date.*

**To the Person in ②:**

- If you want to respond in writing, mail a copy of your completed form DV-120, *Response to Request for Domestic Violence Restraining Order,* to the person in ① and file it with the court. You cannot mail form DV-120 yourself. Someone age 18 or older — **not you** — must do it.

- To show that the person in ① has been served by mail, the person who mailed the form must fill out a proof of service form. Form DV-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the hearing.

- For information about responding to a restraining order and filing your answer, read form DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?.*

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested. You may bring witnesses and other evidence.

- **At the hearing, the judge may make restraining orders against you that could last up to five years.**

- **The judge may also make other orders about your children, child support, spousal support, money, and property and may order you to turn in or sell any firearms that you own or possess.**

 **Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

**—Clerk's Certificate—**

*Clerk's Certificate [seal]*

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

---

**Notice of Court Hearing**
**(Domestic Violence Prevention)**

Contra Costa

**EXHIBIT 1**          **Page 47**

**DV-110**   **Temporary Restraining Order**

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

① **Name of Protected Person:**
Shane Paul pearce

Your lawyer in this case *(if you have one):*
Name: Self-Represented      State Bar No.: _____
Firm Name: _____

**Address** *(If you have a lawyer for this case, give your lawyer's*
*information. If you do not have a lawyer and want to keep your home*
*address private, give a different mailing address instead. You do not have*
*to give your telephone, fax, or e-mail.):*
Address: 1719 West St.
City: Concord      State: CA    Zip: 94521
Telephone: (925) 705-2531      Fax: _____
E-mail Address: shane4hire@gmail.com

Clerk stamps date here when form is filed.

F I L E D
JUN 20 2019

*Fill in court name and street address:*
Superior Court of California, County of
Contra Costa
751 Pine Street
Martinez, CA 94533
Peter L. Spinetta Family Law Center

*Court fills in case number when form is filed.*
**Case Number:**
D19 - 02677

② **Name of Restrained Person:**
Ashley Nicole Parham

Description of restrained person:

Sex: ☐ M ☒ F   Height: 5' 7"   Weight: 120 lbs.   Hair Color: Blonde   Eye Color: Blue
Race: White                Age: 35    Date of Birth: 1/13/1984
Address *(if known):* 1600 Bellflower Pl
City: Walnut Creek                State: CA    Zip: 94595
Relationship to protected person: Dating

③ ☐ **Additional Protected Persons**
In addition to the person named in ①, the following persons are protected by temporary orders as indicated in items
⑥ and ⑦ *(family or household members):*

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ *Check here if there are additional protected persons. List them on an attached sheet of paper and write,*
*"DV-110, Additional Protected Persons" as a title.*

*The court will complete the rest of this form.*

④ **Court Hearing**
*This order expires at the end of the hearing stated below:*

Hearing Date: 7-9-19    Time: 4:30    ☒ a.m. ☐ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

DV-110, Page 1 of 6
→

Contra Costa

**EXHIBIT 1**        **Page 48**

Case Number: _____

---

**(5)** ☒ **Criminal Protective Order**

   a. ☐ A criminal protective order on Form CR-160, *Criminal Protective Order—Domestic Violence,* is in effect.
      Case Number: _____ County: _____ Expiration Date: _____

   b. ☒ No information has been provided to the judge about a criminal protective order.

**To the person in ②**

**The court has granted the temporary orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**(6)** **Personal Conduct Orders** ☐ Not requested ☐ Denied until the hearing ☒ Granted as follows:

   a. You must **not** do the following things to the person in ① and ☐ persons in ③:

      ☒ Harass, attack, strike, threaten, assault *(sexually or otherwise),* hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate *(on the Internet, electronically or otherwise),* or block movements

      ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means

      ☒ Take any action, directly or through others, to obtain the addresses or locations of the persons in ① *and* ③. *(If this item is not checked, the court has found good cause not to make this order.)*

   b. Peaceful written contact through a lawyer or process server or another person for service of Form DV-120 *(Response to Request for Domestic Violence Restraining Order)* or other legal papers related to a court case is allowed and does not violate this order.

   c. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(7)** **Stay-Away Order** ☐ Not requested ☐ Denied until the hearing ☒ Granted as follows:

   a. You **must** stay at least *(specify):* ___100___ yards away from *(check all that apply):*

      ☒ The person in ①        ☐ School of person in ①
      ☒ Home of person in ①      ☐ The persons in ③
      ☐ The job or workplace of person in ①    ☐ The child(ren)'s school or child care
      ☐ Vehicle of person in ①      ☐ Other *(specify):* _____

   b. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(8)** **Move-Out Order** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:

   You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**This is a Court Order.**

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

Contra Costa

**EXHIBIT 1**        **Page 49**

Case Number:

**(9) No Guns or Other Firearms or Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:
- Sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms within your immediate possession or control. Do so within 24 hours of being served with this order.
- Within 48 hours of receiving this order, file with the court a receipt that proves guns have been turned in, stored, or sold. (You may use Form DV-800, *Proof of Firearms Turned In, Sold, or Stored,* for the receipt.) Bring a court filed copy to the hearing.

c. ☐ The court has received information that you own or possess a firearm.

**(10) Record Unlawful Communications**

☐ Not requested ☐ Denied until the hearing ☒ Granted as follows:
The person in ① can record communications made by you that violate the judge's orders.

**(11) Care of Animals** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:
The person in ① is given the sole possession, care, and control of the animals listed below. The person in ② must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:

_____

**(12) Child Custody and Visitation** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:
Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order* or *(specify other form):* _____ . The parent with temporary custody of the child must not remove the child from California unless the court allows it after a noticed hearing (Fam. Code, § 3063).

**(13) Child Support**
Not ordered now but may be ordered after a noticed hearing.

**(14) Property Control** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:
Until the hearing, *only* the person in ① can use, control, and possess the following property:

_____

**(15) Debt Payment** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:
The person in ② must make these payments until this order ends:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**(16) Property Restraint** ☒ Not requested ☐ Denied until the hearing ☐ Granted as follows:
If the people in ① and ② are married to each other or are registered domestic partners, ☐ the person in ①
☐ the person in ② must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. *(The person in ② cannot contact the person in ① if the court has made a "no contact" order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

Contra Costa

EXHIBIT 1    Page 50

Case Number: _____

**(17) Spousal Support**

Not ordered now but may be ordered after a noticed hearing.

**(18) Rights to Mobile Device and Wireless Phone Account**

a. **Property control of mobile device and wireless phone account**
   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
   Until the hearing, only the person in ① can use, control, and possess the following property:
   Mobile device *(describe)* _____ and account *(phone number):* _____
   Mobile device *(describe)* _____ and account *(phone number):* _____
   Mobile device *(describe)* _____ and account *(phone number):* _____
   ☐ *Check here if you need more space. Attach a sheet of paper and write "DV-110 Rights to Mobile Device and Wireless Phone Account" as a title.*

b. **Debt Payment**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
   The person in ② must make these payments until this order ends:
   Pay to *(wireless service provider):* _____ Amount: $_____ Due date:_____

c. **Transfer of Wireless Phone Account**
   Not ordered now but may be ordered after a noticed hearing.

**(19) Insurance**

☐ The person in ①   ☐ the person in ②   is ordered NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties, or their child(ren), if any, for whom support may be ordered, or both.

**(20) Lawyer's Fees and Costs**

Not ordered now but may be ordered after a noticed hearing.

**(21) Payments for Costs and Services**

Not ordered now but may be ordered after a noticed hearing.

**(22) Batterer Intervention Program**

Not ordered now but may be ordered after a noticed hearing.

**(23) Other Orders**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

_____
_____
_____
_____
_____
_____

☐ *Check here if there are additional orders. List them on an attached sheet of paper and write "DV-110, Other Orders" as a title.*

**(24) No Fee to Serve (Notify) Restrained Person**

If the sheriff serves this order, he or she will do so for free.

Date: 6/20/19

_____
Judge (or Judicial Officer)

**This is a Court Order.**

**Temporary Restraining Order
(CLETS—TRO)
(Domestic Violence Prevention)**

Contra Costa

**EXHIBIT 1**    **Page 51**



| Case Number: |
|---|
|  |

## Warnings and Notices to the Restrained Person in ②

### If You Do Not Obey This Order, You Can Be Arrested And Charged With a Crime.

- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

### You Cannot Have Guns, Firearms, And/Or Ammunition.

 **You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect.**

### Service of Order by Mail

If the judge makes a restraining order at the hearing, which has the same orders as in this form, you will get a copy of that order by mail at your last known address, which is written in ②. If this address is incorrect, or to find out if the orders were made permanent, contact the court.

### Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not go to the hearing, the judge can make custody and visitation orders for your children without hearing from you.
- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve a *Financial Statement (Simplified)* (form FL-155) or an *Income and Expense Declaration* (form FL-150) if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.
- **Spousal support:** File and serve an *Income and Expense Declaration* (form FL-150) so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

## This is a Court Order.

**EXHIBIT 1**      **Page 52**





| Case Number: |
| --- |

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, §13710(b).)

## Conflicting Orders–Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced according to the following priorities (see Pen. Code, § 136.2, and Fam. Code, §§ 6383(h), 6405(b)):**

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001), and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

## Child Custody and Visitation

- The custody and visitation orders are on form DV-140, items ③ and ④ They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.
- **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

---

### Certificate of Compliance With VAWA

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____ , Deputy

---

**This is a Court Order.**

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

Contra Costa

**EXHIBIT 1**        **Page 53**

**DV-100**

**Request for Domestic Violence Restraining Order**

*Clerk stamps date here when form is filed.*

FILED
JUN 2 0 2019

You must also complete Form CLETS-001, *Confidential CLETS Information, and give it to the clerk when you file this Request.*

**(1)  Name of Person Asking for Protection:**

Shane Paul pearce                                          Age: 41

Your lawyer in this case *(if you have one):*

Name: Self-Represented              State Bar No.: _____

Firm Name: _____

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*

Address: 1719 West St.

City: Concord              State: CA              Zip: 94521

Telephone: (925) 705-2531              Fax: _____

E-Mail Address: shane4hire@gmail.com

*Fill in court name and street address:*

**Superior Court of California, County of**
Contra Costa
751 Pine Street
Martinez, CA 94533
Peter L. Spinetta Family Law Center

*Court fills in case number when form is filed.*

**Case Number:**
D19 - 02677

**(2)  Name of Person You Want Protection From:**

Ashley Nicole Parham

Description of person you want protection from:

| | | | | |
|---|---|---|---|---|
| Sex: ☐ M ☒ F | Height: 5' 7" | Weight: 120 lbs. | Hair Color: Blonde | Eye Color: Blue |
| Race: White | | Age: 35 | Date of Birth: 1/13/1984 | |

Address *(if known):* 1600 Bellflower Pl

City: Walnut Creek              State: CA              Zip: 94595

**(3)  Do you want an order to protect family or household members?**   ☐ Yes   ☒ No

*If yes, list them:*

| Full name | Sex | Age | Lives with you? | Relationship to you |
|---|---|---|---|---|
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Protected People" for a title.*

**(4)  What is your relationship to the person in ② ?** *(Check all that apply):*

a.  ☐  We are now married or registered domestic partners.

b.  ☐  We used to be married or registered domestic partners.

c.  ☐  We live together.

d.  ☐  We used to live together.

*If you do not have one of these relationships, the court may not be able to consider your request. Read Form DV-500-INFO for help.*

e.  ☐  We are related by blood, marriage, or adoption *(specify relationship):* _____

f.  ☒  We are dating or used to date, or we are or used to be engaged to be married.

g.  ☐  We are the parents together of a child or children under 18:

Child's Name: _____  Date of Birth: _____
Child's Name: _____  Date of Birth: _____
Child's Name: _____  Date of Birth: _____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Additional Children" for a title.*

h.  ☐  We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one).*

**This is not a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 1 of 6



Contra Costa

**EXHIBIT 1          Page 54**

Case Number: _____

**(5) Other Restraining Orders and Court Cases**

a. Are there any restraining/protective orders currently in place OR that have expired in the last six months (emergency protective orders, criminal, juvenile, family)?

☒ No  ☐ Yes *(date of order):* _____ and *(expiration date):* _____ *(Attach a copy if you have one.)*

b. Have you or any other person named in ③ been involved in another court case with the person in ②?

☒ No  ☐ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | County or Tribe Where Filed | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| ☐ Divorce, Nullity, Legal Separation | _____ | _____ | _____ |
| ☐ Civil Harassment | _____ | _____ | _____ |
| ☐ Domestic Violence | _____ | _____ | _____ |
| ☐ Criminal | _____ | _____ | _____ |
| ☐ Juvenile, Dependency, Guardianship | _____ | _____ | _____ |
| ☐ Child Support | _____ | _____ | _____ |
| ☐ Parentage, Paternity | _____ | _____ | _____ |
| ☐ Other *(specify):* _____ | _____ | _____ | _____ |

☐ Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Court Cases" for a title.

## Check the orders you want. ☑

**(6) ☒ Personal Conduct Orders**

I ask the court to order the person in ② not to do the following things to me or anyone listed in ③:

a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements

b. ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail or e-mail or other electronic means

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(7) ☒ Stay-Away Order**

a. I ask the court to order the person in ② to stay at least 100 yards away from *(check all that apply):*

☒ Me                          ☐ My school
☒ My home                     ☐ Each person listed in ③
☐ My job or workplace         ☐ The child(ren)'s school or child care
☐ My vehicle                  ☐ Other *(specify):* _____

b. If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, workplace, or vehicle? ☒ Yes ☐ No *(If no, explain):*

_____
_____

**(8) ☐ Move-Out Order**

*(If the person in ② lives with you and you want that person to stay away from your home, you must ask for this move-out order.)*

I ask the court to order the person in ② to move out from and not return to *(address):*

_____
_____

I have the right to live at the above address because (explain):

_____
_____

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

Contra Costa

**EXHIBIT 1**          **Page 55**

Case Number: _____

(9) **Guns or Other Firearms or Ammunition**
I believe the person in (2) owns or possesses guns, firearms, or ammunition. ☐ Yes  ☐ No  ☒ I don't know
*If the judge approves the order, the person in (2) will be ordered not to own, possess, purchase, or receive a firearm or ammunition. The person will be ordered to sell to, or store with, a licensed gun dealer, or turn in to law enforcement, any guns or firearms that he or she owns or possesses.*

(10) ☒ **Record Unlawful Communications**
I ask for the right to record communications made to me by the person in (2) that violate the judge's orders.

(11) ☐ **Care of Animals**
I ask for the sole possession, care, and control of the animals listed below. I ask the court to order the person in (2) to stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:

_____
_____

I ask for the animals to be with me because: _____
_____
_____

(12) ☐ **Child Custody and Visitation**
a. ☐ I do not have a child custody or visitation order and I want one.
b. ☐ I have a child custody or visitation order and I want it changed.
*If you ask for orders, you must fill out and attach Form DV-105, Request for Child Custody and Visitation Orders.*
*You and the other parent may tell the court that you want to be legal parents of the children (use Form DV-180, Agreement and Judgment of Parentage).*

(13) ☐ **Child Support** *(Check all that apply):*
a. ☐ I do not have a child support order and I want one.
b. ☐ I have a child support order and I want it changed.
c. ☐ I now receive or have applied for TANF, Welfare, CalWORKS, or Medi-Cal.
*If you ask for child support orders, you must fill out and attach form FL-150, Income and Expense Declaration or Form FL-155, Financial Statement (Simplified).*

(14) ☐ **Property Control**
I ask the court to give *only* me temporary use, possession, and control of the property listed here:

_____
_____

(15) ☐ **Debt Payment**
I ask the court to order the person in (2) to make these payments while the order is in effect:
☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Debt Payment" for a title.*
Pay to: _____  For: _____  Amount: $ _____  Due date: _____

(16) ☐ **Property Restraint**
**I am married to or have a registered domestic partnership with the person in (2)** . I ask the judge to order that the person in (2) not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in (2) to notify me of any new or big expenses and to explain them to the court.

(17) ☐ **Spousal Support**
I am married to or have a registered domestic partnership with the person in (2) and no spousal support order exists. I ask the court to order the person in (2) to pay spousal support. *(You must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing).*

> This is not a Court Order.

**EXHIBIT 1**          **Page 56**

Case Number: _____

**(18)** ☐ **Rights to Mobile Device and Wireless Phone Account**

a. ☐ **Property control of mobile device and wireless phone account**
I ask the court to give **only** me temporary use, possession, and control of the following mobile devices: _____ and the wireless phone account for the following wireless phone numbers because the account currently belongs to the person in **②** :

(including area code): _____  ☐ my number  ☐ number of child in my care
(including area code): _____  ☐ my number  ☐ number of child in my care
(including area code): _____  ☐ my number  ☐ number of child in my care

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Rights to Mobile Device and Wireless Phone Account" for a title.*

b. ☐ **Debt Payment**
I ask the court to order the person in **②** to make the payments for the wireless phone accounts listed in 18a because: _____
Name of the wireless service provider is: _____  Amount: $ _____  Due Date: _____
*If you are requesting this order, you must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing.*

c. ☐ **Transfer of Wireless Phone Account**
I ask the court to order the wireless service provider to transfer the billing responsibility and rights to the wireless phone numbers listed in 18a to me because the account currently belongs to the person in **②** .
*If the judge makes this order, you will be financially responsible for these accounts, including monthly service fees and costs of any mobile devices connected to these phone numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

**(19)** ☐ **Insurance**
I ask the court to order the person in **②** NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of me or the person in **②**, or our child(ren), for whom support may be ordered, or both.

**(20)** ☐ **Lawyer's Fees and Costs**
I ask that the person in **②** pay some or all of my lawyer's fees and costs.
*You must complete, file, and serve form FL-150, Income and Expense Declaration, before your hearing.*

**(21)** ☐ **Payments for Costs and Services**
I ask the court to order the person in **②** to pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in **②** (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*
Pay to: _____  For: _____  Amount: $ _____
Pay to: _____  For: _____  Amount: $ _____

**(22)** ☐ **Batterer Intervention Program**
I ask the court to order the person listed in **②** to go to a 52-week batterer intervention program and show proof of completion to the court.

**(23)** ☐ **Other Orders**
What other orders are you asking for? _____
_____
_____
_____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Orders" for a title.*

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)
Contra Costa

DV-100, Page 4 of 6 →

**EXHIBIT 1**    **Page 57**

| Case Number: |
|---|
| |

**(24) ☐ Time for Service (Notice)**
*The papers must be personally served on the person in (2) at least five days before the hearing, unless the court orders a shorter time for service. If you want there to be fewer than five days between service and the hearing, explain why below. For help, read Form DV-200-INFO, "What Is Proof of Personal Service"?*

_____

_____

**(25) No Fee to Serve (Notify) Restrained Person**
*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk what you need to do.*

**(26) Court Hearing**
The court will schedule a hearing on your request. If the judge does not make the orders effective right away ("temporary restraining orders"), the judge may still make the orders after the hearing. If the judge does not make the orders effective right away, you can ask the court to cancel the hearing. Read form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order*, for more information.

**(27) Describe Abuse**
Describe how the person in (2) abused you. Abuse means to intentionally or recklessly cause or attempt to cause bodily injury to you; or to place you or another person in reasonable fear of imminent serious bodily injury; or to harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, keep you under surveillance, impersonate (on the Internet, electronically or otherwise), batter, telephone, or contact you; or to disturb your peace; or to destroy your personal property. (For a complete definition, see Fam. Code, §§ 6203, 6320.)

a. Date of most recent abuse:    6-13-2019 _____

   1. Who was there? self _____

   2. Describe how the person in (2) abused you or your child(ren):
     See Attached Declaration (DV-100, Item 27 - Recent Abuse) ____

_____

_____

_____

_____

     ☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

   3. Did the person in (2) use or threaten to use a gun or any other weapon?  ☒ No  ☐ Yes *(If yes, describe):*
     See Attached Declaration (DV-100, Item 27 - Recent Abuse) ____

_____

   4. Describe any injuries: _____

_____

_____

   5. Did the police come?  ☒ No  ☐ Yes
     If yes, did they give you or the person in (2) an Emergency Protective Order? ☐ Yes ☐ No ☐ I don't know
     *Attach a copy if you have one.*
     The order protects  ☐ you  or  ☐ the person in (2)

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

Contra Costa

**EXHIBIT 1**          **Page 58**

Case Number: _____

**(27) Describe Abuse (continued)**

Has the person in ② abused you (or your child(ren)) other times?

b. Date of abuse: _May 15, 2019-February 2018_

1. Who was there? self

2. Describe how the person in ② abused you or your child(ren):
   See Attached Declaration (DV-100, Item 27 - Recent Abuse)

   ☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

3. Did the person in ② use or threaten to use a gun or any other weapon? ☒ No ☐ Yes *(If yes, describe):*
   See Attached Declaration (DV-100, Item 27 - Recent Abuse)

4. Describe any injuries: _____

5. Did the police come? ☐ No ☒ Yes
   If yes, did they give you or the person in ② an Emergency Protective Order?
   ☐ Yes ☒ No ☐ I don't know *Attach a copy if you have one.*
   The order protects ☐ you or ☐ the person in ②
   *If the person in ② abused you other times, check here ☐ and use Form DV-101, Description of Abuse or describe any previous abuse on an attached sheet of paper and write "DV-100, Previous Abuse" for a title.*

**(28) Other Persons to Be Protected**

The persons listed in item ③ need an order for protection because *(describe):* _____

**(29)** Number of pages attached to this form, if any: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _June 19, 2019_

____Shane Paul pearce____
*Type or print your name*                          *Sign your name*

Date: _____

_____                                   _____
*Lawyer's name, if you have one*                  *Lawyer's signature*

**This is not a Court Order.**

Revised July 1, 2016                **Request for Domestic Violence Restraining Order**        DV-100, Page 6 of 6
                                      **(Domestic Violence Prevention)**

Contra Costa

EXHIBIT 1                    Page 59

**MC-025**

| SHORT TITLE: pearce v. Parham | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number):* __27_____

*(This Attachment may be used with any Judicial Council form.)*
Attachment to Form DV-100 (Request for Order)

**Most Recent Incident:**
**Date of Abuse:** 6-13-2019

**Who was there?** self.  self witnessed the abuse.

**What happened just before the abuse started?**

**What did Ashley Nicole Parham do to you?**
Ashley Nicole Parham did the following things to me: A series of annoying and harassing phone calls

**What did Ashley Nicole Parham say to you?**
Ashley Nicole Parham said to me:  phone calls are not answered

**Did Ashley Nicole Parham send you any text messages, instant messages, email, or voicemail messages?**

**Did Ashley Nicole Parham use a gun or other weapons OR threaten to use a gun or other weapons?**

**Did the Police come?**

**Were you injured?**

**Did Ashley Nicole Parham damage your property?**

**Are there any photographs?**

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**
Contra Costa

www.courtinfo.ca.gov

**EXHIBIT 1**          **Page 60**

SHORT TITLE: pearce v. Parham

CASE NUMBER:

MC-025

ATTACHMENT (Number): 27

*(This Attachment may be used with any Judicial Council form.)*

Attachment to Form DV-100 (Request for Order)

**Second Most Recent Incident:**

**Date of Abuse:** May 15, 2019-February 2018

**Who was there?** self.

**What happened just before the abuse started?**     The following event(s) occurred before the abuse started: I was diagnosed with ALS and began making preparations for my downturn in health.

**What did Ashley Nicole Parham do to you?**
See 1 in Addendum

**What did Ashley Nicole Parham say to you?**
See 2 in Addendum

**Did Ashley Nicole Parham send you any text messages, instant messages, email, or voicemail messages?**
Ashley Nicole Parham sent me text messages,instant messages, email and voicemail messages. The messages say: messages intended to cause alarm, harassment and annoyance as shown in attached evidence.

**Did Ashley Nicole Parham use a gun or other weapons OR threaten to use a gun or other weapons?**

**Did the Police come?** The Police came and took the following actions: performed a wellness check on Parham after she threatened suicide .

**Were you injured?**

**Did Ashley Nicole Parham damage your property?**

**Are there any photographs?**

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**
Contra Costa

www.courtinfo.ca.gov

**EXHIBIT 1**          **Page 61**



D19 - 0.2677

## Addendum

1.  Ashley Nicole Parham did the following things to me: Parham continuously calls, emails, texts, or contacts via social media; despite me making it explicitly clear that I want no further contact.  I have blocked her from every social media account, my phone, my email. Parham will still contact me with other people's phone's, new numbers and fake social media accounts. Parham is interfering with my reasonable expectation to live a peaceful life.  All despite informing her of my February 2018 diagnosis of cancer and my October 2018 diagnosis of ALS she still continues her harassment. At times doubling her efforts.

2.  Ashley Nicole Parham said to me:  attached are several pages of her words in screen shot's of emails, and texts as well as confirmation through two separate Walnut Creek P.D. reports that annotate her threatening to hurt or kill herself deeming wellness checks from officers.   Ashley Nicole Parham sent me text messages,instant messages, email and voicemail messages. The messages say: messages intended to cause alarm, harassment and annoyance as shown in attached evidence.

**EXHIBIT 1**        **Page 62**



### *Walnut Creek Police Department*
*Safety ~ Service ~ Honor*

*1666 North Main St.,*
*Walnut Creek, Calif, 94596*
*(925) 943-5844*
*NCIC CA0071200*

*Date:* 05/22/19

The following information is from the official Dispatch records of the Walnut Creek Police Department regarding our event 18-27032. There is an additional written police report in this matter.

**CP 2018-27032**
Public Copy

Date Reported: 8-17-2018
Time Reported: 19:06:64

**INCIDENT LOCATION:**
Address: 1600 Bl Bellflower Pl          Sector:   1          Grid:   425

**GENERAL INFORMATION:**
Report Number: 18-27032          Priority: 3 - Routine
Case Type: Mental Case
Call taker  P582 - T. Le

**COMPLAINANT INFORMATION:**
Name:                                                                    — Parham
Address:
Report:    ***Complex*** WELFARE CHK ON XGIRLFRIEND, (Redacted 01) EMAILED RP
TODAY AFTER BEING CONTACTED BY ORINDA PD TO STOP HARASSING RP,
SHE STATED SHE WAS GOING TO 1056, UNK METHOD

**CONCLUSION/ DISPOSITION:**
(Redacted 01) WAS PLACED ON HOLD BASED ON SENDING EXCPLICIT EMAILS
DETAILING SUICIDAL IDEATIONS.

Cleared By:  R - Report Taken
Final Case Classification:  Mental Case

Officer:   P561 - D. Saffold

G. Sanluis, Police Records Technician
Walnut Creek PD Records Division
www.walnutcreekpd.com

**EXHIBIT 1          Page 63**



**Walnut Creek Police Department**
*Safety ~ Service ~ Honor*

*1666 North Main St.,*
*Walnut Creek, Calif., 94596*
*(925) 943-5844*
*NCIC CA0071200*

*Date:* 05/22/19

The following information is from the official Dispatch records of the Walnut Creek Police Department regarding our event 19-9324. There is an additional written police report in this matter.

**CP 2019-9324**
Public Copy

Date Reported: 3-22-2019
Time Reported: 22:50:03

**INCIDENT LOCATION:**
Address:  1600 Bl N Main St                    Sector:    4.                    Grid:    286

**GENERAL INFORMATION:**
Report Number: 19-9324                    Priority:   3 - Routine
Case Type:  Welfare Check
Call taker   P339 - L. Toliver

**COMPLAINANT INFORMATION:**
Name:
Address:
Report:    ***Complex*** **LOBBY** BEING HARASSED BY A KNOWN SUBJ FOR OVER A
               YEAR. RP LIVES IN ORINDA BUT IS GETTING TEXT MESSAGES FROM THE SUBJ
               WHILE HE'S HERE IN WC (Redacted 01)

**CONCLUSION/ DISPOSITION:**
        RP SHOWED SUICIDAL TXT FROM UNK PHN # CONSISTENT W FEM SUB TEXTS.
        CONTACTED PRNTS WHO STATED SUB OK, TEXTS FAKE. ADV GVN.

Cleared By:  R - Report Taken
Final Case Classification:  Welfare Check

Officer:   P504 - I. Appel

G. Sanluis, Police Records Technician
Walnut Creek PD Records Division
www.walnutcreekpd.com

**EXHIBIT 1**                    **Page 64**

5/21/2019                                    (4430) Verizon Messages

## Verizon Messages

## Conversation Details

### (925) 705-2531

**(415) 969-3192**

Recipient(s): (415) 969-3192:

**(415) 969-3192:**
Wish you could just give me some peace of mind that I won't run into tomorrow since you won't even try about the painful miscarriage😢. I don't want you in my life at all after ignoring me after giving me a miscarriage and lying that you needed me that night and that you're fully infertile. I don't deserve this pain. I wish I never met and cared about you

                                                                                           05/15, 10:40 PM

**(415) 969-3192:**
I'm beyond exhausted and depressed over the miscarriage I really don't want to see your stupid face pop up

                                                                                           05/15, 10:41 PM

**(415) 969-3192:**
😢😢

                                                                                           05/15, 10:43 PM

**(415) 969-3192:**
I don't understand how you can get off on being so cruel to me 😢

                                                                                           05/15, 10:58 PM

EXHIBIT 1                    Page 65

5/21/2019  (4412) Verizon Messages

## Verizon Messages

## Conversation Details

(925) 705-2531

(818) 962-0539

Recipient(s): (818) 962-0539:

**(818) 962-0539:**
Sorry I called... I don't even know what I'd say to you at this point that I haven't annoyingly repeated. And you've made it more than clear you don't care □□9792 so I actually give up... take care and hope you're Kicking als's ass if that's even possible. Ugh EDS is definitely kicking my ass in to having surgery □ at least I'm man free lol 😩

05/13, 7:54 PM

**(818) 962-0539:**
Glad I didn't have to abort you're baby seeing the way this worlds gone to shit

05/15, 3:42 PM

**(818) 962-0539:**
Sorry I forgot I really need to give up... just block this too. I'm depressed as fuck and it's none of your business even if part of it came from you in a way. Bye shane

05/15, 3:47 PM

**(818) 962-0539:**
I'll turn to the people who always turn to me who I'm always there for no matter the time

05/15, 3:48 PM

**(818) 962-0539:**
Don't know what would of been more painful the miscarriage or if I had to get an abortion. All I know is that would of been more $$$. There was no way I'd carry a baby from someone who has been so heartless and enjoys being cruel to me.

05/15, 4:54 PM

**(818) 962-0539:**
I hope your daughters never deal with a man like you

05/15, 4:55 PM

**(818) 962-0539:**
Fuck you for your enjoyment in being cruel to me

05/15, 4:56 PM

**(818) 962-0539:**
I can't even bring myself to reach out for help on the miscarriage cuz I don't want anyone else to know. Fuck you. I always answered your calls when you needed help from cancer or als. Then I'd come over at 3am and you'd be fine

05/15, 4:58 PM

**(818) 962-0539:**
I'm depressed out of my mind over what happened after the last time I slept with you. It's not fair I've suffered in silence about the stupid painful miscarriage. You and my doctor are the only people who know it happened. I don't know why it's affected me this bad. Probably because you couldn't even find an ounce of compassion for what I went through right after you pretended you wanted to be friends just to fuck me. I don't know why I care that you're doing ok when I'm going through hell physically from the painful syndrome that's fucking up my life faster than I imagined & emotionally from you lying that you're infertile. It's physically impossible that it was anyone else's but yours unless you're crazy and believe in immaculate conception. I'm not trying to be with you or even in your life. Im just dying on the inside over everything. Being ignored after miscarrying you're "infertile" swimmers is so heartless and cruel.

05/15, 5:38 PM

*Shane 457        Haas@ 1078*

EXHIBIT 1        Page 66

5/21/2019  (4421) Verizon Messages 

## Verizon Messages

## Conversation Details

(925) 705-2531

**(925) 291-7709**

Recipient(s): (925) 291-7709:

**(925) 291-7709:**
I hate being so desperate for help that I turned to you

05/15, 5:27 PM

**(925) 291-7709:**
Don't know what would of been more painful the miscarriage or if I had to get an abortion. All I know is that would of been more $$$. There was no way I'd carry a baby from someone who has been so heartless and enjoys being cruel to me. I hope your daughters never date a man like you. Fuck you for your enjoyment in being cruel to me.

I can't even bring myself to reach out for help on the miscarriage cuz I don't want anyone else to know. Fuck you. I always answered your calls when you needed help from cancer or als. Then I'd come over at 3am and you'd be fine.

Thankfully a charity for the chronically ill paid off the bullshit ambulance ride. Don't call the cops on me cuz I'm in a shit ton of physical and emotional pain from life and dealing with a miscarriage from a man who only has "cruel intentions" for me when I just needed a friend.
I've never met someone as heartless as you.

05/15, 5:34 PM

**(925) 291-7709:**
I'm depressed out of my mind over what happened after the last time I slept with you. It's not fair I've suffered in silence about the stupid painful miscarriage. You and my doctor are the only people who know it happened. I don't know why it's affected me this bad. Probably because you couldn't even find an ounce of compassion for what I went through right after you pretended you wanted to be friends just to fuck me. I don't know why I care that you're doing ok when I'm going through hell physically from the painful syndrome that's fucking up my life faster than I imagined & emotionally from you lying that you're infertile. It's physically impossible that it was anyone else's but yours unless you're crazy and believe in immaculate conception. I'm not trying to be with you or even in your life. Im just dying on the inside over everything. Being ignored after miscarrying you're "infertile" swimmers is so heartless and cruel.

05/15, 5:37 PM

**(925) 291-7709:**
Even though you couldn't even be kind enough to talk to me once after knocking me up/miscarrying your sperm. Can you do me a favor and not go to any east bay bars tomorrow night? I remember that's your hobby & I haven't been to a bar since the night I met you & I don't want to run into you

05/15, 7:52 PM

**(925) 291-7709:**
That missed call doesn't count as trying to talk to me after knocking me up btw

05/15, 7:53 PM

**(925) 291-7709:**
And that was a lazy ass joke

05/15, 7:55 PM

**(925) 291-7709:**
I know you won't hurt me or anything if I ran into you. I just don't want to cry or anything when I'm pushing myself to do something I m afraid of

05/15, 7:56 PM

**(925) 291-7709:**
I just want to be able to have fun with my girlfriends like I used to and not worry about extra things like running into you & crying. I'm more afraid of bars not you.

05/15, 8:02 PM

**(925) 291-7709:**
Clearly the missed call was an accident. Thanks for not giving me some peace of mind.

**EXHIBIT 1          Page 67**



 Gmail

Shane Pearce <shane4hire@gmail.com>

## Re: Ehh sorry.... 🖐💨 take care
14 messages

**Ashley Parham** <ashleynparham@gmail.com>    Tue, Oct 9, 2018 at 1:01 AM
To: Shane Pearce <shane4hire@gmail.com>

Hopefully you blocked me on all ways including this email. Ya don't need to bother unblocking my texts or phone calls like we talked about anymore. I'm stupid for trying to make you care about me. That's not the kind of person I should be trying desperately to have in my life. I don't know why I like and wanted you in my life as much as I have. Sorry. I deserve people who actually want my luv & attention. Luckily I'll be outta the country for a month to keep your stupid face from my mind. Think that'll do some good to forget you.

Anyways thanks for introducing me to some good music that helps calm me like alt j & Bob Moses.  -Ash

On Mon, Oct 8, 2018 at 4:08 AM Ashley Parham <ashleynparham@gmail.com> wrote:
I don't know why I wanted you as a friend so bad that I stupidly still contact you. It's insanely stupid to think you would care. Just keep me blocked and block all my emails

On Mon, Oct 8, 2018 at 4:04 AM Ashley Parham <ashleynparham@gmail.com> wrote:
Oops *them down. TMI you don't give a fuck about me and I should not contact you

On Mon, Oct 8, 2018 at 3:55 AM Ashley Parham <ashleynparham@gmail.com> wrote:
Ugh I wish I had actual friends to turn to in the east bay. Sorry I was desperate enough to contact you at all. Guys are scary when ya turn me down

On Mon, Oct 8, 2018 at 3:04 AM Ashley Parham <ashleynparham@gmail.com> wrote:
I wish you were a real Uber driver/sober/& a friend to get me outta here... oh yeah & unblocked 

On Sun, Oct 7, 2018 at 12:27 AM Ashley Parham <ashleynparham@gmail.com> wrote:
Sorry I bothered ya while in an Uber... or driving one I couldn't hear ya. Just wanted to say hi cuz I have no good reasons. Bourbon ☐ weed 🌿 & kicking it as one of the boys got a lil boring..... but..... you won't get this cuz you're "grounded" bs & I'm blocked unless ya know 🌿🌿 fuck it ya don't like me much anyways. Lol 🌿 I actually put your cigs in a ziplock like it's weed to keep fresh. Anyways have a good night and sorry for hitting you up b4 I go to Europe. Didn't mean you harm or whatever. I get it.... by your tone of voice & not responding unless it's involving sex. I'll leave ya alone for good. A month in Europe will definitely help. Lol Take care of yourself & stop smoking cigs... lol pot only... I'm smashing your pack to save your lungs.

-Ash

**Ashley Parham** <ashleynparham@gmail.com>    Tue, Oct 9, 2018 at 1:43 AM
To: Shane Pearce <shane4hire@gmail.com>

Silly as fuck I actually attempted to save your menthol cigs like it's worth weed. Just showing you my ridiculous one last time. At least my green below has medical benefits. Take care I guess?

EXHIBIT 1    Page 68

5/21/2019                                                        Gmail - Re: Ehh sorry.... take ca...

**Ashley Parham** <ashleynparham@gmail.com>
To: Shane Pearce <shane4hire@gmail.com>                           Tue, Oct 9, 2018 at 3:32 AM

Also.... I hope you are doing well and feeling healthier and that you don't have ALS! Just wanted to throw that in there
cause I do want the best for ya & for you to live a long healthy life with the ones whom you care for. I'll pray for ya from a
far. Lol I could even light a candle for you at the Vatican soon. Not that you're into that shit. Hope you have a great life
Shane. Take care of yourself. 🙂🌹

[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>
To: Shane Pearce <shane4hire@gmail.com>                           Tue, Oct 9, 2018 at 4:59 PM

Sorry I contacted you too much explaining shit you could not care less about. I think it's part of my ptsd where people
have tried &/or thought they killed me during assaults & I saw my birth mom get killed as a kid so I'm always telling people
how I feel cause I don't expect to live long due to ptsd. I've already outlived my birth mom and "brother" due to gunfire
with my luck I just expect to go out like them so I tell people too much especially if I care about them. I expect you to fully
hate me on a whole new level now! I'm not telling you shit for empathy or sympathy I don't need it. I'm just trying to
explain my abnormal behavior. Hope you start taking care of yourself for yourself and your loved ones. Lol I'd mail you
your cigs but I think it's cheaper for you to just buy more. 🙂🌹

[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>
To: Shane Pearce <shane4hire@gmail.com>                           Tue, Oct 9, 2018 at 10:30 PM

Sorry I've been such an abnormal burden on your life. Hopefully this next month will fully unburden you of me.
[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>
To: Shane Pearce <shane4hire@gmail.com>                           Wed, Oct 10, 2018 at 2:47 AM

Ugh... y do I want your attention and to actually like me?! It's fucking irritating more for me. There's a few guy friends who
turned out like me & I'm still the dumb girl who wants some one who doesn't care about me instead of the one who like
my presence. Hopefully you blocked me and can't see this
[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>
To: Shane Pearce <shane4hire@gmail.com>                           Wed, Oct 10, 2018 at 10:54 PM

I'm bummed that I wasn't worth even a friendship and just blocked even though you were still willing to have sex with me.
It is what it is though & I m sorry I have been such a burden
[Quoted text hidden]

---

**Shane Pearce** <shane4hire@gmail.com>
To: Ashley Parham <ashleynparham@gmail.com>                       Thu, Oct 11, 2018 at 4:12 AM

Im coming Calll me

Sent from my iPhone
[Quoted text hidden]

---

**Shane Pearce** <shane4hire@gmail.com>
To: Ashley Parham <ashleynparham@gmail.com>                       Thu, Oct 11, 2018 at 4:15 AM

Unlock you

Sent from my iPhone
[Quoted text hidden]

**EXHIBIT 1**          **Page 69**

5/21/2019  Gmail - Re: Ehh sorry.... take

**Ashley Parham** <ashleynparham@gmail.com>                                  Thu, Oct 11, 2018 at 8:25 AM
To: Shane Pearce <shane4hire@gmail.com>

I'm so confused by what this means? You didn't unblock me?

[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>                                  Thu, Oct 11, 2018 at 8:39 AM
To: Shane Pearce <shane4hire@gmail.com>

Anyways... I hope your okay cause I woke up to missed calls from you. I stayed at my friends Justin and Josie's house cause my parents came back to town a couple days ago & I already need my space. Lol I need to move ASAP. Sorry I missed your calls. You still have me blocked though. Btw my dad said you were a very nice man. Lol he left a message & when I called him back I told him you were Shane the guy I was hanging out with earlier in the year. They don't know any of the drama between us. You actually are a pretty nice guy when u feel like it. Would of been nice to see ya brat! I was passed the fuck out by then. Unblock if ya ever want to hang. Lol call me back cuz I wanna hear what you where up to last night

[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>                                  Thu, Oct 11, 2018 at 8:49 AM
To: Shane Pearce <shane4hire@gmail.com>

My dad just texted me to say sorry for being stern with ya he just was tired & didn't know who ya were. He said ya looked scared or something & wanted to apologize. He doesn't know anything negative about you. Sorry ya had to deal with that... but... if I wasn't blocked 

[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>                                  Thu, Oct 11, 2018 at 12:50 PM
To: Shane Pearce <shane4hire@gmail.com>

Just saying  ...

**EXHIBIT 1        Page 70**

BEST

AVAILABLE

IMAGE

**EXHIBIT 1**               **Page 71**



5/21/2019

Verizon    3:09 AM    94%

Shane ›

Today 2:55 AM



I'm blocked again aren't I?



https://mail.google.com/mail/u/0?ik=dc34b5d173&view=pt&search=all&permthid=thread-f%3A1624359905844178858&simpl=msg-f%3A16243599058...    4/6

EXHIBIT 1    Page 72

5/21/2019                                Gmail - 😊 I'm hurting



Sent from Yahoo Mail for iPhone
[Quoted text hidden]

---

**ashleynparham** <ashleynparham@yahoo.com>                              Sat, Feb 2, 2019 at 7:40 AM
To: Shane Pearce <Shane4hire@gmail.com>

Shane, I'm so sad that I fell for thinking we were at least friends & not just someone you know how to use. I really wish
you hadn't blocked me on the "anniversary reaction" weekend for being raped in that bathroom 🦋 🐦u have no idea
how much pain I'm in over so much I won't talk about. Why do you enjoy adding more pain?

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**ashleynparham** <ashleynparham@yahoo.com>                              Mon, Feb 4, 2019 at 5:59 PM
To: Shane Pearce <Shane4hire@gmail.com>

Since ya blocked me like a child before giving me a chance to have a voice my feelings....

Yeah I was going through ptsd from the anniversary reaction and turned to the wrong person. You hurt my heart bad
enough to never call or contact you again. I'm not the kind of girl who likes being used for one night stands and giving
hour+ massages to someone who has made it more than clear you hate me and enjoy hurting me. Yeah cruel intentions
is on point.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

---

**ashleynparham** <ashleynparham@yahoo.com>                              Mon, Feb 4, 2019 at 6:18 PM
To: Shane Pearce <Shane4hire@gmail.com>

**EXHIBIT 1                    Page 73**

5/21/2019  Gmail - 🔘 I'm hurting 

More importantly...

You better really be fully infertile!!!! And actually got checked after you're surgery like that Drs letter you sent said to do!!!! Cuz you're the only one I've had  sex with in months & im late & would be forced to abort cuz I don't want to give a child a cruel father I'd be forced to see again. Luckily it's my body and if I am I don't need to tell you what I do.

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**ashleynparham <ashleynparham@yahoo.com>**                    Mon, Feb 4, 2019 at 8:33 PM
To: Shane Pearce <Shane4hire@gmail.com>

U must of felt like such a big man making fun of me with your friends while I'm going through shit. Pathetic to kick someone when their down!!! EVERYTIME you were down and called I dropped everything & was there for you. Your a psychopath by getting off on causing pain to others. If you did somehow knock me up, I'd keep an innocent kid away from someone as cruel as you

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**ashleynparham <ashleynparham@yahoo.com>**                    Tue, Feb 5, 2019 at 3:17 AM
To: Shane Pearce <Shane4hire@gmail.com>

Please give me closure. Why did you call me over for "help" tell me things I wanted to hear just to fuck me and instantly treat me like shit the next day? You're heartless and cruel to me for fun & to entertain your friends at my expense. It hurts to be used so harshly. You're lack of empathy is scary. You're ability to be so good at faking like you like me until sex and an hours massage is over. Than it's like you want to taunt me into killing my self

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

**EXHIBIT 1          Page 74**