

## CONTRA COSTA COUNTY OFFICE OF THE SHERIFF
### DAVID O. LIVINGSTON
#### SHERIFF – CORONER

**VIA U.S. MAIL & EMAIL**

May 29, 2025

Michael F. Framè
The Framè Group, Inc.
9000 Crow Canyon Road, Suite 395
Danville, CA 94506
michael@theframegroup.com

Re: Your Public Records Act Request

Dear Mr. Framè:

The Contra Costa County Office of the Sheriff ("Sheriff's Office") is responding to your mailed request letter for records and information (the "Request"), which was received on May 20, 2025. The response provided herein is pursuant to the California Public Records Act ("CPRA"). (Gov. Code § 7920.000 *et seq*.)

Specifically, you requested,

> "...documentation from your department that Mr. Beckham Jr. was not named as a suspect in a police report written by the Contra Costa County Sheriff's Department."

In response to the Request, the Sheriff's Office has completed a reasonable search and inquiry, and no responsive records were located that list or name Mr. Odell Beckham Jr. as a suspect in a Departmental Report by the Contra Costa County Office of the Sheriff. The Sheriff's Office trusts that this response has fully addressed your CPRA request.

Sincerely,

**DAVID O. LIVINGSTON, Sheriff – Coroner**

*Caitlyn M. Melville*

By:   Caitlyn M. Melville, Sheriff's Specialist
      Professional Standards Division

CC:   Assistant Sheriff Steve Simpkins, Administrative Services Bureau

1850 MUIR ROAD • MARTINEZ, CALIFORNIA 94553

EXHIBIT 2                                         Page 75