

April 30, 2025

**VIA E-MAIL AND FEDEX**

Shawn R. Perez                          Ariel Mitchell
Law Offices of Shawn R. Perez          The Law Office of Ariel Mitchell, P.A.
7121 W. Craig Road, #113-38            500 NW 2nd Ave #12864
Las Vegas, Nevada 89129                Miami, FL 33101
E-Mail: shawn711@msn.com               E-Mail: ariel@arielesq.com

Re:    **Ashley Parham, et al. v. Sean Combs, et al.**
       **USDC Case No. 3:24-cv-07191-RFL**

Counsel:

        This office and the Davillier Law Group are counsel for Odell Beckham, Jr., whom your office named as a defendant in your clients' March 7, 2025 Amended Complaint (the "**Complaint**") in the above referenced action (the "**Action**"). The Complaint, which Ms. Mitchell has wildly publicized (notwithstanding your offices continued failure to even have a summons issued), makes horrific false allegations against Mr. Beckham and was filed in an attempt to destroy the reputation of our client. Setting aside that the Complaint recites a wildly implausible and internally inconsistent narrative, reminiscent of a sensationalized b-movie script, your clients have put forth allegations against Mr. Beckham that both she and you know to be false. Further, as detailed below and in the accompanying Declarations, Mr. Beckham was hundreds of miles away from Orinda, California at the time of the alleged assault.

        Your client has repeatedly, both to the police and in Court filings made under oath, described the alleged assault as being done by two white men, Sean Pearce and an individual who your client described as being almost "his twin". In her contemporaneous statements to the police, her e-mails to Mr. Pearce over the ensuing months, and in a declaration signed under penalty of perjury, she makes *no* mention whatsoever of the bizarre allegations in the Complaint against my client (or, for that matter, any defendant other than Mr. Pearce). Absent from these contemporaneous recitations of the alleged assault are any mention of: (1) Mr. Beckham; (2) Mr. Desbordes; (3) Mr. Combs; (4) Mr. Pelletier; (5) the DOE Plaintiffs; (6) Ms. Wright; (7) Ms. Harris Scott; (8) Ms. Gonzalez; (9) Ms. Cunningham; (10) Ms. Combs; or (11) Mr. Lucks. Nor, for that matter, is there any discussion of the alleged incident with the knife, the supposed gunfight, the failed IUD insertion, or assault with a remote control, let alone the alleged anal or gang rapes.

        Specifically, I note that the Complaint alleges at Paragraph 151 that Ms. Parham "filed a report to the Orinda Police Department on April 17, 2018, but was too afraid to name Defendant Diddy as one of her assailants." While it is clear that you had a copy of that police report prior to

1131135.1

Resch Polster & Berger LLP
www.rpblaw.com
*A limited liability partnership
including professional corporations*

1840 Century Park East, 17th Floor
Los Angeles, CA 90067
T 310.277.8300
F 310.552.3209

**EXHIBIT 3**          **Page 76**



Shawn R. Perez
Ariel Mitchell
April 30, 2025
Page 2

the filing of the Complaint (as you reference her providing clothing to the police from the night of the alleged assault), the Complaint fails to detail what your client *actually* reported to the Police.

Contrary to the click-bait allegations of the Complaint, your client reported to the police that:

> On 3-23-2018 at 0300 hours, Pearce Called Parham and asked her to come over to his house because he was not feeling well due to cancer treatments. Parham was asleep and stated she took a sleeping pill before going to bed that night. Parham said she was surprised that she woke up when Pearce called her. Parham drove to Pearce's house. Pearce drove Parham up to Grizzly Peak Road to enjoy the view. About an hour later both Pearce and Parham went back to his house. Both Pearce and Parham ate edible marijuana. Parham stated she became extremely intoxicated between the sleeping pills and the marijuana. Pearce began to kiss Parham. Parham slated she was not expecting to have sex with Pearce because he said he was not feeling well.

> Parham stated she was extremely intoxicated, sleepy, and could not move. Pearce then placed multiple fingers inside of Parham's vagina causing pain. Pearce then inserted his penis inside of her vagina and began to have sexual 'intercourse with her. Pearce then flipped Parham on to her stomach, and she was not face down. Parham then stated another man began to have sex with her while she was face down. Later she was able to see that the other man was Pearce's friend "The twin." Pearce and his friend took turns having sex with Parham. Parham stated she could not fight because she was intoxicated. Parham stated Pearce and "The twin" took turns having sexual intercourse with her for approximately 30 minutes. Parham was unsure if Pearce ejaculated inside her vagina. "The twin" was the last suspect to have sexual intercourse with her and Parham believes he did ejaculate inside of her vagina. Parham stated the two men did not touch her at the same time or commit any sexual acts at the same time with her.

> After "The twin" finished he rolled over and laid next to Parham for a few minutes. Parham was unsure where Pearce was when "The twin" was laying next to her. Parham felt "The twin" get off the bed and he left. Pearce then laid down next to Parham on the bed. Parham fell asleep on Pearce's bed. She woke up later in the morning and went to Geppello's Caffe located on Orinda Way and got

EXHIBIT 3    Page 77



Shawn R. Perez
Ariel Mitchell
April 30, 2025
Page 3

breakfast for Pearce and herself. She then returned lo Pearce's house and had breakfast with him. Parham then left after breakfast.

Parham did not speak to Pearce for a few days. On 3-26-2018 Parham went to Harborside marijuana dispensary located at 1840 Embarcadero in Oakland. When Parham was there, she saw "The twin" who was working as security at the dispensary. Parham did not speak to "the twin." but she did make eye contact with him. At 1645 hours, Parham sent Pearce a text message saying that she saw his twin at Harborside. Pearce did not respond to her text message, Parham described Pearce's friend ("The Twin") as a white male adult approximately 35 to 40 years old, 6 feet tall with a thin build. Brown hair with brown eyes and a short beard. Parham could not provide any further description of the other suspect other then he looks like Pearce.

Parham and Pearce sent a few text messages back and forth then on 4-7-2018 at 1608 hours, Parham sent Pearce a text message "WHY DlD YOU RAPE ME WITH YOUR FRIEND'!" Pearce responded back with "Excuse me?!!!" I took photographs of the text message conversation, sec attached. Pearce did not admit to any of the allegations that he raped Parham.

A copy of the police report is attached hereto as <u>Exhibit A</u>.

Glaringly absent from your client's report to the police is *any* mention of involvement by anyone *other than* Mr. Pearce and his "twin" – i.e., two white men.  None of the wild allegations that you and your clients included in the Complaint about the events of that night or *any* of the other named defendants, including Mr. Beckham, or the DOE Plaintiffs[1], can be found in her discussion of the events of that night with the police.  Further, the Walnut Creek police department has confirmed that no police report exists naming Mr. Beckham.

Ms. Pearce was consistent in her story that she was assaulted at about 4 or 5 a.m. on the morning of March 23, 2018 by <u>two white men</u> in subsequent correspondence with Mr. Pearce.  In opposition to an Application for A Restraining Order that Mr. Pearce filed *against* your client in July 2019, your client submitted a declaration, signed under penalty of perjury.  There, she again recites that Mr. Pearce and his friend, the "twin", assaulted her at approximately 4 am on the

---

[1] I note that despite the Court Order of March 14, 2025, you have yet to file a Motion seeking permission for two of your clients to proceed as "DOE" Plaintiffs.  I can only assume that it is because they, like the allegations against my client, are pure fiction.

EXHIBIT 3          Page 78



Shawn R. Perez
Ariel Mitchell
April 30, 2025
Page 4

morning of March 23, 2018.  She attached to her Declaration, a copy of which is attached as <u>Exhibit B</u>, the aforementioned police report, as well as:

A.   An email dated August 23, 2018 to Mr. Pearce, accusing him of raping her with his friend (never mentioning anyone else's involvement, or the sensationalist claims in the Complaint); and

B.   An email dated September 6, 2018 to Mr. Pearce, again accusing Mr. Pearce and his "twin" of assaulting her at 4 a.m. on the morning of March 23, 2018, and again noting that she was assaulted by "two white men" (and not detailing any of the sensationalist claims in the Complaint).

As the Court Records surrounding Mr. Pearce's application for a Restraining Order[2] are <u>public</u>, you no doubt were already in possession of these contemporaneous recitations of the alleged March 23, 2018 assault – recitations which are dramatically different, to say the least, than those in the Complaint.  <u>While we take no position as to her allegations as to Mr. Pearce and "his twin"</u>, for you to have put forth such wild and demonstrably false allegations against Mr. Beckham subjects you to not only Rule 11 Sanctions, but an action for malicious prosecution.

There simply is no way that you could have any reasonable belief in the truth of the allegations in the Complaint in the face of such contemporaneous conflicting statements, made under oath, by your client.  An attorney cannot blindly accept statements that are implausible or hearsay without attempting corroboration. *Hendrix v. Naphtal* (9th Cir. 1992) 971 F2d 398, 400.  For example, counsel is expected to take the time to examine relevant records and the prior history of his or her client case before filing suit. *Mercury Air Group, Inc. v. Mansour* (5th Cir. 2001) 237 F3d 542, 548.  Either you were grossly negligent in failing to investigate your clients' wild accusations *or* you knowingly put forth false allegations.  Of course, under either scenario, you are exposed to substantial liability.

Based on Ms. Mitchell's media tour, we have no doubt that she will attempt to evade liability by claiming that Ms. Pearson was suffering from "repressed memories".  While the multitude of contemporaneous recitations by your client belie any such assertion, Ms. Mitchell's multiple media-hits since October 2024 make clear that you have done nothing to generate *any* evidentiary support for her claims against Mr. Beckham.

While that alone subjects you to liability, we note that even if the two of you only acted with willful blindness and gross negligence towards my client, rather than with outright malicious intent, the continued prosecution of this claim further subjects both you and your clients to liability.  Irrefutable evidence establishes that Mr. Beckham was in Los Angeles at the time of the alleged

---

[2] Which include text messages from your client to Mr. Pearce from May <u>2019</u>, harassing Mr. Pearce and stating that she had recently miscarried after being impregnated by him during consensual sex.

EXHIBIT 3          Page 79



Shawn R. Perez
Ariel Mitchell
April 30, 2025
Page 5

assault, hundreds of miles away from the site of the alleged assault.  *See, Zamos v. Stroud* (2004) 32 Cal 4th 958, 969 ("an attorney [and his/her client] may be held liable for malicious prosecution for continuing to prosecute a lawsuit discovered to lack probable cause.")

Attached hereto as <u>Exhibit C</u> is the declaration of Grigor Vahanyan.  Mr. Vanhanyan operates a car service in Los Angeles, California and, as you will see in the attached, he has contemporaneous notes from March 20, 2018 through March 24, 2018, when he was hired to drive Mr. Beckham in Los Angeles.  Mr. Vanhanyan has provided contemporaneous time records showing that he was with Mr. Beckham and his colleague, Ajay Sangha (whose declaration is also attached as <u>Exhibit D</u>) on March 22, 23 and 24, 2018 <u>in Los Angeles</u>.

You will note that Mr. Vanhanyan, Mr. Sangha, and Mr. Beckham (whose declaration is <u>Exhibit E</u>) discuss how Mr. Beckham was at his home on Solar Drive in Los Angeles at 6:00 p.m., and did not leave until the following day at 2:30 p.m.

Also included, as <u>Exhibit F</u>, is the Declaration of Jeremy Hill.  As attested to by Messrs. Hill, Sangha, and Beckham, the three of them were at the Solar Drive home, <u>approximately 365 miles away from the location of the alleged assault</u>, well into the early morning of March 23, 2018.  Attached to Mr. Beckham's Declaration is a video which he personally recorded at 10:02 p.m. on March 22, 2018 of Messrs. Hill and Sangha playing video games where he can be heard talking to Mr. Hill.  Also attached is a screen shot taken from that video, along with the metadata.

Also included with Mr. Beckham's declaration are contemporaneous text messages from March 22, 2018 with Cliff King of Nike, Inc.  In those text messages that discuss meeting at 1:00 p.m. on March 23, 2018 at Mr. Beckham's home in Los Angeles.  Additionally, Mr. Beckham confirms his plans to stay in that evening because he was tired from his workout earlier in the afternoon.  The Declarations of Messrs. Beckham, Sangha, and Vanhanyan, along with the contemporaneous business records and videos, all confirm that Mr. Beckham was at his home in Los Angeles from approximately 6:00 p.m. on March 22, 2018 until approximately 2:30 p.m. on March 23, 2018.

The Declarations also provide evidence of Mr. Beckham's whereabouts on March 23 and 24, 2018 to the extent that your client seeks to change not only the alleged participants and details of her alleged assault, but  date of the claimed crime.

Put simply, you and your clients have put forth allegations against Mr. Beckham that are not only contrary to her repeated contemporaneous allegations of assault by Mr. Pearce, but have alleged his participation in a horrific crime at a date and time when he was demonstrably hundreds of miles away from the alleged location.  You have put forth these scurrilous allegations despite documentary evidence that was already in your possession and in the public record that entirely exculpate Mr. Beckham, without any additional inquiry or investigation, and done so for transparently malicious purposes.

1131135.1

EXHIBIT 3    Page 80



Shawn R. Perez
Ariel Mitchell
April 30, 2025
Page 6

To be clear, while Mr. Beckham will <u>not</u> waive any of his rights or remedies against you or your clients, if you are to mitigate your exposure, we demand that you immediately dismiss Mr. Beckham from the Action, with prejudice.  Further, we demand that you immediately release a public statement that states:

1.    Mr. Beckham has been dismissed from the action, with prejudice;

2.    Mr. Beckham was not in Orinda, California the night of alleged assault, and in fact has never met or interacted in any form with Ms. Parham;

3.    You and your clients apologize to Mr. Beckham for naming him in the Complaint, and fully and unconditionally retract any and all allegations made against him; and

4.    The false accusations made against him by you and your clients have been detrimental to Mr. Beckham, and that you understand and acknowledge that he remains free to pursue claims against each of you should he so desire.

Failure to <u>immediately</u> dismiss the action and release the foregoing statement will be used as evidence of malice against you and your client should Mr. Beckham be forced to seek Rule 11 Sanctions and/or pursue a claim for malicious prosecution.

Finally, I cannot overstate the fact that your actions have greatly harmed not just Mr. Beckham.  Making wild, unsubstantiated and <u>demonstrably false allegations</u> harms not just the wrongfully accused, but it dissuades actual victims of sexual abuse from coming forward.  You have harmed untold numbers of women with your reckless, if not malicious conduct.  You should be ashamed of yourselves, not just as lawyers and officers of the court, but as human beings.

The foregoing is not intended to be, nor should it be construed as, a full and complete recitation of all relevant facts or law, or as a waiver of any of our client's rights, remedies, or positions, all of which are expressly reserved.

Sincerely,

Andrew V. Jablon

Encl.

CC:    Daniel Davillier (via e-mail only)

1131135.1

**EXHIBIT 3**          **Page 81**

# Exhibit "A"

EXHIBIT 3                    Page 82



DR No: 18000496B          Sup No: ORIG                                    Page 2 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**

**CA0070000**

P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

**APPROVED BY:** METH,MICHAEL

| DR No. 180004968 | Sup. No ORIG | Assignment ORI | Reported Date Tue 04/17/2018 | Reported Time 1414 | Status Prosecution Desired | | Confidential? Yes | Empl. No./ID 77154 |
|---|---|---|---|---|---|---|---|---|
| From Date Fri 03/23/2018 | From Time 0300 | To Date Fri 03/23/2018 | To Time 0600 | Report Incident Type 261 | Use Of Force None | | | |
| Location 17 LOMA VISTA DR | | | | | City ORI | | | Zip 94563 |
| Offense No. 1 | Offense PC261 | Offense Description Rape (F) | | | | | | |

| Evidence Yes | Fingerprint | Body Camera | Marsy's Law Yes | Elder Abuse From SOC 341 | Victim Response - 293 PC | Missing/Stolen Value | Damaged Value |
|---|---|---|---|---|---|---|---|

**SYNOPSIS**

This report concerns Suspect-Shane Pearce and an unknown suspect having non consensual sexual intercourse with Vic-Ashley Parham at Pearce's residence at 17 Loma Vista Drive in Orinda.

Parham desires prosecution in the case

At the time of this report Pearce has not provided a statement. The other suspect in the case has not been identified.

**SUBJECTS**

| | Invl. No 1 | Type Individual | | Name PARHAM,ASHLEY NICOLE | | | | |
|---|---|---|---|---|---|---|---|---|
| | Race | | Gender | DOB | AGE | To Age | Height | To Height | Weight | To Weight | Juvenile? No |
| | Hair Color | | Eye Color | | Skin | General Appearance | Build | | Clothing Discription |
| | Hair Description | | Facial Features | | | Speech | Demeanor | | Deformity |
| | Further Description | | | | | | | |
| Person Reporting and Victim | Address Type Home | Location 1610 BELLFLOWER PL. | | | | City WALNUT CREEK | State CA | Zip 94596 |
| | ID Type Operator License | ID No. 89529806 | | | Operator License State California | | | |
| | Offense Link Victim | Offense PC261 | | | Phone Type Cell | Phone Number (925) 639-7855 | | |
| | Email Type | Email | | | | | | |
| | Mark Type | | Mark Code | | Mark Description | | | |
| | Employer / School | | | | Position / Grade | | Empl. From Date | Empl. To Date |
| | Empl. Location | | | | Empl. City | | Empl. State | Empl. Zip |
| | Empl. Contact | | | | Empl. Phone Type | | Empl. Phone | |

| Distribution ORINDA PD, | |
|---|---|

CONTRA COSTA COUNTY
OFFICE of the SHERIFF

JUL 03 2018

| Additional Routing | | | |
|---|---|---|---|
| Reporting Deputy (Print) Ladner,Joseph | | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred |
| Approving Supervisor (Print) METH,MICHAEL | | Supervisor No. 66250 | Date 4/26/2018 |

**EXHIBIT 3**          **Page 83**

DR No: 180004968          Sup No: ORIG                                    Page 3 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
. DV: No
ARREST: No

| Invl. No | Type | | | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Individual | | | PEARCE,SHANE PAUL | | | | | | | | |

| Race | | Gender | | DOB | AGE | To Age | Height | To Height | Weight | To Weight | | Juvenile? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | | Male | | | 40 | | 601 | | 190 | | | No |

| Hair Color | Eye Color | Skin | General Appearance | Build | | Clothing Discription |
|---|---|---|---|---|---|---|
| Brown | Brown | | | | | |

| Hair Description | Facial Features | | Speech | Demeanor | | Deformity |
|---|---|---|---|---|---|---|
| | | | | | | |

**Suspect**

Further Description

| Address Type | Location | | | City | State | Zip |
|---|---|---|---|---|---|---|
| Home | 17 LOMA VISTA DR | | | ORINDA | CA | 94563 |

| ID Type | ID No. | | Operator License State |
|---|---|---|---|
| Operator License | | | |

| Offense Link | Offense | Phone Type | Phone Number |
|---|---|---|---|
| Suspect | PC261 | Cell | |

| Email Type | Email |
|---|---|
| | |

| Mark Type | | Mark Code | | Mark Description |
|---|---|---|---|---|
| | | | | |

| Employer / School | | | | Position / Grade | | Empl. From Date | Empl. To Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Empl. Location | | Empl. City | | Empl. State | Empl. Zip |
|---|---|---|---|---|---|
| | | | | | |

| Empl. Contact | | Empl. Phone Type | | Empl. Phone |
|---|---|---|---|---|
| | | | | |

| Invl. No | Type | | | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Individual | | | UNKNOWN,UNKNOWN | | | | | | | | |

| Race | | Gender | | DOB | AGE | To Age | Height | To Height | Weight | To Weight | | Juvenile? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | | Male | | | 35 | 40 | 600 | 601 | 180 | 200 | | No |

| Hair Color | Eye Color | Skin | General Appearance | Build | | Clothing Discription |
|---|---|---|---|---|---|---|
| Brown | Brown | | | | | |

| Hair Description | Facial Features | | Speech | Demeanor | | Deformity |
|---|---|---|---|---|---|---|
| Short Hair | Full Beard | | | | | |

**Suspect**

Further Description
Unknown suspect, Pearce's friend

| Address Type | Location | | | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| ID Type | ID No. | | Operator License State |
|---|---|---|---|
| | | | |

| Offense Link | Offense | Phone Type | Phone Number |
|---|---|---|---|
| Suspect | PC261 | | |

| Email Type | Email |
|---|---|
| | |

| Mark Type | | Mark Code | | Mark Description |
|---|---|---|---|---|
| | | | | |

CONTROLLED DOCUMENT
CONTRA COSTA COUNTY
OFFICE OF THE SHERIFF
JUL 0 1 2018

| Employer / School | | | | Position / Grade | | Empl. From Date | Empl. To Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Empl. Location | | Empl. City | | Empl. State | Empl. Zip |
|---|---|---|---|---|---|
| | | | | | |

| Empl. Contact | | Empl. Phone Type | | Empl. Phone |
|---|---|---|---|---|
| | | | | |

**VEHICLES**

Distribution
ORINDA PD,

Additional Routing

| Reporting Deputy (Print) | Date / Time Written | Disposition | |
|---|---|---|---|
| Ladner,Joseph | 4/25/2018 08:21:02 | Referred | |
| Approving Supervisor(Print) | Supervisor No. | | Date |
| METH,MICHAEL | 66250 | | 4/26/2018 |

**EXHIBIT 3**                    **Page 84**



DR No: 180004968          Sup No: ORIG                                    Page 4 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**                Beat: 81
**CA0070000**                           DV: No
P.O. BOX 391, Martinez, California 94553-0039                 ARREST: No

| | | | VESSELS | | | | |
|---|---|---|---|---|---|---|---|
| | | | **PROPERTY** | | | | |
| | Inv. Date 04/17/2018 | Article Clothing | | | Serial No. | In Custody? No | # Pieces 2 |
| | Value | Owner Applied Number | | Description Underwear and bra for DNA testing | | | |
| Evidence | Tag Number | Item Number | Disposition | | Disposition Date | Storage Area | |
| | Link Owner | Involvement Person Reporting and Victim | Name PARHAM,ASHLEY NICOLE | | | DOB | |

| | MODUS OPERANDI | |
|---|---|---|
| | **NARRATIVE** | |

On 4-17-2018 at 1414 hours, I was dispatched to a report of a rape that occurred on 3-23-2018 at 17 Loma Vista Drive in Orinda. Vic-Ashley Parham reported Sus-Shane Pearce and an unknown suspect had sexual intercourse with her at Pearce's residence. Parham reported she saved the underwear she wore that day.

I contacted Parham by telephone at her request. I asked Parham to come to the Orinda Police Department to report the incident to me in person. Parham agreed and arrived at the Orinda Police Department. Parham, identified by her California driver's license provided me with the following statement in summary:

Parham met Pearce at Dan's Irish Sports Bar located at 1524 Civic Drive in Walnut Creek on 2-3-2018. Pearce was at the bar celebrating his 40th birthday with his friends. Parham and Pearce began to talk and flirt with each other at the bar. Parham and Pearce kissed each other at the bar. Parham and Pearce continued to talk and drink alcohol. Parham stated she got shy and looked down. She felt a hand move her face up and she kissed Pearce again. Parman opened her eyes and noticed that she did not kiss Pearce, but she kissed his friend who looks like Pearce. Parham did not know Pearce's friend's name, but she called him Pearce's twin due to their similar looks.

Later that night Parham and Pearce along with Pearce's friends went to Mr. Lucky's bar located at 1527 Lucust Street in Walnut Creek. Parham reported she was raped in the bathroom at Mr. Lucky's by an unknown suspect. Parham believes the suspect is a friend of Pearce's, but she could not remember much because she was heavily intoxicated. Parham report the incident to Walnut Creek Police Department (WCPD report number 18-7665)

Parham stated she has been a victim of sexual assault many times and started when she was very young. Parham said she has post-traumatic stress disorder (PTSD) from previous sexual assaults.

Parham and Pearce continued to talk and text message each other after that night. Parham stated Pearce was fighting cancer and they both enjoyed talking with each other about their respective issues with Parham's PTSD and Pearce fighting cancer. On 2-18-2018 Parham and Pearce hung out together at his house in Orinda. Parham stated they did not have sexual intercourse that night but did kiss. Parham described Pearce at this point in their relationship at a "Perfect Gentleman."

On 3-11-2018 Parham and Pearce had consensual sexual intercourse at Pearce's friend's house in Walnut Creek.

On 3-13-2018 Parham received a video call from Pearce and his friend the "twin". Pearce asked Parham to come over

| Distribution ORINDA PD, | | | |
|---|---|---|---|
| Additional Routing | | | |
| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred | |
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | Date 4/26/2018 | |

**EXHIBIT 3**                    **Page 85**

  



| DR No: 18000496B | Sup No: ORIG | Page 5 of 6 |
|---|---|---|

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

to have sex with him and his friend. Parham declined and did not come over to Pearce's house.

On 3-23-2018 at 0300 hours, Pearce Called Parham and asked her to come over to his house because he was not feeling well due to cancer treatments. Parham was asleep and stated she took a sleeping pill before going to bed that night. Parham said she was surprised that she woke up when Pearce called her. Parham drove to Pearce's house. Pearce drove Parham up to Grizzly Peak Road to enjoy the view. About an hour later both Pearce and Parham went back to his house. Both Pearce and Parham ate edible marijuana. Parham stated she became extremely intoxicated between the sleeping pills and the marijuana. Pearce began to kiss Parham. Parham stated she was not expecting to have sex with Pearce because he said he was not feeling well.

Parham stated she was extremely intoxicated, sleepy, and could not move. Pearce then placed multiple fingers inside of Parham's vagina causing pain. Pearce then inserted his penis inside of her vagina and began to have sexual intercourse with her. Pearce then flipped Parham on to her stomach, and she was not face down. Parham then stated another man began to have sex with her while she was face down. Later she was able to see that the other man was Pearce's friend "The twin." Pearce and his friend took turns having sex with Parham. Parham stated she could not fight because she was intoxicated. Parham stated Pearce and "The twin" took turns have sexual intercourse with her for approximately 30 minutes. Parham was unsure if Pearce ejaculated inside her vagina. "The twin" was the last suspect to have sexual intercourse with her and Parham believes he did ejaculate inside of her vagina. Parham stated the two men did not touch her at the same time or commit any sexual acts at the same time with her.

After "The twin" finished he rolled over and laid next to Parham for a few minutes. Parham was unsure where Pearce was when "The twin" was laying next to her. Parham felt "The twin" get off the bed and he left. Pearce then laid down next to Parham on the bed. Parham fell asleep on Pearce's bed. She woke up later in the morning and went to Geppetto's Caffe located on Orinda Way and got breakfast for Pearce and herself. She then returned to Pearce's house and had breakfast with him. Parham then left after breakfast.

Parham did not speak to Pearce for a few days. On 3-26-2018 Parham went to Harborside marijuana dispensary located at 1840 Embarcadero in Oakland. When Parham was there, she saw "The twin" who was working as security at the dispensary. Parham did not speak to "the twin," but she did make eye contact with him. At 1645 hours, Parham sent Pearce a text message saying that she saw her twin at Harborside. Pearce did not respond to her text message.

Parham described Pearce's friend ("The Twin") as a white male adult approximately 35 to 40 years old, 6 feet tall with a thin build. Brown hair with brown eyes and a short beard. Parham could not provide any further description of the other suspect other then he looks like Pearce.

Parham and Pearce sent a few text messages back and forth then on 4-7-2018 at 1608 hours, Parham sent Pearce a text message "WHY DID YOU RAPE ME WITH YOUR FRIEND?" Pearce responded back with "Excuse me?!!!" I took photographs of the text message conversation, see attached. Pearce did not admit to any of the allegations that he raped Parham

I asked Parham why she did not yell or scream to stop. Parham stated she was frozen and was unable to be verbal due to her level of intoxication. Parham stated that she has been sexually assaulted many times in the past and when Pearce and his friend began to have sex with her she "shut down."

Parham said she saved the underwear and bra that she was wearing that day. Parham provided me with the underwear

| Distribution | | |
|---|---|---|
| ORINDA PD, | | |

CONTRA COSTA COUNTY

| Additional Routing | | | JUL 01 | |
|---|---|---|---|---|
| **Reporting Deputy (Print)** Ladner,Joseph | | **Date / Time Written** 4/25/2018 08:21:02 | **Disposition** Referred | |
| **Approving Supervisor(Print)** METH,MICHAEL | | **Supervisor No.** 66250 | | **Date** 4/26/2018 |

**EXHIBIT 3**          **Page 86**



| DR No: 180004968 | Sup No: ORIG | Page 6 of 6 |

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

which I booked into Orinda Evidence.

I attempted to call Pearce on 4-17-2018 at 1639 hours. I left a voicemail for Pearce to call me. On 4-18-2018 at 1336 Pearce called the Orinda Police Department. Officer Brooks advised Pearce of my work schedule and to call back when I returned to work.

On 4-22-2018 at 1518 hours I called Pearce again and left a voicemail to call me. At 1612 hours I went to 17 Loma Vista Drive to contact Pearce. Pearce was not home; I left my card on the front door with a note to contact me.

On 4-23-2018 at 0830 hours I called Pearce and left a voicemail for him to call me. I went to his house at 0838 hours, and no one was home.

On 4-24-2018 at 0930 hours I called Pearce and left a voicemail for him to call me.

On 4-24-2018 at 1044 hours I faxed a request for a copy of the Walnut Creek Police report (18-7665). At the time of this report I have not received a copy of the police report from Walnut Creek Police Department.

At the time of this report, I have not been able to contacted Pearce for a statement. I also have not been able to identify Pearce's friend.

| Distribution |
| ORINDA PD, |

| Additional Routing |
| , |

| Reporting Deputy (Print) | Date / Time Written | Disposition |
| Ladner,Joseph | 4/25/2018 08:21:02 | Referred |
| Approving Supervisor(Print) | Supervisor No. | Date |
| METH,MICHAEL | 66250 | 4/26/2018 |

EXHIBIT 3          Page 87

# Exhibit "B"

EXHIBIT 3        Page 88

**DV-120**    Response to Request for Domestic Violence Restraining Order

Clerk stamps date here when form is filed.

F I L E D

JUL 0 8 2019

Fill in court name and street address:

**Superior Court of California, County of**
**CONTRA COSTA**
**751 Pine Street**
**P.O. Box 911**
**Martinez, CA 94553**
**Family Law**

Fill in case number:

Case Number:
**D19-02677**

① **Name of Person Asking for Protection:**
*(See form DV-100, item* ① *):*
**SHANE PAUL PEARCE**

② **Your Name:**
**ASHLEY NICOLE PARHAM**

Your lawyer in this case *(if you have one):*
Name: **SHARON K. RAAB** _____ State Bar No.: **169343**
Firm Name: **LAW OFFICE OF SHARON K. RAAB**
**Address** *(If you have a lawyer for this case, give your lawyer's*
*information. If you do not have a lawyer and want to keep your home*
*address private, give a different mailing address instead. You do not*
*have to give your telephone, fax, or e-mail.):*
Address: **18 Crow Canyon Court, Suite 200**
City: **San Ramon,** _____ State: **CA** _____ Zip: **94583**
Telephone: **(925) 820-3833** _____ Fax: **(925) 820-5533**
E-Mail Address: **lawlady118@gmail.com**

③ **Use this form to respond to the** *Request for Domestic*
*Violence Restraining Order* **(form DV-100).**

- Fill out this form and take it to the court clerk.
- Have the person in ① served by mail with a copy of this form and any attached pages. (See form DV-250, *Proof of Service by Mail.)*
- For more information, read form DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?*
- This form is for a response to a restraining order request. For more information about how to request your own restraining order, read form DV-505-INFO and form DV-120-INFO (see the section called *"What if I need a restraining order against the other person?"*)

> **The judge will consider your Response at the hearing.**
> Write your hearing date, time, and place from form DV-109, *Notice of Court Hearing,* item ③, here:
>
> **Hearing Date** → Date: **July 9, 2019** _____ Time: **8:30 a.m.**
> Dept.: **18** _____ Room: _____
>
> **You must obey the orders in Form DV-110,** *Temporary Restraining Order,* **until the hearing. At the hearing, the court may make restraining orders against you that could last up to five years and could be renewed.**

④ **Relationship to Person Asking for Protection**
  a. ☒ I agree to the relationship listed in item ④ on form DV-100.
  b. ☐ I do not agree that the other party and I have or had the relationship listed in item ④ on form DV-100 because: _____

⑤ **Other Protected People**
  a. ☐ I agree to the order requested.
  b. ☒ I do not agree to the order requested,   ☒ but I would agree to: _____
      <u>No Restraining order to be issued as I am the one who has been harrassed by the Respondent.</u>
      *(Specify your reasons in item 25, page 5, of this form.)*

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.
Essential Forms

Response to Request for Domestic Violence
Restraining Order
(Domestic Violence Prevention)

PARHAM

**EXHIBIT 3**          **Page 89**

Case Number:
**D19-02677**

**(6) ☒ Personal Conduct Orders**

    a. ☐ I agree to the orders requested.

    b. ☒ I do not agree to the order requested,   ☒ but I would agree to: _____

        __No Restraining order is necessary.__

        *(Specify your reasons in item 25, page 5, of this form.)*

**(7) ☒ Stay-Away Order**

    a. ☐ I agree to the order requested.

    b. ☒ I do not agree to the order requested,   ☒ but I would agree to: _____

        __No Restraining order is necessary.__

        *(Specify your reasons in item 25, page 5, of this form.)*

**(8) ☐ Move-Out Order**

    a. ☐ I agree to the order requested.

    b. ☐ I do not agree to the order requested,   ☐ but I would agree to: _____

        *(Specify your reasons in item 25, page 5, of this form.)*

**(9) Guns or Other Firearms or Ammunition**

    *If you were served with form DV-110, Temporary Restraining Order, you must turn in any guns or firearms in your immediate possession or control. You must file a receipt with the court from a law enforcement agency or a licensed gun dealer within 48 hours after you received form DV-110.*

    a. ☒ I do not own or have any guns or firearms.

    b. ☐ I ask for an exemption from the firearms prohibition under Family Code section 6389(h) because
        *(specify):* _____

    c. ☐ I have turned in my guns and firearms to law enforcement or sold them to, or stored them with, a licensed gun dealer. A copy of the receipt showing that I turned in, sold, or stored my firearms *(check all that apply):*
        ☐ is attached   ☐ has already been filed with the court.

**(10) ☒ Record Unlawful Communications**

    a. ☐ I agree to the order requested.

    b. ☒ I do not agree to the order requested,   ☒ but I would agree to: _____

        __Both parties can record communications if further contact is made.__

        *(Specify your reasons in item 25, page 5, of this form.)*

**(11) ☐ Care of Animals**

    a. ☐ I agree to the order requested.

    b. ☐ I do not agree to the order requested,   ☐ but I would agree to: _____

        *(Specify your reasons in item 25, page 5, of this form.)*

**This is not a Court Order.**

Revised July 1, 2016

Essential Forms

**Response to Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-120, Page 2 of 5 →

**PARHAM**

**EXHIBIT 3**　　　　**Page 90**

Case Number:
D19-02677

**(12) ☐ Child Custody and Visitation**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested. *(Specify your reasons in item 25, page 5, of this form.)*
  c. ☐ I am not the parent of the child listed in form DV-105, *Request for Child Custody and Visitation Orders.*
  d. ☐ I ask for the following custody order *(specify):* _____
     _____

  e. ☐ I do  ☐ I do not   agree to the orders requested to limit the child's travel as listed in form DV-108,
     *Request for Order: No Travel With Children.*
     *You and the other parent may tell the court that you want to be legal parents of the children (use form
     DV-180, Agreement and Judgment of Parentage).*

**(13) ☐ Child Support** *(Check all that apply):*
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested. *(Specify your reasons in item 25, page 5, of this form.)*
  c. ☐ I agree to pay guideline child support.
  *Whether or not you agree to pay support, you must fill out, serve, and file form FL-150, Income and Expense
  Declaration, or form FL-155, Financial Statement (Simplified).*

**(14) ☐ Property Control**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(15) ☐ Debt Payment**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(16) ☐ Property Restraint**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*

**(17) ☐ Spousal Support**
  a. ☐ I agree to the order requested.
  b. ☐ I do not agree to the order requested,  ☐ but I would agree to: _____
     _____
     *(Specify your reasons in item 25, page 5, of this form.)*
  *Whether or not you agree, you must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**This is not a Court Order.**

Revised July 1, 2016

Essential
Forms

Response to Request for Domestic Violence
Restraining Order
(Domestic Violence Prevention)

PARHAM

DV-120, Page 3 of 5
→

**EXHIBIT 3        Page 91**

Case Number:
**D19-02677**

**(18)** ☐ **Rights to Mobile Device and Wireless Phone Account**
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*

**(19)** ☐ **Insurance**
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*

**(20)** ☐ **Lawyer's Fees and Costs**
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*
   c. ☐ I request the court to order payment of my lawyer's fees and costs.
   *Whether or not you agree, you must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**(21)** ☐ **Payments for Costs and Services**
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*

**(22)** ☐ **Batterer Intervention Program**
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*

**(23)** ☐ **Other Orders** *(see item 22 on form DV-100)*
   a. ☐ I agree to the order requested.
   b. ☐ I do not agree to the order requested, ☐ but I would agree to: _____

   *(Specify your reasons in item 25, page 5, of this form.)*

**(24)** ☐ **Out-of-Pocket Expenses**
   I ask the court to order payment of my out-of-pocket expenses because the temporary restraining order was
   issued without enough supporting facts. The expenses are:
   Item: _____ Amount: $ _____ Item: _____ Amount: $ _____
   *You must fill out, serve, and file form FL-150, Income and Expense Declaration.*

**This is not a Court Order.**

**Response to Request for Domestic Violence
Restraining Order**
(Domestic Violence Prevention)

PARHAM

DV-120, Page 4 of 5
→

**EXHIBIT 3**          **Page 92**

Case Number:
D19-02677

**25** ☒ **Reasons I Do Not Agree to the Orders Requested**

Explain your answers to each of the orders requested *(give specific facts and reasons)*:

☒ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "DV-120, Reasons I Do Not Agree" as a title.*

**Please see attached Declaration "DV-120, Reasons I do not agree".**

**26** Number of pages attached to this form, if any: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: __July 8, 2019__

**ASHLEY NICOLE PARHAM**
*Type or print your name*

▶ _Ashley N Parham_
*Sign your name*

Date: __July 8, 2019__

**SHARON K. RAAB**
*Lawyer's name, if you have one*

▶ _Sharon K. Raab_
*Lawyer's signature*

> **This is not a Court Order.**

Revised July 1, 2016

**Essential Forms**

**Response to Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-120, Page 5 of 5

PARHAM

**EXHIBIT 3**    **Page 93**

### DV-120, REASONS I DO NOT AGREE

I, Ashley Parham, do not agree with the Petitioner's request for a DV Restraining Order.

**Brief History:**

1. I met the Petitioner, Shane Pearce, on the night of February 3, 2018.

2. At first, our relationship was more as friends with some flirtation going both ways.

3. Shane had been diagnosed with cancer prior to my meeting him and I tried to be caring and supportive. Shane would call me at all hours every week claiming he was depressed and needed someone to talk to. Shane told me I was the only one he could trust to talk to.

4. Eventually, our relationship became physical and I did have consensual sex with Shane on one occasion on March 11, 2018.

5. On March 23, 2018, Shane called me and asked me to come over between 3 and 4 a.m. He said he was really sick and was having trouble opening his medication bottles because he was going through chemotherapy.

6. Shane began forcibly trying to have me engage in sex with him. Although I did kiss him, he was hurting me and I asked him to stop. At his point, one of his friends came into the room (I do not know the name of this person).

7. Shane's friend began to rape me while Shane was watching. Shane then raped me and the two took turns raping me for about 30 minutes or so.

8. I had taken a sleeping pill earlier in the evening and was unable to move by this point or effectively fight them off. I tried to push them away but I was slapped and I "became frozen with fear" and "shut down".

**EXHIBIT 3**          **Page 94**

9. I filed a police report with the Orinda Police (overseen by the CCC Sheriff's Department.) **SEE EXHIBIT A**

10. I had repeat HIV testing following this incident.   See Doctor's letter.  **EXHIBIT B**

11. I admit I was very angry and upset after the rape and sent Shane some angry emails asking him why he had done this to me when I had tried to be such a good friend helping him while he was sick. **SEE EXHIBIT C** for a sample of emails. At the advice of my therapist, I wrote these emails to express my pain and my feelings since the police did not follow up on the rape allegation.

12. On October 11, 2018, Shane came to my house at about 4 a.m. after sending me threatening emails.  I was not home and my father had to confront him. **SEE EXHIBIT D**

13. Shane continued to threaten and harass me after I filed the police report about the rape.  I was 5150'd once in August of 2018 due to his calls to the police but was not kept at the hospital where it was determined that I was not a danger to myself or others. (The medical record will be available for the court's review at the hearing.)

14. I tried my best with the help of my therapist and a priest at the Vatican (while on vacation in Europe with my parents), I tried to forgive Shane and told him so. **EXHIBIT E**

15. Shane has consistently reached out to me even when he said he had "blocked me". **EXHIBIT F**

RESPONDENT'S REPLY TO REQUEST FOR DV RESTRAINING ORDER
In Re Matter of Pearce/Parham – D19-02677

**EXHIBIT 3**            **Page 95**



16. In 2019, Shane has continued his contact with me, for example asking in January, 2019 if I would help with his laundry. In January, February and March of 2019 he tried to Facetime me and call me. **SEE EXHIBIT G.**

17. In April, 2019, Shane put my picture and phone number on social media claiming I was an escort. **SEE EXHIBIT H**

**Current Status:**

18. There is no basis for a restraining order in this case.

19. Not only have I never threatened Shane, he is the one who raped and threatened me.

20. I have blocked Shane from all my accounts, and he has allegedly done the same.

21. The April 2019 message I sent about my being listed as an escort was the last contact I have had with Shane.

22. In his pleadings, Shane states that I sent a series of annoying and harassing phone calls on June 13, 2019. This is absolutely not true.

23. Because of the threats he has made to me, I am very afraid of Shane and have no intention of contacting him again or being anywhere around him. He deleted his address on the pleadings he sent me so I don't even know where he lives.

**What I am asking for:**

24. I am asking that the court deny this request for a restraining order.

Page 3

**EXHIBIT 3          Page 96**



EXHIBIT A

Made in USA

EXHIBIT 3          Page 97



DR No: 180004968          Sup No: ORIG                                Page 2 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**

**CA0070000**

P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

**APPROVED BY:** METH,MICHAEL

| DR No. 180004968 | Sup. No ORIG | Assignment ORI | Reported Date Tue 04/17/2018 | Reported Time 1414 | Status Prosecution Desired | | Confidential? Yes | Empl. No./ID 77154 |
|---|---|---|---|---|---|---|---|---|
| From Date Fri 03/23/2018 | From Time 0300 | To Date Fri 03/23/2018 | To Time 0600 | Report Incident Type 261 | | Use Of Force None | | |
| Location 17 LOMA VISTA DR | | | | | City ORI | | | Zip 94563 |
| Offense No. 1 | Offense PC261 | | Offense Description Rape (F) | | | | | |

| Evidence Yes | Fingerprint | Body Camera | Marsy's Law Yes | Elder Abuse From SOC 341 | Victim Response - 293 PC | Missing/Stolen Value | Damaged Value |
|---|---|---|---|---|---|---|---|

**SYNOPSIS**

This report concerns Suspect-Shane Pearce and an unknown suspect having non consensual sexual intercourse with Vic-Ashley Parham at Pearce's residence at 17 Loma Vista Drive in Orinda.

Parham desires prosecution in the case

At the time of this report Pearce has not provided a statement. The other suspect in the case has not been identified.

### SUBJECTS

| Invl. No 1 | Type Individual | | Name PARHAM,ASHLEY NICOLE | | | | | |
|---|---|---|---|---|---|---|---|---|

| Race | | Gender | DOB | AGE | To Age | Height | To Height | Weight | To Weight | | Juvenile? No |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Hair Color | | Eye Color | | Skin | | General Appearance | Build | | Clothing Discription | |
|---|---|---|---|---|---|---|---|---|---|---|

| Hair Description | | Facial Features | | | Speech | | Demeanor | | | Deformity |
|---|---|---|---|---|---|---|---|---|---|---|

| Further Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Person Reporting and Victim

| Address Type Home | Location 1610 BELLFLOWER PL. | | | | City WALNUT CREEK | | State CA | Zip 94596 |
|---|---|---|---|---|---|---|---|---|
| ID Type Operator License | ID No. 89529806 | | | Operator License State California | | | | |
| Offense Link Victim | | Offense PC261 | | Phone Type Cell | | Phone Number (925) 639-7855 | | |
| Email Type | | Email | | | | | | |
| Mark Type | | Mark Code | | Mark Description | | | | |
| Employer / School | | | | Position / Grade | | Empl. From Date | | Empl. To Date |
| Empl. Location | | | | Empl. City | | Empl. State | | Empl. Zip |
| Empl. Contact | | | | Empl. Phone Type | | Empl. Phone | | |

Distribution
ORINDA PD,

CONTRA COSTA COUNTY
OFFICE of the SHERIFF

JUL 03 2018

| Additional Routing | | | |
|---|---|---|---|
| Reporting Deputy (Print) Ladner,Joseph | | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred |
| Approving Supervisor(Print) METH,MICHAEL | | Supervisor No. 66250 | Date 4/26/2018 |

**EXHIBIT 3          Page 98**

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

DR No: 180004968          Sup No: ORIG                                Page 3 of 6
                                                                      Beat: 81
                                                                      . DV: No
                                                                      ARREST: No

### Suspect

| Invl. No 1 | Type Individual | | Name PEARCE,SHANE PAUL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Race White | | Gender Male | DOB | AGE 40 | To Age | Height 601 | To Height | Weight 190 | To Weight | Juvenile? No |
| Hair Color Brown | Eye Color Brown | Skin | General Appearance | Build | | | Clothing Discription | | |
| Hair Description | Facial Features | | Speech | Demeanor | | | Deformity | | |

Further Description

| Address Type Home | Location 17 LOMA VISTA DR | | | City ORINDA | | State CA | Zip 94563 |
|---|---|---|---|---|---|---|---|
| ID Type Operator License | ID No. | | Operator License State | | | | |
| Offense Link Suspect | Offense PC261 | | Phone Type Cell | Phone Number | | | |
| Email Type | Email | | | | | | |
| Mark Type | Mark Code | | Mark Description | | | | |
| Employer / School | | | Position / Grade | | Empl. From Date | Empl. To Date | |
| Empl. Location | | | Empl. City | | Empl. State | Empl. Zip | |
| Empl. Contact | | | Empl. Phone Type | | Empl. Phone | | |

### Suspect

| Invl. No 1 | Type Individual | | Name UNKNOWN,UNKNOWN | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Race White | | Gender Male | DOB | AGE 35 | To Age 40 | Height 600 | To Height 601 | Weight 180 | To Weight 200 | Juvenile? No |
| Hair Color Brown | Eye Color Brown | Skin | General Appearance | Build | | | Clothing Discription | | |
| Hair Description Short Hair | Facial Features Full Beard | | Speech | Demeanor | | | Deformity | | |

Further Description
Unknown suspect, Pearce's friend

| Address Type | Location | | | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| ID Type | ID No. | | Operator License State | | | | |
| Offense Link Suspect | Offense PC261 | | Phone Type | Phone Number | | | |
| Email Type | Email | | | | | | |
| Mark Type | Mark Code | | Mark Description | | | | |
| Employer / School | | | Position / Grade | | Empl. From Date | Empl. To Date | |
| Empl. Location | | | Empl. City | | Empl. State | Empl. Zip | |
| Empl. Contact | | | Empl. Phone Type | | Empl. Phone | | |

CONTROLLED DOCUMENT
CONTRA COSTA COUNTY
OFFICE of the SHERIFF
JUL 01 2018

### VEHICLES

| Distribution ORINDA PD, |
|---|

| Additional Routing |
|---|

| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred | |
|---|---|---|---|
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | | Date 4/26/2018 |

**EXHIBIT 3**          **Page 99**



DR No: 180004968          Sup No: ORIG                          Page 4 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**          Beat: 81

**CA0070000**                                          DV: No

P.O. BOX 391, Martinez, California 94553-0039          ARREST: No

| VESSELS | | | | | | |
|---|---|---|---|---|---|---|
| **PROPERTY** | | | | | | |

| | **PROPERTY** | | | | | | |
|---|---|---|---|---|---|---|
| | Inv. Date 04/17/2018 | Article Clothing | | | Serial No. | In Custody? No | # Pieces 2 |
| | Value | Owner Applied Number | Description Underwear and bra for DNA testing | | | | |
| Evidence | Tag Number | Item Number | Disposition | Disposition Date | Storage Area | | |
| | Link Owner | Involvement Person Reporting and Victim | Name PARHAM,ASHLEY NICOLE | | | DOB | |

| MODUS OPERANDI | | | | | | |
|---|---|---|---|---|---|---|

| NARRATIVE | | | | | | |
|---|---|---|---|---|---|---|

On 4-17-2018 at 1414 hours, I was dispatched to a report of a rape that occurred on 3-23-2018 at 17 Loma Vista Drive in Orinda. Vic-Ashley Parham reported Sus-Shane Pearce and an unknown suspect had sexual intercourse with her at Pearce's residence. Parham reported she saved the underwear she wore that day.

I contacted Parham by telephone at her request. I asked Parham to come to the Orinda Police Department to report the incident to me in person. Parham agreed and arrived at the Orinda Police Department. Parham, identified by her California driver's license provided me with the following statement in summary:

Parham met Pearce at Dan's Irish Sports Bar located at 1524 Civic Drive in Walnut Creek on 2-3-2018. Pearce was at the bar celebrating his 40th birthday with his friends. Parham and Pearce began to talk and flirt with each other at the bar. Parham and Pearce kissed each other at the bar. Parham and Pearce continued to talk and drink alcohol. Parham stated she got shy and looked down. She felt a hand move her face up and she kissed Pearce again. Parman opened her eyes and noticed that she did not kiss Pearce, but she kissed his friend who looks like Pearce. Parham did not know Pearce's friend's name, but she called him Pearce's twin due to their similar looks.

Later that night Parham and Pearce along with Pearce's friends went to Mr. Lucky's bar located at 1527 Lucust Street in Walnut Creek. Parham reported she was raped in the bathroom at Mr. Lucky's by an unknown suspect. Parham believes the suspect is a friend of Pearce's, but she could not remember much because she was heavily intoxicated. Parham report the incident to Walnut Creek Police Department (WCPD report number 18-7665).

Parham stated she has been a victim of sexual assault many times and started when she was very young. Parham said she has post-traumatic stress disorder (PTSD) from previous sexual assaults.

Parham and Pearce continued to talk and text message each other after that night. Parham stated Pearce was fighting cancer and they both enjoyed talking with each other about their respective issues with Parham's PTSD and Pearce fighting cancer. On 2-18-2018 Parham and Pearce hung out together at his house in Orinda. Parham stated they did not have sexual intercourse that night but did kiss. Parham described Pearce at this point in their relationship at a "Perfect Gentleman."

On 3-11-2018 Parham and Pearce had consensual sexual intercourse at Pearce's friend's house in Walnut Creek.

On 3-13-2018 Parham received a video call from Pearce and his friend the "twin". Pearce asked Parham to come over

Distribution
ORINDA PD,

| Additional Routing | | | |
|---|---|---|---|
| Reporting Deputy (Print) Ladner,Joseph | Date / Time Written 4/25/2018 08:21:02 | Disposition Referred | |
| Approving Supervisor(Print) METH,MICHAEL | Supervisor No. 66250 | | Date 4/26/2018 |

**EXHIBIT 3          Page 100**

 



DR No: 18000496B          Sup No: ORIG                          Page 5 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**
**CA0070000**
P.O. BOX 391, Martinez, California 94553-0039

Beat: 81
DV: No
ARREST: No

to have sex with him and his friend. Parham declined and did not come over to Pearce's house.

On 3-23-2018 at 0300 hours, Pearce Called Parham and asked her to come over to his house because he was not feeling well due to cancer treatments. Parham was asleep and stated she took a sleeping pill before going to bed that night. Parham said she was surprised that she woke up when Pearce called her. Parham drove to Pearce's house. Pearce drove Parham up to Grizzly Peak Road to enjoy the view. About an hour later both Pearce and Parham went back to his house. Both Pearce and Parham ate edible marijuana. Parham stated she became extremely intoxicated between the sleeping pills and the marijuana. Pearce began to kiss Parham. Parham stated she was not expecting to have sex with Pearce because he said he was not feeling well.

Parham stated she was extremely intoxicated, sleepy, and could not move. Pearce then placed multiple fingers inside of Parham's vagina causing pain. Pearce then inserted his penis inside of her vagina and began to have sexual intercourse with her. Pearce then flipped Parham on to her stomach, and she was not face down. Parham then stated another man began to have sex with her while she was face down. Later she was able to see that the other man was Pearce's friend "The twin." Pearce and his friend took turns having sex with Parham. Parham stated she could not fight because she was intoxicated. Parham stated Pearce and "The twin" took turns have sexual intercourse with her for approximately 30 minutes. Parham was unsure if Pearce ejaculated inside her vagina. "The twin" was the last suspect to have sexual intercourse with her and Parham believes he did ejaculate inside of her vagina. Parham stated the two men did not touch her at the same time or commit any sexual acts at the same time with her.

After "The twin" finished he rolled over and laid next to Parham for a few minutes. Parham was unsure where Pearce was when "The twin" was laying next to her. Parham felt "The twin" get off the bed and he left. Pearce then laid down next to Parham on the bed. Parham fell asleep on Pearce's bed. She woke up later in the morning and went to Geppetto's Caffe located on Orinda Way and got breakfast for Pearce and herself. She then returned to Pearce's house and had breakfast with him. Parham then left after breakfast.

Parham did not speak to Pearce for a few days. On 3-26-2018 Parham went to Harborside marijuana dispensary located at 1840 Embarcadero in Oakland. When Parham was there, she saw "The twin" who was working as security at the dispensary. Parham did not speak to "the twin," but she did make eye contact with him. At 1645 hours, Parham sent Pearce a text message saying that she saw her twin at Harborside. Pearce did not respond to her text message.

Parham described Pearce's friend ("The Twin") as a white male adult approximately 35 to 40 years old, 6 feet tall with a thin build. Brown hair with brown eyes and a short beard. Parham could not provide any further description of the other suspect other then he looks like Pearce.

Parham and Pearce sent a few text messages back and forth then on 4-7-2018 at 1608 hours, Parham sent Pearce a text message "WHY DID YOU RAPE ME WITH YOUR FRIEND?" Pearce responded back with "Excuse me?!!!" I took photographs of the text message conversation, see attached. Pearce did not admit to any of the allegations that he raped Parham

I asked Parham why she did not yell or scream to stop. Parham stated she was frozen and was unable to be verbal due to her level of intoxication. Parham stated that she has been sexually assaulted many times in the past and when Pearce and his friend began to have sex with her she "shut down."

Parham said she saved the underwear and bra that she was wearing that day. Parham provided me with the underwear

| Distribution | |
| --- | --- |
| ORINDA PD, | CONTRA COSTA COUNTY |

| Additional Routing | | | |
| --- | --- | --- | --- |
| Reporting Deputy (Print)<br>Ladner,Joseph | Date / Time Written<br>4/25/2018 08:21:02 | Disposition<br>Referred | |
| Approving Supervisor(Print)<br>METH,MICHAEL | Supervisor No.<br>66250 | | Date<br>4/26/2018 |

**EXHIBIT 3          Page 101**



DR No: 180004968          Sup No: ORIG                          Page 6 of 6

**OFFICE OF THE SHERIFF, CONTRA COSTA COUNTY**

**CA0070000**

P.O. BOX 391, Martinez, California 94553-0039

Beat: 81

DV: No

ARREST: No

which I booked into Orinda Evidence.

I attempted to call Pearce on 4-17-2018 at 1639 hours. I left a voicemail for Pearce to call me. On 4-18-2018 at 1336 Pearce called the Orinda Police Department. Officer Brooks advised Pearce of my work schedule and to call back when I returned to work.

On 4-22-2018 at 1518 hours I called Pearce again and left a voicemail to call me. At 1612 hours I went to 17 Loma Vista Drive to contact Pearce. Pearce was not home; I left my card on the front door with a note to contact me.

On 4-23-2018 at 0830 hours I called Pearce and left a voicemail for him to call me. I went to his house at 0838 hours, and no one was home.

On 4-24-2018 at 0930 hours I called Pearce and left a voicemail for him to call me.

On 4-24-2018 at 1044 hours I faxed a request for a copy of the Walnut Creek Police report (18-7665). At the time of this report I have not received a copy of the police report from Walnut Creek Police Department.

At the time of this report, I have not been able to contacted Pearce for a statement. I also have not been able to identify Pearce's friend.

| Distribution | | |
|---|---|---|
| ORINDA PD, | | |
| Additional Routing | | |
| , | | |
| Reporting Deputy (Print) | Date / Time Written | Disposition |
| Ladner,Joseph | 4/25/2018 08:21:02 | Referred |
| Approving Supervisor(Print) | Supervisor No. | Date |
| METH,MICHAEL | 66250 | 4/26/2018 |

**EXHIBIT 3          Page 102**



Made in USA

EXHIBIT B

EXHIBIT 3                    Page 103

**CHARLENE SPENCER, MD**
FAMILY MEDICINE
112 La Casa Via • Suite 350 • Walnut Creek, CA 94598
Phone 925 947 0414 • Fax 925 932 6560

3-26-18

Hi Ashley,

Here are lab slips for repeat HIV testing at 4-6 wks, 3 mos and 6 mos after assault. Please call me when you have the labs drawn so we can schedule a day for you to get your results.

Take care —

EXHIBIT 3     Page 104



EXHIBIT C

EXHIBIT 3          Page 105

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

## 5months exactly

**Ashley Parham** <ashleynparham@gmail.com>                                        Thu, Aug 23, 2018, 5:16 AM
To: Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com <haas27@hotmail.com>, pearce4hire@yahoo.com
<pearce4hire@yahoo.com>

FUCK YOU SHANE PEARCE!!!

FUCK YOU FOR RAPING ME WITH YOUR FRIEND EXACTLY 5 MONTHS AGO FROM TODAY AT THIS EXACT TIME.

Fuck you for living like nothing happened while I suffer everyday from what you did.

Fuck you for setting me up to be raped by your friend you won't name. Fuck you for not protecting me and pulling him
off me like a real man would have. FUCK YOU.

FUCK YOU FOR "DESTROYING" ME BECAUSE IM "FRAGILE" JUST LIKE YOU WANTED.

**EXHIBIT 3**                    **Page 106**

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

**WTF was that threat about last night????**
4 messages

**Ashley Parham** <ashleynparham@gmail.com>                     Thu, Sep 6, 2018, 6:32 AM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Shane Paul Pearce,

Why did you or your friend just threaten me with "bad things" going to happen??? They
already have when I was assaulted. I don't care if you kill me Shane. You destroyed me
the night I came over to help you at 4am cuz u pretended to be sick with cancer &
needed me to come over just to assault me. In March you could have just pulled him off
me instead of hurting me with him & randomly telling him to not hurt me further. What
have I done to you to deserve being raped??? I thought I was being a good friend
checking in on you because I care, while you just saw me as prey to mess with.

Even though you Shane don't deserve my forgiveness for what your friend & you raping
me has negatively done to my life, or my sympathy for you if you actually have cancer... I
somehow have a little bit for you alone even though you have made zero effort to make
things right and name your friend, give me closure, or ya know had pulled him off me like
you should of. You're actions changed my life dramatically that night for the worst & I
hope one day you truly understand the impact of your actions on others and get help in
order to stop destroying people to the point suicide seems like the only action left. You
could of had a good friend in me but you chose me as nothing more than prey to get off
on and laugh at my pain. The difference between you and me is I would of dropped
everything to be there for you when you're in need like I do for real friends & did for you
THAT night (cause I stupidly thought we had a real connection when in reality I was just
prey) and you never saw me even as a potential friend or anything positive. I was just
easy pickings for you to fake a friendship just enough to gain my trust and break it and
my heart & soul by what looks like a plan to rape me from the beginning. You never were
interested. I was just prey to rape later for you're entertainment. What did I do so bad to
you that you think I deserved this?

So what "bad things" are coming my way from that phone convo threat around 2am???

Fuck you & your friends for fucking with me on the phone and actually threaten me with
bad things happening at my address  after everything that's happened to me.

**EXHIBIT 3**          **Page 107**

Threatening me tonight means jack shit to me Shane... I'm not afraid of you. I don't give a fuck if you kill me or had killed me March 23rd. It would of been kinder of ya than faking being my friend to get me over & let that sick fuck friend of yours hurt me. I don't understand why you would let your friend hurt me when you alone could of had it purely consensual. I guess it's more about power over me that you wanted than sex. Why did you want to hurt me when I came over to help you?!?!! I'll never understand.

Ok so... ya had fun tonight being drunk & fucking with me with even more of your friends after everything your friend & ya did. Congrats on having fun off the pain you caused Shane. Whoever threatened me needs to fuck off. I'm guessing the threat came from you Shane or the unnamed friend who assaulted me worse. You should of pulled him off me!!!!! How would you like it if someone did what you two did to your kid.

Fucking get help if that's acceptable behavior to you. And get help for drinking and whatever else you do that makes you feel the need to be fucked up all the time and unconcerned with how your actions hurt those around you including the horrible pain you caused me after faking being a good man.

I don't know why people like you get off on hurting repeatedly sexually abused women like me for fun. Especially one who's been through it since childhood. Why did I have to be your prey instead of a friend or some chick you never spoke to!!! I didn't deserve what happened to me. I stupidly hoped you would of been innocent and he took advantage of you too but all your actions prove how little you think of me. I'm basically less than trash to you. BUT... Threatening me further over my phone & address equaling bad things for me is fucked up!!!! I deserve better than this. I deserved better from you Shane. I didn't deserve worse ptsd. I didn't deserve the first person I was stupid enough to trusted to get intimate with in 6 years would flip on me and let his friend rape and destroy my life and faith in humanity. Fuck you for wanting me to kill my self and destroy me because I'm fragile from a life time of abuse you'd probably find funny.

I really wish you could of just been the guy I hung out with the 1st night at your place and the 2nd at dales instead of what you ended up being. I don't understand why you are ok with what happened to me and have no remorse or ability to apologize. But why would you care when that nice guy persona was just an act.

Hope your threat was valid but at the same time I don't care if you kill me after what you did.

Even though you only saw me as worthless prey... I genuinely hope you are cancer free and healthy. It must be nice to

EXHIBIT 3                    Page 108




-ashley the bitch you only care to taunt laugh at and abuse with your friends.

---

**Ashley Parham** <ashleynparham@gmail.com>                                    Thu, Sep 6, 2018, 6:31 PM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Btw... please thank your "friend" or random guy at the bar from last night who had your phone
and literally said "I didn't deserve any of it" about what your friend and you did to me. I needed
to hear that. At least you have one friend with a conscience other than dale who seems decent
to not want to inflict pain on me or others. I hope you get the help you need to fix whatever is
inside you that needed to have power over me and cause me extreme pain & bring back my
ptsd to the extreme, which I had been so proud of myself for finally managing it w/o meds &
getting myself back on my feet to start my own business in 2018 before I met you & you decided
I was just prey & changed the course of my life.

I genuinely hope you're cancer free/feeling healthy from all that crap you were going through
and choose to make a change to better yourself and your health & confront your addiction and
issues that made you not see me as human worthy of kindness & being friends. Instead you
wanted to destroy me while I wanted to help you & be there for you during your cancer in any
way you needed.

I didn't deserve what happened at your house in March. I went over to your house to help you &
be there for you cause I care I deserved you protecting me from your sick friend instead of what
happened. I deserved so much better treatment for coming over at the drop of a hat that night to
come take care of you and make you feel better. I don't understand why people love to hurt me
this deeply.

I wish I never let you gain my trust & give you the chance to pretend to be such a kind caring
guy who kept calling to check in on me to see if I was ok/talk/make me laugh/pretend to care &
be there for me over the assault in WC bar! Also don't understand why you'd make the effort to
take me out of a room to avoid a rape scene  in a movie to protect me but didn't give a fuck to
protect me from your disturbed friend you won't name. Even the night of the assault at your
place you sounded stressed while telling him not to hurt me further. I'll never understand why
you flipped on me or most likely you never cared and it was all part of the plan to gain my trust
to hurt me more later because I'm an easy target

Like many victims of assault I've been struggling w/ my selfworth, ptsd, severe depression and
suicidal thoughts because I'm extremely desperate to find a reason why YOU did this to

**EXHIBIT 3**                    **Page 109**

me!?!?? Sadly I'll never receive the answer to why you did it, why you didn't see me as a human worthy of life or friendship, or why you gained my trust just to destroy me... because the answers all lie in your heart which I have zero access to in order to heal myself from what happened.

Do you even understand that You were the first person in 6-7 years I was able to trust enough to be intimate with & let touch me because you were so good at pretending to be my friend and so kind to keep checking in on me to see if I was ok. I thought I had found an amazing friend in you & was extremely grateful for that friendship untill you full flipped on me and chose to assault me with your disturbed unnamed friend.

Before you gained my trust to assault me (with your obviously more guilty, sick & demented friend in March) I had regained my sense of feeling safe in the world and you took that away from me. You have made me feel worthless, not even human, not worthy of kindness/love/ or respect. Your choices have irreparable changed my life forever while you get to live your life like nothing happened and lie to the world that I'm just some crazy liar which works perfectly for you in a world where everyone especially cops care more to victim blame than do police work & the fact that "A women's anger never goes unpunished" even if justified. Your lucky I have no one who cared to help me even tho it was your friend who belongs behind bars. You on the other hand  need mental help to better yourself. Your friends a lost cause and will only get worse.

Good luck hanging with a guy who literally said he wanted to fuck your daughter Trinity in a creepy rapist stalker way. I hope you at least protect her from that unnamed friend & warm her of him to keep her safe. SHE DOESN'T DESERVE THIS PAIN FROM YOUR FRIEND OR ANYONE & I HOPE YOU HAVE SERIOUSLY LISTENED TO ME ABOUT WHAT HE HAS INSINUATED ABOUT DOING TO YOUR DAUGHTER AND PROTECT HER LIKE YOU DIDN'T PROTECT ME FROM HIM.

PLEASE DONT LET HIM HURT HER TOO. SHE DESERVES TO LIVE LIFE NOT KNOWING THIS TYPE OF PAIN.
[Quoted text hidden]

---

**Ashley Parham** <ashleynparham@gmail.com>                                      Thu, Sep 6, 2018, 7:47 PM
To: Ashley Parham <nikashley@icloud.com>, Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com
<haas27@hotmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

What I take away from the threat I received last night from you and your friends is: The fact you know my phone number means you know where I live, and bad things are going to happen.

Bad shit already happened.

I don't care if I die so why should I care about "bad things happen"...ing to me? Living after being raped by someone you trusted is the most painful thing YOU could have done to me. Killing me that night would of been a blessing.

I'm not afraid of you or your unnamed rapist friend knowing where I live. I'm guessing only your unnamed rapist friend would want to do that anyways. You seemed smarter & like you might have a bit of a conscience. But... I was wrong about you being that kind caring guy when you're a Jekyl and Hyde.

Either way... you're two white men so you can get away with anything you want. While rape victims get ignored, villainized, blamed and shamed into silence and isolation by the rapists/their friends, cops, & society.
[Quoted text hidden]

EXHIBIT 3          Page 110

them like he did me. I hope you protect them unlike how you tossed me to the predator. I hope you get to live the rest of your life cancer free & never have to suffer from being raped the way I was by you two. I wish you the best in life and are able to make positive changes to stop causing destruction in others life's like mine. I hope I can find some form of strength to get through this brutal pain you caused me and not fall victim to the statistics of killing mysef in a ptsd thoughtless autopilot tactical state of mind where I'm not fully aware to stop myself like I almost did in 2011 after an assault. You reignited that part of my ptsd I had under control for years. Now I'm afraid of what my future holds because of what you chose to do to me, my life, and my survival.  I hope you take a lot of time and look deep in yourself with a therapist to figure out why you did it and how you could/can treat me as a subhuman cumdumpster to abuse for fun. I hope you get help and change for the better and find reasons for your actions and never assault someone else with or without that disturbing friend of yours. Your "drunken can't remember" abuse is not a good answer. I wish you had cared just the tiniest bit about me to have protected me from your psycho rapist friend or admitted his name since he will only get worse & bring you & other innocent girls down with him. But sadly u are with him & my Stockholm syndromes desperation for you to be innocent and it just be him guilty is unrealistic and just wishful thinking that the one person(YOU). I was stupid enough to let my guard and walls down for you and I actually wanted to get to know you and felt safe enough to be intimate with you after not letting people touch me for 7 years. The fact I stupidly fell for your kind act just to get assaulted again after 7years of avoiding men and friend zoning everyone is tragic. Especially because I'm never interested in anyone in that way & the one I choose to trust & care for ended up being just another abuser like my ex husband only you upped the time frame

I hope one day I can live free from the pain you caused me and go outside and live my life like normal people or people like you who get to walk around like nothing happened and not in fear of more "bad things happening" to me from u and your friends from last nights bar. It's not fair you can go on hikes in nature all alone. Hiking around the bay is one of my favorite things to do & you took that away from me too because I'm afraid to run into you and your unnamed friend since you like the outdoors as much as I do. I've barely left my bedroom since you assaulted me I lost all faith in humanity
[Quoted text hidden]

**EXHIBIT 3**          **Page 111**



EXHIBIT D

EXHIBIT 3          Page 112



 **Shane Pearce**

to me

Hide details

| From | Shane Pearce  shane4hire@gmail.com |
| --- | --- |
| To | Ashley Parham  ashleynparham@gmail.com |
| Date | Oct 11, 2018, 4:12 AM |
| Security | 🔒 Standard encryption (TLS)  Learn more |

**Im coming Calli me**

**Sent from my iPhone**

**Shane Pearce**

to me

Hide details

| From | Shane Pearce  shane4hire@gmail.com |
| --- | --- |
| To | Ashley Parham  ashleynparham@gmail.com |
| Date | Oct 11, 2018, 4:15 AM |
| Security | 🔒 Standard encryption (TLS)  Learn more |

**Unlock you**

**Sent from my iPhone**

**EXHIBIT 3**      **Page 113**



1:09 AM

Front

**Yesterday, 10/11**                                    People ✕



**5:01a**
Motion



**4:50a**
Motion



**4:46a**
Motion



**4:45a**
Motion

I, Ashley Parham, have a video copy of Shane Paul Pearce showing up oninvited to my house demanding to see me to my father. I was at my boyfriends house. This was the 4th time Shane has shown up oninvited to my house since Raping me in march 2018. This is the only time the door was answered. I kept the video because I became afraid he would hurt my family. – Ashley P.

**EXHIBIT 3**                    **Page 114**



EXHIBIT E

EXHIBIT 3                    Page 115

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

**Regrets... I have a few with you!**

**Ashley Parham** <ashleynparham@gmail.com>                              Thu, Oct 18, 2018, 12:09 PM
To: Shane Pearce <shane4hire@gmail.com>, pearce4hire@yahoo.com <pearce4hire@yahoo.com>

Shane, I truly hope I am blocked and you didn't get these messages. Thank God I'm at
the Vatican today to heal my soul. I got blessed in the Sistine Chapel after confession of
the sexual abuse I suffered as a kid & adult & the February rape & your friend incident.
He gave me the best advice on it all & blessed me & felt true healing & peace for the first
time in months. I truly hope the best for you in life. I understand you don't want to know
me. I genuinely forgive you for hurting me even though you can't see that you have and
I'm trying very hard to find true forgiveness in my heart for all the abuse I've suffered in
35 years. I don't know what else to say to you other than I have forgiveness & love in my
heart for you & wish you the best in life & good health. I will delete your number and
emails from my phone to give you peace. 😢 take care of yourself & stop smoking cigs.
Your daughters deserve their father to stay around and support them... not live the
unhealthy lifestyle you live after surviving cancer. Bye Shane.

**EXHIBIT 3          Page 116**





EXHIBIT F

EXHIBIT 3    Page 117

**12:54**

**Shane Pearce** Sep 29, 2018

to me ^

From     Shane Pearce   shane4hire@gmail.com

To       Ashley Parham   ashleynparham@gmail.com

Date     Sep 29, 2018, 4:30 AM

Standard encryption (TLS)
Learn more

# Call me back please

# Sent from my iPhone

•••

**EXHIBIT 3**               **Page 118**



EXHIBIT G

EXHIBIT 3    Page 119

 

1:28 ⏱

< 1      

**Shane ›**

Mon, Jan 21, 11:03 PM

**I need help with my laundry**

Tue, Jan 22, 12:23 AM

I can help ya tomorrow if ya need help

Ever find my earring?

Lol you're hella random when you actually respond

So... are you ok? or you trying to get me to be you're maid too

Tue, Jan 22, 8:51 AM

**Saying ya annoys me**

Tue, Jan 22, 9:55 AM



*Handwritten note on right side:*

I, Ashley Parham, was never going to go over there again. I was Just playing nice because I nievely thought he would finally admit who his un-named friend was. It was extreamly stupid of me to think I could get him to confess. I regret acting nice after he hurt me so horribly. A.P.

   

      

**EXHIBIT 3**          **Page 120**



1:37





Shane >

Mon, Jan 28, 8:52 PM

> Why did you call me this morning?? I didn't see it till I was off work & just curious

Tue, Jan 29, 12:03 AM

> Alright fine.... leave me curious 🙄 I'm just going to send you my spirit animal in gif form again because it makes me happy.



Tue, Jan 29, 5:34 PM

Change I'm to you're on the gif...

   

      

**EXHIBIT 3**          **Page 121**

12:57



**Shane >**

**Thu, Feb 28,** 1:23 AM


I'm super confused... I missed a FaceTime call from you? I'm guessing it was an accident

But I'm still blocked from messaging you I guess?

**Thu, Feb 28,** 4:12 AM



**Thu, Feb 28,** 1:26 PM

Ok... You're so confusing. Don't get why you called while I'm blocked. Hope you're ok.

**Fri, Mar 1,** 6:46 PM

   

      

**EXHIBIT 3**          **Page 122**

EXHIBIT H

EXHIBIT 3          Page 123

 Gmail

Ashley "Niki" Parham <ashleynparham@gmail.com>

**WTF!!!!!!!**

**Ashley Parham** <ashleynparham@gmail.com>                    Fri, Apr 12, 6:56 PM
To: Shane Pearce <shane4hire@gmail.com>, haas27@hotmail.com <haas27@hotmail.com>, pearce4hire@yahoo.com
<pearce4hire@yahoo.com>, shane4hire@yahoo.com <shane4hire@yahoo.com>

‹



**Shane ›**

> name off your lips asshole!
> How many ways can you be
> a complete jerk?  Begging
> me in the middle of the
> night acting desperate for
> my help with your ALS
> problems when you were
> just fine & using my
> kindness and empathy for a
> weakness is beyond low.
> And now all this bullshit
> you're spreading about me
> is fucked up. Stop.

Today 6:18 PM

> 💀 💀 did you put my phone
> number and some photo on

**EXHIBIT 3**          **Page 124**



an escort site??????!!!!!!!!
WTF!!!!!!!! I don't deserve
this shit

You're the only one who
hates me and is cruel
enough to do that!!!!!

I know you only have "cruel intentions" towards me and get off on hurting me
but if you put my number on an escort site you are fucked up beyond anyone
I've ever dealt with!!!!!! This isn't funny.

**EXHIBIT 3**            **Page 125**

# Exhibit "C"

EXHIBIT 3                    Page 126

**DECLARATION OF GRIGOR VAHANYAN**

I, Greg VAHANYAN, declare as follows:

1.      I am the President of Red Limo Line, LLC ("Red Limo"), a car service in Los Angeles, CA.  I have personal knowledge of the matters set forth herein.  If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2.      Since April 1, 2015, I have operated Red Limo, a private car service in Los Angeles, California.  In addition to my duties as President, I regularly drive Red Limo customers.

3.      Red Limo was hired by Odell Beckham, Jr. to provide him with car service from, among other times, March 20, 2018 through March 24, 2018 while he was in Los Angeles, California.  I personally drove Mr. Beckham, and his guests, on those dates.

4.      As is the regular course and practice of Red Limo and myself, I maintain on Apple Notes on my iPhone a running record of my hours working for a client.  I update the Note each day with the hours that I am working and, if an additional driver was working, the hours that they report to me at the end of their shift.  Attached hereto as Exhibit "A" is a true and correct copy of my record of hours for the above mentioned time period.

5.      As set forth in Exhibit "A", I started work for Mr. Beckham on March 22, 2018 at 9:30 a.m., and continued working with him until 6:00 p.m. when I dropped him off at his home on Solar Drive.

6.      I returned to Solar Drive to drive Mr. Beckham on March 23, 2018 at 12:30 p.m.  We left Solar Drive at approximately 2:30 p.m. in order to take him to a training session.  I was working with Mr. Beckham until 4:30 a.m. the morning of March 24, 2018, when I dropped him off at his home on Solar Drive.  Due to the late hour, I slept in a guest room at Mr. Beckham's home, and then started driving him again at 9:30 a.m. that morning when I took him to Santa Monica Beach.

1131244.1

**EXHIBIT 3**                    **Page 127**

7. At all times that I was driving Mr. Beckham during the period March 20, 2018 through March 24, 2018, the dates and times of which are reflected on Exhibit "A", we were in the greater Los Angeles area, including trips to the Velo Sports Center in Carson, CA.

8. Additionally, Mr. Ajay Sangha, who I understand is both Mr. Beckham's friend and business partner, was with Mr. Beckham when I drove them to the various locations on March 22, 23 and 24, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this __24th__ day of April, 2025, at Los Angeles, California.


Grigor Vahanyan (Apr 24, 2025 14:03 PDT)

Grigor Vahanyan

1131244.1

2

EXHIBIT 3    Page 128

3:40    1:18

‹ Notes

03/20/18
09:C0am-10:00pm 13h
Valentin 04:00pm-06:00pm 2h

03/21/18
10:30am-07:00pm 8.5h

03/22/18
09:30am-06:00pm 8.5h
Val 01:00pm-08:00pm 7h

03/23/18
12:30pm-04:30am 16h
Seyran uquinox
Val 04:00pm-01:30am 9.5h

03/24/18
09:30am-03:00pm5.5h
10:00pm-04:00pm18h
03:C0pm-10:00pm Valentin 7

Greg 89.5 h ✅
Valentin 34.5 32.5 1 lax ✅
Sam 1h ✅
——————————————————

# Decl of Vahanyan

**Final Audit Report**                                        2025-04-24

| | |
|---|---|
| Created: | 2025-04-24 |
| By: | Andrew Jablon (ajablon@rpblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_yV-TKxMNfGSepYg_bqWqtm32g45GHkq |

## "Decl of Vahanyan" History

Document created by Andrew Jablon (ajablon@rpblaw.com)
2025-04-24 - 8:58:12 PM GMT

Document emailed to redlimoline@▬▬▬ for signature
2025-04-24 - 8:58:30 PM GMT

Email viewed by redlimoline@▬▬▬
2025-04-24 - 9:03:07 PM GMT

Signer redlimoline@gmail.com entered name at signing as Grigor Vahanyan
2025-04-24 - 9:03:38 PM GMT

Document e-signed by Grigor Vahanyan (redlimoline@▬▬▬)
Signature Date: 2025-04-24 - 9:03:40 PM GMT - Time Source: server

Agreement completed.
2025-04-24 - 9:03:40 PM GMT


Adobe Acrobat Sign

**EXHIBIT 3**                **Page 130**

# Exhibit "D"

EXHIBIT 3                    Page 131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF AJAY SANGHA

I, Ajay Sangha, declare as follows:

1.      I am over the age of 18, and have personal knowledge of the matters set forth herein.  If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2.      I am a friend and business associate of Odell Beckham, Jr.  In 2018 I was, among other things, his personal assistant.  In my capacity as Mr. Beckham's personal assistant, I lived with him at a house on Solar Drive in Los Angeles during the summer of 2018.

3.      While staying in Los Angeles, if Mr. Beckham and I were to go out, he would  hire a car service - Red Limo Line, LLC ("Red Limo") - to drive us.  Grigor Vahanyan, who I understand to be the owner of the car service, would drive us, and if we were going out with multiple people and needed additional cars, Red Limo would provide an additional driver.

4.      On March 22, 2018, Mr. Vahanyan drove me and Mr. Beckham to various locations in the Los Angeles area, including the VELO Sports Center in Carson, CA where Mr. Beckham had a training session.  We returned home to Solar Drive at approximately 6:00 p.m.

5.      Mr. Beckham decided that he wanted to stay in that evening, and invited Jeremy Hill to hang out with us to play video games.

6.      Attached as Exhibit "A" is a screen capture from a video taken that evening by Mr. Beckham, Jr.  In the video you can see me and Mr. Hill.  The video was taken at 10:02 p.m., and Mr. Hill stayed for several hours before leaving that night.

7.      Mr. Beckham and I remained at Solar Drive until approximately 2:30 p.m. the following day, March 23, 2018, when Mr. Vahanyan picked us up to go to another training session.

8.      On the evening of March 23, 2018, Mr. Beckham and I went out to eat

EXHIBIT 3        Page 132

1    and to various bars in the Los Angeles area.  We returned home to Solar Drive at

2    approximately 4:30 a.m.

3        9.    The following morning, we left the home on Solar Drive at 9:30 a.m. to

4    go to Santa Monica Beach where Mr. Beckham worked out with his personal trainer,

5    Jamal Liggin.

6        10.    Attached hereto as <u>Exhibit "B"</u> is a true and correct copy of a photograph

7    I took of Mr. Beckham's dogs at the Santa Monica beach while I was waiting for him

8    to complete his work out.  Also attached as part of Exhibit B is a screenshot of the

9    Metadata of the photograph.

10    I declare under penalty of perjury under the laws of the United States of

11    America that the foregoing is true and correct.

12        Executed on this  24th day of April, 2025, at Los Angeles, California.

13

14    

15                                 Ajay Sangha

16

17

18

19

20

21

22

23

24

25

26

27

28

1131245.1                         2

**EXHIBIT 3**                    **Page 133**





**IMG_1192.mov**
QuickTime movie - 24.7 MB

**Information**                    Show Le

Created      March 22, 2018 at 10:02 P

Modified                          Today, 4:56 P

Last opened                      Today, 4:58 P

Dimensions                        720×128

Codecs       Timed Metadata, H.26
                          MPEG-4 AA

Color profile                    HD (1-1-

Duration                          00::

Audio channels                    Mo

Encoding software                11.2

**Tags**

Add Tags...

Rotate Left      Trim      More



**EXHIBIT 3**    **Page 135**



# Decl of Ajay

**Final Audit Report**          2025-04-24

| | |
|---|---|
| Created: | 2025-04-24 |
| By: | Andrew Jablon (ajablon@rpblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAG2y2UasQ9q9mUPWaIRtcNKSr0PzNli9f |

## "Decl of Ajay" History

📄 Document created by Andrew Jablon (ajablon@rpblaw.com)
2025-04-24 - 9:00:56 PM GMT

📨 Document emailed to ajay@▆▆▆▆.com for signature
2025-04-24 - 9:01:17 PM GMT

📄 Email viewed by ajay@▆▆▆▆.com
2025-04-24 - 9:15:26 PM GMT

✒ Signer ajay@▆▆▆▆.com entered name at signing as Ajay Sangha
2025-04-24 - 9:16:01 PM GMT

✒ Document e-signed by Ajay Sangha (ajay@▆▆▆▆.com)
Signature Date: 2025-04-24 - 9:16:03 PM GMT - Time Source: server

✅ Agreement completed.
2025-04-24 - 9:16:03 PM GMT


Adobe Acrobat Sign

**EXHIBIT 3**          **Page 137**

# Exhibit "E"

EXHIBIT 3                    Page 138

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

# DECLARATION OF ODELL BECKHAM, JR.

I, Odell Beckham, Jr., declare as follows:

1.    I am over the age of 18, and have personal knowledge of the matters set forth herein.  If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2.    During the summer of 2018, I resided at a home on Solar Drive in Los Angeles, California.  My friend and business associate, Ajay Sangha lived at Solar Drive with me that summer.

3.    While staying in Los Angeles, if I was going to go out, I would hire a car service – Red Limo Line, LLC ("Red Limo") – to drive me and my friends.  Grigor Vahanyan, who I understand to be the owner of the car service, would drive me, and if we were going out with multiple people and needed additional cars, Red Limo would provide an additional driver.

4.    On March 22, 2018, Mr. Vahanyan drove me and Mr. Sangha to various locations in the Los Angeles area, including a trip to the VELO Sports Center in Carson, CA where I had a training session.  Attached as Exhibit "A" is a screen capture of a video taken of me working out at 2:47 p.m. on March 22, 2018 at the VELO Sports Center.

5.    We returned home to Solar Drive at approximately 6:00 p.m.

6.    I decided that I wanted to stay in that evening, and invited Jeremy Hill to hang out with Mr. Sangha and me and play video games.

7.    I had a text exchange with Cliff King, a representative from Nike, at about 7:30 p.m. that evening.  Mr. King asked what I was planning on doing that night.  I responded to him that I was laying low and getting some rest.  I told him that the workouts had been kicking my butt.  A copy of that text exchange is attached hereto as Exhibit "B".

8.    Additionally, attached hereto as Exhibit "C" is a video which I recorded of Messrs. Hill and Sangha playing video games with me at my home on Solar Drive.

1131251.1

**EXHIBIT 3**        **Page 139**

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

1  I can be heard talking in the background.

2      9.    Attached hereto as Exhibit "D" is: (a) a screen capture image from that

3  video; and (b) the metadata of that video showing the date and time it was recorded

4  (March 22, 2018, 10:02 p.m.).  Mr. Hill did not leave until several hours after that.

5      10.    I met with Mr. Cliff King from Nike at my Solar Drive home around 1

6  pm on March 23, 2018.

7      11.    I did not leave the Solar Drive home until March 23, 2018, when Mr.

8  Vahanyan picked up me and Mr. Sangha at approximately 2:30 p.m.

9      12.    On the evening of March 23, 2018, Mr. Sangha and I went out to eat and

10  to various bars in the Los Angeles area.  We returned home to Solar Drive at

11  approximately 4:30 a.m.

12      13.    The following morning, we left the home on Solar Drive at

13  approximately 9:30 a.m.  Mr. Vahanyan drove me, Mr. Sangha, and my dogs to Santa

14  Monica beach, where I worked out with my personal trainer, Jamal Liggin.

15      14.    Later that day, at approximately 2:00 p.m., Mr. Vahanyan brought me to

16  the Nickelodeon Kids Choice Awards at the Forum in Inglewood, California.

17  Attached as Exhibit "E" are photographs of me at the event.

18      15.    At no time have I ever met Ashley Parham, the Plaintiff in *Ashley*

19  *Parham, et al. v. Sean Combs, et al.*, USDC Case No. 3:24-cv-07191-RFL.  Further,

20  at no time have I been to Loma Vista Drive in Orinda, California.  In fact, to the best

21  of my recollection, I have never been in Orinda, California.

22      I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct.

24      Executed on this ____24th____ day of April, 2025, at _____Miami_____,

25  ____Florida____.

26

27                                    _____

28                                         Odell Beckham, Jr.

1131251.1

2

**EXHIBIT 3**                    **Page 140**

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749



**EXHIBIT A**                    Page 3
**EXHIBIT 3**              **Page 141**

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

**Chat with "Cliff King Nike" <+16787774713> on March 22, 2018**

Cliff King Nike <+16787774713>
Myself <+15044397612>
Earliest item: 2018-03-22 19:01:24
Latest item: 2018-03-22 19:45:51

Thursday 22 March 2018

Instant Message : Native Messages
19:01:24
From
Cliff King Nike <+16787774713>

Where are we meeting tomorrow at 1pm?

Instant Message : Native Messages
19:29:47
From
Myself <+15044397612>

130 is good at my house

Instant Message : Native Messages
19:35:56
From
Cliff King Nike <+16787774713>

Bet.

Instant Message : Native Messages
19:36:02
From
Cliff King Nike <+16787774713>

What you doing tonight?

Instant Message : Native Messages
19:36:22
From
Myself <+15044397612>

Laying low get some rest prolly link up tomorrow night

Instant Message : Native Messages
19:44:47
From
Cliff King Nike <+16787774713>

Aight bet.

Instant Message : Native Messages
19:45:13
From
Cliff King Nike <+16787774713>

Nothing wrong with laying low.....

Instant Message : Native Messages
19:45:23
From
Myself <+15044397612>

Workouts been beating my ass

Instant Message : Native Messages
19:45:51

**EXHIBIT B**                    **Page 4**
**EXHIBIT 3**                   **Page 142**

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

**Chat with "Cliff King Nike" <+16787774713> on March 23, 2018**

    Cliff King Nike <+16787774713>
    Myself <+15044397612>
**Earliest item: 2018-03-23 12:53:36**
**Latest item: 2018-03-23 12:53:36**

| Friday 23 March 2018 |
|---|

Instant Message : Native Messages
**12:53:36**
From
    Cliff King Nike <+16787774713>

I'll be there a little ahead of the rest of the crew.

| End Thread |
|---|

| Thread Statistics | **Instant Message Count** |
|---|---|
| 1 | |

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

Chat with "Cliff King NIKE" <+16787774713> on March 23, 2018

h.vannorman@icloud.com
Cliff King NIKE <+16787774713>
Moms <+15044524052>

Earliest item: 2018-03-23 15:57:26
Latest item: 2018-03-23 16:07:40

Friday 21 March 2018

Instant Message : Native Messages
15:57:26
From

Moms <+15044524052>

Call me. I didn't know you were coming to LA to see O

He has training at 3pm

Instant Message : Native Messages
16:07:40
From
Cliff King NIKE <+16787774713>

Will do. My bad, I was trying to call you earlier this morning.

We will make sure he's outta here by 2:30.

End Thread

Thread Statistics                                          Instant Message Count
2

EXHIBIT B                              Page 6
EXHIBIT 3                              Page 144

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749

# EXHIBIT C
# (Provided in Native Form)

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749



**EXHIBIT D**
**EXHIBIT 3**

**Page 8**
**Page 146**


Docusign Envelope ID: BC92DDBD-20E44C5F-8F58-7115ADAAD749

Page 9



EXHIBIT E

**EXHIBIT 3**          **Page 147**

Docusign Envelope ID: BC92DDBD-20E4-4C5F-8F58-7115ADAAD749



# Exhibit "F"

EXHIBIT 3                    Page 149

1            **DECLARATION OF JEREMY HILL**

2        I, Jeremy Hill, declare as follows:

3        1.      I am over the age of 18, and have personal knowledge of the matters set

4    forth herein.  If called upon and sworn as a witness, I could and would competently

5    testify to the matters set forth herein.

6        2.      On the evening of March 22, 2018, Odell Beckham, Jr. invited me to his

7    home on Solar Drive in Los Angeles, California.

8        3.      Mr. Beckham, along with Ajay Sangha, and I hung out that evening and,

9    among other things, played videogames.  Attached as Exhibit "A" is a screen capture

10   from a video taken that evening by Mr. Beckham, Jr.  In the video you can see me and

11   Mr. Sangha.  The video was taken at 10:02 p.m., and I stayed for several hours after

12   that before leaving for the night.

13       I declare under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct.

15       Executed on this ___30th___ day of April, 2025, at ___Baton Rouge___,

16   ___Louisiana___.

17

18                                                          Jeremy hill
                                                      _____
19                                                           Jeremy Hill

20

21

22

23

24

25

26

27

28

1131281.1

**EXHIBIT 3**                        **Page 150**





**IMG_1192.mov**
QuickTime movie – 24.7 MB

**Information**                    Show Le

Created     March 22, 2018 at 10:02 P

Modified                          Today, 4:56 P

Last opened                       Today, 4:58 P

Dimensions                        720×128

Codecs        Timed Metadata, H.26
                           MPEG-4 AA

Color profile                     HD (1-1-

Duration                          00::

Audio channels                    Mor

Encoding software                 11.2

**Tags**

Add Tags...

Rotate Left        Trim        More

**Signature:** _[signature]_
Jeremy Hill (Apr 30, 2025 18:45 CDT)

**Email:** jeremyhill27@r█████████

**EXHIBIT 3**    **Page 152**

# Decl of Hill

**Final Audit Report** 2025-04-30

| | |
|---|---|
| Created: | 2025-04-29 |
| By: | Dominique Davillier (dominique@davillierlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7UQAsIS0dGkwUXzrL8RQNRmNiOFER3p0 |

## "Decl of Hill" History

📄 Document created by Dominique Davillier (dominique@davillierlawgroup.com)
2025-04-29 – 8:16:21 PM GMT

📧 Document emailed to Jeremy Hill (jeremyhill27@ ▇▇▇▇▇ for signature
2025-04-29 – 8:16:31 PM GMT

📄 Email viewed by Jeremy Hill (jeremyhill27@ ▇▇▇▇▇
2025-04-30 – 11:44:28 PM GMT

✍ Document e-signed by Jeremy Hill (jeremyhill27@ ▇▇▇▇▇
Signature Date: 2025-04-30 – 11:45:11 PM GMT - Time Source: server

✅ Agreement completed.
2025-04-30 – 11:45:11 PM GMT


Adobe Acrobat Sign

**EXHIBIT 3** **Page 153**