# Noemi Tariche

| | |
|---|---|
| **From:** | Ariel Mitchell <ariel@arielesq.com> |
| **Sent:** | Tuesday, May 13, 2025 12:11 PM |
| **To:** | Andrew Jablon; shawn711@msn.com |
| **Cc:** | ddavillier@davillierlawgroup.com; Noemi Tariche |
| **Subject:** | Re: Ashley Parham, et al. v. Sean Combs, et al. (USDC Case No. 3:24-cv-07191-RFL) [IMAN-IMANAGE.FID1036289] |

Mr. Jablon-

Please either file your motions or not.

Further, are you waiving service?

Namaste,


Ariel E. Mitchell, Esq.
The Law Office of Ariel E. Mitchell, P.A.
P.O. Box 12864
Miami, FL 33101
[arielesq.com](arielesq.com)
305-903-5835

---

**From:** Andrew Jablon <ajablon@rpblaw.com>
**Sent:** Tuesday, May 13, 2025 3:09 PM
**To:** shawn711@msn.com <shawn711@msn.com>; Ariel Mitchell <ariel@arielesq.com>
**Cc:** ddavillier@davillierlawgroup.com <ddavillier@davillierlawgroup.com>; Noemi Tariche <NTariche@rpblaw.com>
**Subject:** RE: Ashley Parham, et al. v. Sean Combs, et al. (USDC Case No. 3:24-cv-07191-RFL) [IMAN-IMANAGE.FID1036289]

Counsel,

Notwithstanding our letter of May 1, 2025 detailing the frivolous nature of your client's case, we have not heard anything from either of you.

Further, in the interim, we saw that Mr. Desbordes filed a Rule 11 Motion seeking both terminating sanctions and monetary sanctions against you and your client. In addition to discussing the wildly inconsistent nature of Ms. Parham's allegations, as well as Mr. Desbordes (like Mr. Beckham) being nowhere near the site of the alleged attack on the date in question, the Motion notes his counsel was similarly ignored by the two of you in response to being provided with evidence of the frivolous nature of your clients' claims.

As a result, should we be forced to similarly proceed with a Rule 11 Motion or other available forms of relief, your pattern and practice of willfully ignoring your statutory and ethical obligations will no doubt factor into sanctions and/or damages awards.

Accordingly, I reiterate the demands in our May 1, 2025 letter, and expect that you will promptly comply.

The foregoing is not intended to be, nor should it be construed as, a full and complete recitation of all relevant facts or law, or as a waiver of any of our client's rights, remedies, or positions, all of which are expressly reserved.

Andrew



**Andrew V. Jablon**
T 310.788.7524 | F 310.788.6624
ajablon@rpblaw.com

**Resch Polster & Berger LLP**
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

---

**From:** Andrew Jablon
**Sent:** Thursday, May 1, 2025 11:06 AM
**To:** shawn711@msn.com; ariel@arielesq.com
**Cc:** ddavillier@davillierlawgroup.com; Noemi Tariche <NTariche@rpblaw.com>
**Subject:** Ashley Parham, et al. v. Sean Combs, et al. (USDC Case No. 3:24-cv-07191-RFL) [IMAN-IMANAGE.FID1036289]
**Importance:** High

Counsel,
 This office, along with the Davillier Law Group are counsel for Odell Beckham, Jr.  Enclosed at the download link is our letter of today's date, along with the native file for one of the exhibits thereto.
 A hard copy will follow by FedEx.
If you have any difficulty accessing the files, please let me know.
Thank you,
Andrew

**ShareFile files**

| 4.30.25 - Letter to Mitchell and Perez(1133958.1).pdf | 7 MB |
| Exh C to Beckham Declaration.mov | 24 MB |

Open                                              Link expires on October 31, 2025



**Andrew V. Jablon**
*Partner*
T 310.788.7524 | F 310.788.6624
ajablon@rpblaw.com
Bio | vCard

**Resch Polster & Berger LLP**
1840 Century Park East, 17th Floor
Los Angeles, CA 90067