Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online                                              6/10/25, 2:34 PM

Privacy Policy | Feedback        Follow 6.1M                    **Tuesday, Jun 10th 2025** 1PM



Home | Showbiz | TV | News | Femail | Sports | Health | Science | Royals | Money | Real Estate | Media

*NFL* | NBA | Soccer | Premier League | MLS | MLB | NHL | Boxing | MMA | Golf | Tennis | F1 | WWE | More

# Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit



- **Diddy and Druski have vehemently denied the allegations from 2018**
- **LISTEN: Daily Mail podcast The Trial of Diddy is available wherever you get your podcasts now. Follow along for all the biggest news from the court case every week**

By JAKE NISSE and BEN NAGLE

**PUBLISHED:** 09:53 EDT, 10 March 2025 | **UPDATED:** 16:47 EDT, 10 March 2025

**342**
shares

NFL superstar **Odell Beckham Jr**. has been accused of raping a woman in a bombshell lawsuit filed against disgraced music mogul Sean '**Diddy**' Combs.

Ashley Parham filed an initial lawsuit against Diddy - who is currently imprisoned on federal charges of racketeering conspiracy, sex trafficking and transportation to engage in prostitution - last October, accusing the rapper and businessman of 'violently gang raping' her at an Orinda, **California** home in March 2018.

The document also alleges kidnapping and sex trafficking, while Diddy was also previously accused of sexually assaulting Parham with a TV remote.

Parham, as well as two other plaintiffs identified only as Jane Doe and John Doe, have now amended that suit to include Beckham and comedian Druski (real name

**STARS**

▶ Aaron R shock ma bombshel official St

▶ Simone apologize Gaines fo taunt in bi trans athl

The men's ten ever: Whe Carlos Al Jannik Sir Open epic

▶ Racing l horror fat ruled a su tragic dea

Travis Kel Chiefs tra star choos Florida aft with Tayl

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online

6/10/25, 2:34 PM

Drew Desbordes).

In a statement to DailyMail.com, Diddy's lawyers vehemently denied the allegations and said that their client wasn't at the Orinda, California home at the time of the alleged events.

Beckham and Druski have also denied the allegations in statements posted to social media.

'This new complaint – brought by an attorney who has already been sued for defaming Mr. Combs – demonstrates the depraved lengths plaintiffs will travel to garner headlines in pursuit of a payday,' the statement from Diddy's lawyers began.

'Mr. Combs was nowhere near Orinda, California on the day Ms. Parham claims she was assaulted there, and the Contra Costa Sheriff's Department has already confirmed Ms. Parham's claims were determined to be unfounded following a thorough investigation.





KEEP
MAIL

MORE S

▶ Brown m
shocking
about New
latest wor
media ran
Just the la
controvers
him

Foot
Graham Ea
for the firs
the unwin
battle that
unable to

England v
Live score

**EXHIBIT 5**          **Page 158**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online

6/10/25, 2:34 PM





**Comedian Druski and Odell Beckham Jr. are accused of rape in a lawsuit. Both have denied the allegations**

and upda
Lions de
dismal pe
Thomas T
beaten fo

Liverpoo
£126.9m c
Florian Wi
weeks of
with Baye
as Germa
Premier Le

Insid
Jordan's
getaway a
cigar on $
superyach
surprising
revealed

Insid
HARDEST
Why Oakn
destined t
McIlroy ar
DeChamb
over four
days at th

Kirk Cou
major hint
future wit
at mandat
after tens

Fans pile
sportswea
insist bran
Olympic ic
trans cont
Online feu
conservat

Wimbledo
on new TV

**EXHIBIT 5**    **Page 159**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online    6/10/25, 2:34 PM



© Getty Images for Revolt    +7 View gallery

**Diddy is currently imprisoned on separate federal charges of racketeering conspiracy, sex trafficking and transportation to engage in prostitution**





the first
BBC cov
All-Englar
years

Insid
shocking
Cusack in
parents of
footballer
targeted –
been hit b
and why ''

Man Unit
'agrees ne
to remain
just weeks
deal was

Riley Gai
old tweet
sick bully'
that 'unde
nonsensic

Sporting
breaks sil
Viktor Gyö
– with the
target 'fur
Portugues
turn on his
release cla

Why
and Ange
split was
feels awfu
most and
obscene –
is the mod
epitome o

Olyn

**EXHIBIT 5    Page 160**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online                6/10/25, 2:34 PM



© Getty Images

**Beckham was playing for the New York Giants at the time of the alleged events in March 2018**

Justin Bieber jokingly performs sex act on Odell Beckham in video



Watch the full video

Ryan Loch
spiral reve
friends sa
Playboy w
divorcing



▶ Patriots'
breaks sil
'suspiciou
seen in pa
video with

▶ England
PLAYER R
Which sno
looked his
who left T
frustrated
pass?

Russ
need a pla
Europe – b
boss need
on Ibrox s
GARY KEC

▶ Fans stu
discover F
Stephanie
romance v
reporter L
amid abse

▶ Liverpoo
watering l
price tag a
League si
eye move
Club Worl
deadline

I sat
Swift and
on their gl
night… wl
me shakir

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online

6/10/25, 2:34 PM



RAN
CONFIDEN
Martin's g
bring a bit
glamour to
PLUS fans
'moneyba
won't brin



▶ Real Mad
launches i
on Lamine
on interna
after Spain
Nations Le
defeat by

▶ Transfer
RECAP: Ch
deal right
off as Che
moves col

**TRENDING**







**Simone Biles in astonishing climb down after Riley Gaines attack**

**Michael Jordan puffs cigar with confidant on $115m superyacht**

**Antonio Brown makes shocking sexual claim about Gavin Newsom's wife**

71.7k viewing now

41k viewing now

39.4k viewing now

▶ NFL icon
stuns fans
floral outfi
carpet: 'H
my grand

Flori
Liverpool'
breaking I
LEWIS ST
the secret
League's
expensive
why he ch
over…

'In an attempt to salvage her claims following the investigation debunking them, Ms. Parham has now invented an even wilder narrative, alleging a vast (and facially implausible) conspiracy between law enforcement, local civilians, and media industry players.

'Her far-fetched tale contains it all: fake cops, cash bribes, and an alleged victim of the late Michael Jackson who was purportedly kidnapped across state lines and forced to "sign paperwork at gun point" while shepherded through a web of "safe houses".

'No sane person reading this complaint could credit this story. Mr. Combs looks forward to having his day in court where these lies – and the perverse motives of those who told them – will be revealed.'

Posting on X in response to Druski's statement, Beckham said: 'Boy I'll tell u what.

England 1-
Thomas T
his first de

**EXHIBIT 5**          **Page 162**

This world makes absolutely no sense. I am covered by God. He will prevail. I kno who am I , I kno who u are, keep ur head. That name will be cleared. S**** stupid.'

He added in a later statement: 'I have been informed of the allegations about me in a suit in CA. I really can't even believe that my name is mentioned in that matter. There is absolutely no truth to those allegations.

'I do not know and have never met the person that filed the suit. I was not anywhere near Orinda, CA at that time. In fact, I don't think I have ever even been to Orinda, CA. I have never done anything like that, and I would never do anything like that to anyone. I'm confident that these ridiculous claims against me will be dismissed.'

Druski called the allegations a 'fabricated lie' in a statement posted to his Instagram story.

'I wasn't a public figure in 2018 - I was broke living with my mom without any connections to the entertainment industry at the time of this allegation, so the inclusion of my name is truly outlandish,' he wrote.

'My heart breaks for actual victims of abuse, but I'm fully confident that the evidence will expose this falsehood and the individuals who are maliciously trying to game the legal system to peddle false narratives.'

Druski **said on a podcast** last year that he had been to one of Diddy's parties. 'I wasn't at one of *them* parties,' he added.

Lions are following



Jordon H private me revealed a Belichick's CBS interv

Erik ten STOP £86 transfer - United bo reveals wh happened disastrous

How camp and fatal flaw down Ang Postecogl about why sacked tr

Nancy M threatens magazine naming he Cooper's harasser'

Dave Po communit as savage viral

I wen nothing to the Olymp then they rated Only where I'm hundreds

**EXHIBIT 5**                    **Page 163**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online    6/10/25, 2:34 PM



**Druski appears on "The Jennifer Hudson Show" airing February 19, 2025**

Druski discusses attending a Diddy party on podcast



of pounds

The who prove breakawa would nev produce, v FOY

▶ ESPN's o NBA Final chaos by t warning in City

▶ Shamefu woman go 'disgustin during jun league ma

▶ Stefon D in another video afte mystery s footage le furious

Arse transfer s questions what's rea with Marti Will Arser Benjamin Gyokeres,

▶ Livvy sh behind-th glimpse in clad 'east summer' w Life is goo LSU gymn

PGA Tour withdraws tourname emergenc

**EXHIBIT 5    Page 164**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online

6/10/25, 2:34 PM



Jane Doe and John Doe - who are mother and son - were allegedly witnesses of the gang rape of Parham - and knew Diddy 'through their connections in the music industry,' as John Doe was previously a Plaintiff who accused **Michael Jackson** of sexual assault against a minor.

According to the lawsuit, Beckham was previously identified in the original suit as 'Defendant Doe Cornelius (Cornelius is the athlete's middle name, and he was referred to as such during the alleged ordeal by other defendants).
Parham later discovered that person was Beckham.

### Read More

**Diddy's behind bars friendship with Sam Bankman-Fried at star-studded jail**



John Doe is alleged to have overheard Diddy and Beckham discussing business and a plan to have Parham return to New York with the NFL player, who played for the New York Giants at the time.

The lawsuit also states that Druski (previously identified as Defendant Doe as well) was instructed to rape Parham by Diddy, and did so.

Before raping Parham, Druski allegedly 'doused Plaintiff with more oil/lubricant' and then jumped on top of their body 'treating it like a slip and slide and knocking the wind out of Plaintiff due to his enormous size.'

Diddy and Druski are alleged to have been 'manically and hysterically laughing' at one point during the ordeal.

Parham's body became 'more and more limp over the course of the violent rape' until she lost control of her body, the lawsuit said.

It is also said in the lawsuit that the actions of Diddy, Beckham, Druski and the other

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online    6/10/25, 2:34 PM

defendants caused 'physical injury' and 'severe mental and emotional distress' to Parham.

After Druski allegedly raped Parham, she was forced by Diddy to take a pill before he, Beckham and Druski went to the backyard to smoke marijuana and cigarettes, the lawsuit says.

Parham - whose appearance has remained anonymous - later told **NewsNation** of how she ran at Diddy with a knife and considered slashing him, describing it as 'a kill or be killed situation' before she decided not to stab him and escape.

Diddy was also accused in the initial lawsuit of at one point threatening to slash Parham's face with a knife. The alleged threat was described as retaliation for a previous remark from Parham on a video call, in which she intimated that he was involved with the death of Tupac Shakur in 1996.



**Diddy's lawyers have denied the allegations and said Parham was trying to get a pay day**

Diddy also threatened to 'sell' Parham for sex, while John and Jane Doe were



**fail!**

► **Roy Kean** **Kyle Walk** **after Sene** **that saw E** **concede t** **under Tho**

► **BBC axe** **boy Nick** **Wimbled** **after back** **following** **ex-girlfrie**

► **Gay USA** **defends S** **for attack** **Gaines ov** **athletes**

**How** **Forest bec** **Fogo', wha** **from their** **and why t** **start of th** **American**

► **Danica P** **relationsh** **gives rare** **her dating**

► **Mike Tys** **bizarre Al** **'White Mil** **and fans a** **looks like** **star**

**EXHIBIT 5**    **Page 166**

allegedly trafficked from Las Vegas to various locations in California, eventually ending up at the home in Orinda, California where the gang-rape is said to have happened.

Parham also claims that Diddy offered her money as she was trying to escape, in exchange for saying that the rape was actually consensual.

Ultimately, Parham managed to get out as she fled to a neighbor's property, though it is alleged that gunshots were fired towards her as she escaped Diddy's home. Plaintiffs John and Jane Doe were also able to escape.

Parham allegedly went to a hospital and also filed a police report to the Contra Costa Sheriff's Department, who have not charged Diddy or anyone else allegedly involved that day.

John and Jane Doe were allegedly kidnapped by an associate of Diddy's as they walked to their vehicle at their residence in Vegas.

In addition to witnessing Parham be assaulted, they allegedly observed Parham having an IUD placed in her vagina by two other defendants.

| Diddy | Odell Beckham Jr | New York Giants | LA Rams |

**Share or comment on this article: Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit**

**342**

shares

MOST WATCHED SPORT VIDEOS                            Embed this   </>

Lionesses hero Chloe Kelly dances and soaks

Injured Caitlin Clark calls out Angel Reese

Watch tedious US Open 2025

Footage shows Michail Antonio's painstaking

▶ Pittsburg
star TJ Wa
overshade
Rodgers' f
bomshell

The i
Chelsea's
Sancho sr
Blues war
him, the m
stumbling
permaner
how they
ab…

▶ Man Unit
price-tag
Garnacho
way battle
winger' af
Amorim to
a new club

▶ Former M
set to join
Guardiola
staff for C
Cup after
reshuffle :
Klopp's fo
assistant I
rec…

▶ Former V
champion
unrecogni
dazzles at
five years
from tenn

Brist
Batley: I d
cancer wo
my life - tl
sick and le

Dana Whit
hero to fig
major Can
news as U

**EXHIBIT 5**                    **Page 167**

Odell Beckham Jr and Druski accused of raping woman at Diddy party in bombshell lawsuit | Daily Mail Online

6/10/25, 2:34 PM

▶ moves in



Kayla Harrison embraces President

Cult hero Adebayo Akinfenwa picks his

Riley Gaines measures height in ugly trans spat

Ariarne Titmus steals the show at AFL Big

▶ **Shaquill** the record scandalou relationsh

**Fol**
Dai

**Fol**
@m

**Fol**
@M

| Sorry we are not currently accepting comments on this article. |
| --- |

**Today's**


E
n a


L
F
w


**Ra**
ac


T
s
in


E
W
w


R
ja
p


**M R**
d


S
K
c

**S**



**EXHIBIT 5**                    **Page 169**

6/10/25, 2:34 PM

dmg media

Contact us     How to complain     Leadership Team     Advertise with us     Contributors     Work with Us     Terms     Do not sell or sh

Notice     About Daily Mail     Privacy policy & cookies

**EXHIBIT 5**     **Page 170**

Odell Beckham Jr. Accused of Sexual Battery in Diddy Lawsuit                                    6/10/25, 2:31 PM



HOME / LAW / ANALYSIS

# ODELL BECKHAM JR. ACCUSED OF SEXUAL BATTERY IN DIDDY LAWSUIT

 **BY MICHAEL MCCANN**          March 10, 2025 11:00am



**Odell Beckham Jr. was named in a California lawsuit for alleged involvement in a sexual assault.**

PHOTO BY CARMEN MANDATO/GETTY IMAGES

**EXHIBIT 5**          **Page 171**

NFL wide receiver

## Odell **([https://www.sportico.com/t/odell-](https://www.sportico.com/t/odell-beckham/)** **Beckham** **[beckham/](https://www.sportico.com/t/odell-beckham/))**

Jr. was sued last Friday in a California federal court for allegations that he, along with Sean "Diddy" Combs and several others, partook in a "gang rape" of a woman in 2018.

Beckham, Diddy and 11 others are defendants in an amended complaint filed by Ashley Parham and an anonymous mother and son, Jane Doe and John Doe, who were allegedly kidnapped by a defendant posing as law enforcement and witnessed the rape. Parham originally filed her lawsuit last October, and at the time, she did not identify Beckham by name.

The complaint asserts that in February 2018, Parham met Shane Pearce, a restaurant manager and acquaintance of Diddy, in California. Parham says that to impress her, Pearce FaceTimed Diddy. The move backfired, however, when Parham told Pearce that she wasn't impressed he knew Diddy. Also, Diddy allegedly took offense to Parham suggesting he "had something to do" with the murder of Tupac Shakur.

A month later Parham visited Pearce at his apartment

**EXHIBIT 5**    **Page 172**

in Orinda, Calif. While Parham was there, she says

Diddy arrived along with several other defendants, among them the actor Drew Desbordes, better known as Druski. Parham contends Diddy immediately "antagonized" her over her comment that he was involved in Tupac's death. Parham says the antagonization escalated with Diddy threatening to attack her with a knife while another person with Diddy said they could "sell" her.

Parham, who is represented by attorneys Shawn Perez and Ariel Mitchell, says she was then raped by multiple men, including Beckham, and drugged. Diddy, according to Parham, also warned her that no one would believe her, and that if she told anyone Diddy would make sure her family was harmed. Her retelling of events also says that while escaping, she used a knife to graze Diddy in the abdomen. Parham also claims she was shot at. As Parham tells it, law enforcement did not seriously investigate the incident and did not bring charges.

The complaint describes Beckham as part of a group who inflicted criminal acts on Parham. The complaint says Parham did not know who Beckham was at the time but found out later. He is described as smoking marijuana and cigarettes, being called "Cornelius" by

EXHIBIT 5                                    Page 173

other group members and having a business conversation with Diddy during which the two men discussed Parham going with Beckham to New York. At the time, Beckham played for the New York Giants.

Beckham, like the other defendants, is accused of sexual battery, sexual assault, sexual harassment, racketeering, intentional infliction of emotional distress, false imprisonment and related claims. Parham seeks monetary damages that would reflect physical injury, severe mental and emotional distress, pain and suffering, mental anguish and loss of enjoyment of life. The case is before U.S. District Judge Rita F. Lin.

Attorneys for Diddy have denied Parham's accusations, maintained Diddy was not in Orinda, Calif., on the day of the incident and stressed that police investigated and did not bring charges. Diddy is currently jailed at the Metropolitan Detention Center in Brooklyn, N.Y., on sex trafficking and racketeering criminal charges unrelated to the Parham lawsuit. He awaits a trial scheduled to start in May, and if convicted, could face a life sentence.

Like the other defendants, Beckham, 32, will have the

**EXHIBIT 5**                    **Page 174**

opportunity to answer Parham's complaint and deny

the allegations. The three-time Pro Bowler played

sparingly for the Miami Dolphins last season, when he

caught nine passes in nine games. The Dolphins

waived Beckham last December and he has not joined

another team.



Sportico is a part of Penske Media Corporation. © 2025 Sportico Media, LLC. All Rights Reserved.
Powered by WordPress.com VIP

EXHIBIT 5                    Page 175

Odell Beckham Jr. and Druski Named in New Diddy Sexual-Assault Lawsuit

6/10/25, 2:32 PM

Film  TV  What To Watch    Music  Docs  Digital & Gaming    Global  Awards Circuit    Video  What To Hear    **VIP+**

Home > Music > News    Mar 10, 2025 7:14am PT

# Odell Beckham Jr. and Druski Named in New Sean 'Diddy' Combs Sexual-Assault Lawsuit; Both Deny Involvement

By Jem Aswad ⌄

    



## Most Popular



'Harry Pot Frost Disa Rowling's Disabled Ir Comments Working W



Sly Stone, Funk-Rock Pioneer Who Led the Family Stone, Dies at 82

Odell Beckham Jr. and Druski Named in New Diddy Sexual-Assault Lawsuit

6/10/25, 2:32 PM

Getty Images for MRC

## Must Read



TV

**ACTORS ON ACTORS | Colin Farrell and Danny DeVito**



TV

'There Is No Feud': Walton Goggins and Aimee Lou Wood Tell All on Their 'White Lotus' Connection,



TV

Only Netflix's Tudum Could Put Lady Gaga, 'Stranger Things,' Ben Affleck and 'Love Is Blind' on the Same Stage. It Was…

Comedian Druski and NFL player Odell Beckham Jr. have been included in a sexual-assault lawsuit against Sean "Diddy," Combs, the latest in more than 100 filed against the embattled rapper-entrepreneur, who has been in police custody since September.

Druski and Beckham both denied involvement in the alleged 2018 incident — which includes the victim stabbing Diddy after he and others violently raped her, gunshots being fired and, in an unclear action, local law enforcement possibly being paid off — in a post on social media

**EXHIBIT 5          Page 177**

Odell Beckham Jr. and Druski Named in New Diddy Sexual-Assault Lawsuit

6/10/25, 2:32 PM

late Sunday, with Druski calling it a "fabricated lie."

## Related Stories



**'The Four Seasons' Favorite Marco Calvani on Belting Shania Twain, Lessons From Tina Fey and Portraying a Healthy Gay Open Marriage**

The lawsuit, filed in California late Friday, implicates more than a dozen defendants — including Diddy, Beckham, Druski, singer-rapper Jaguar Wright and others — in an assault on Ashley Parham and two John Does. Parham alleged in a filing made last



TV

'It's a Bit of a Suicide Mission': How 'Succession' Creator Jess Armstrong Made 'Mountainhea in Six…



Film

'Ma 2' in Development Octavia Spencer Returning for Horror Seque From Blumhouse

## Variety Confidential



iHeart
**Variety Confidential**
Errol Flynn "When You're a …

Errol Flynn "When You're a Star"
Jan 23, 2024 • 26 mins

Roman Polanski "Disgraced Genius"

EXHIBIT 5    Page 178

October that she had
been drugged,
kidnapped and
assaulted by multiple
individuals after Diddy
heard her saying she
believed he was
involved in the 1996
murder of rapper
Tupac Shakur; this
amended filing
identifies several of the
individuals who were
allegedly involved. The
alleged comment took
place over a Facetime
call between Diddy and
associate Shane Pearce
in February of 2018
and the alleged assault
took place at one of the
defendant's
apartments the
following month.

In January, Combs filed
a $50 million
defamation lawsuit
against several people

**A Variety and iHeartRadio
Podcast**

**EXHIBIT 5**        **Page 179**

including Ariel
Mitchell, the attorney
bringing this lawsuit,
in connection with a
separate set of
allegations.

Druski, 30, denied any
involvement in a
statement on social
media, writing, "This
allegation is a
fabricated lie. I wasn't a
public figure in 2018 —
I was broke living with
my mom without any
connections to the
entertainment
industry at the time of
this allegation, so the
inclusion of my name
is truly outlandish.

"My heart breaks for
actual victims of abuse,
but I'm fully confident
that the evidence will
expose this falsehood
and the individuals

**EXHIBIT 5          Page 180**

who are maliciously
trying to game the legal
system to pedal false
narratives."

In a reply, Beckham Jr.,
32, wrote in an
awkwardly spelled
post: "Boy I'll tell u
what. This world
makes absolutely no
sense. I am covered by
God. He will prevail. I
kno who am I , I kno
who u are, keep ur
head. That name will
be cleared. Shxts
stupid."

A local law official,
Contra Costa County
Sheriff's spokesman
Jimmy Lee, told KTVU
last month that
deputies took a report
on the date in question

Read Next: Enrique Iglesias Returns to India After

"the claims were
unfounded."

EXHIBIT 5                    Page 181

In a statement to *Variety* on Monday, representatives for Combs said in part: "This new complaint – brought by an attorney who has already been sued for defaming Mr. Combs – demonstrates the depraved lengths plaintiffs will travel to garner headlines in pursuit of a payday. Mr. Combs was nowhere near Orinda, California on the day Ms. Parham claims she was assaulted there, and the Contra Costa Sheriff's Department has already confirmed Ms. Parham's claims were determined to be unfounded following a thorough investigation. … Mr. Combs looks forward to having his day in court where these lies – and the

**EXHIBIT 5                    Page 182**

perverse motives of those who told them – will be revealed."

The lawsuit describes the alleged incident in gruesome detail, claiming that it took place after Pearce had invited Parham into his apartment, asking for assistance with cancer medications that he was too weak to administer himself. He allegedly left the front door unlocked, which allowed Diddy and multiple associates to enter and assault Parham. Diddy had allegedly said at the end of the earlier Facetime call that Parham would "pay" for her Tupac comments.

After Diddy and others

EXHIBIT 5                    Page 183

allegedly assaulted
Parham, she left the
apartment wearing just
a large T-shirt,
carrying a knife that
had earlier been used
to threaten her. After
comments from Diddy
and his associates, who
were casually smoking
in the yard, she
allegedly stabbed
Diddy in the back,
resulting in gunshots
being fired.

In the ensuing
confusion, she fled the
scene and encountered
a man who claimed to
be a law-enforcement
official but was actually
one of Diddy's
associates
impersonating one.
She escaped that
individual and
encountered a Contra
Costa County Sheriff,

**EXHIBIT 5**          **Page 184**

who she claimed was later handed an envelope, which she believed contained cash. Contra Costa County representatives have declined comment, according to the lawsuit.

Combs, 55, is awaiting trial in New York on charges of sex trafficking and racketeering, which he has denied. The trial is scheduled to begin on May 5.

Last month, his lawyer Anthony Ricco filed a motion to resign, saying "under no circumstances can I continue."

EXHIBIT 5    Page 185

**Read More About:** Druski, Odell Beckham Jr., Sean "Diddy" Combs

---

# More from Variety



**This Far Into a Revamp, Here's Why The CW Still Isn't Looking for a Rebrand**



**'All American' Renewed for Eighth and Final Season at the CW**



**CW Boss on NXT's Move to the Broadcast Network: 'It's Been an Absolute Game Changer'**



**'Law & Order Toronto: Criminal Intent' Picked Up at the CW (EXCLUSIVE)**

Odell Beckham Jr. and Druski Named in New Diddy Sexual-Assault Lawsuit                                    6/10/25, 2:32 PM

## More From Our Brands



**Rolling Stone**

**Introducing Joni Mitchell**



**Robb Report**

**Over 300 Pieces of Princess Diana's Dresses, Handbags, and More Are Heading to Auction**



**Sportico**

**MLB Invests in Jomboy Media, Embracing Creator Cont…**



**TVLine**

**Law & Order: SVU's Ice-T Says He Was 'Blindsided' by Kelli Giddish's Departure, Credits Fans With Bringing Her Back Full-Time in Season 27**

**EXHIBIT 5**                    **Page 187**

Odell Beckham Jr. and Druski Named in New Diddy Sexual-Assault Lawsuit                                    6/10/25, 2:32 PM



**About Us**

Newsletter

Variety Events

Luminate - Film & TV

Advertise

Media Kit

Careers

Customer Service

**Legal**

Terms of Use

Privacy Policy

California Privacy Rights

Privacy Preferences

AdChoices

Your Privacy Choices

Accessibility

**Variety Magazine**

Subscribe

Variety Digital Login

Group Subscriptions

Variety Archives

Back Issues

Help

**VIP+**

Subscribe

Login

Learn More

FAQ

**Connect**

Instagram

Twitter

YouTube

Facebook

LinkedIn



**The Business of Entertainment**

**SUBSCRIBE TODAY**

**Have a News Tip? Let us know**



Variety is a part of Penske Media Corporation. © 2025 Variety Media, LLC. All Rights Reserved. Variety and the Flying V logos are trademarks of Variety Media, LLC.

OUR SITES 

**EXHIBIT 5                    Page 188**

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit                6/10/25, 2:34 PM

**BREAKING NEWS** 

**ABC News fires Terry Moran days after veteran anchor's social media outburst at Trump aide Stephen Miller**

*US NEWS*

# Police chief accused of helping cover up gang rape allegedly carried out by Sean 'Diddy' Combs, Odell Beckham Jr. and comedian Druski: lawsuit

By Emily Crane

**204 Comments**

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit                    6/10/25, 2:34 PM

Published March 12, 2025, 9:26 a.m. ET

Maui's police chief has been accused in a bombshell court filing of helping to cover up a gang rape allegedly carried out by Sean "Diddy" Combs, NFL star Odell Beckham Jr. and comedian Druski.

Police Chief John Pelletier is accused of trying to conceal the violent attack on one of Combs' accusers, Ashley Parham, after it was reported in 2018, according to an amended lawsuit filed in Northern California federal court.

The police chief and the celebrities accused of carrying out the attack have all strenuously denied the allegations.



Police chief accused of cover-up in alleged gang-rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit     6/10/25, 2:34 PM

Maui Chief of Police John Pelletier is accused of engaging in a Diddy cover-up when he was a Las Vegas police captain.

REUTERS

Then a police captain in Las Vegas, Pelletier is accused of posing as a Contra Costa sheriff's deputy when he responded to a 911 call about the alleged sexual attack at a home in Orinda, Calif., the court papers charge.

The accuser claims a neighbor — who she believed at the time was a good Samaritan — called cops after she fled the home in the wake of the alleged gang rape.

"Pelletier, falsely posing as a Contra Costa Sheriff, told [the alleged victim] and the neighbor that they had received several noise complaints prior to the neighbor's call and instructed [Parham] to find a way to get home," the filing states.

**EXPLORE MORE**



**MOST COMMENTED**

JOIN THE CONVERSATION

1.6K

**Senior ABC correspondent suspended after wild rant against top Trump adviser Stephen Miller: 'He eats his hate'**

SECTIONS     *NEW YORK POST*     LOG IN

US News   Metro   Long Island   Politics   World News

TRENDING NOW IN US NEWS

**Hairstylist missing since April found dead at 34**

**Elon Musk hints that explosive fall-out with Trump may be…**

EXHIBIT 5     Page 191

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit          6/10/25, 2:34 PM

**testimony** | **testifies**

Pelletier allegedly didn't offer to take the woman home, call an ambulance, take her to the hospital or help retrieve her belongings from the home she'd just fled, according to the suit.

The accuser alleges seeing the top cop hand what appeared to be an envelope to the neighbor.

"The neighbor went to a nearby room and quickly returned empty-handed," the filing states, adding the alleged victim "believes the envelope contained cash."



The cop has been accused of helping to cover up an alleged gang rape by Sean "Diddy" Combs and others.
Getty Images for Sean "Diddy" Combs

Parham's initial lawsuit detailing the alleged assault, which was first filed last October, didn't identify Pelletier by name. The initial suit also didn't name Beckham Jr. or Druski.

Pelletier, Beckham Jr. and Druski have all strenuously denied the allegations now in the



▸ **3.1K**
**Feds call in the National Guard as riots over immigration raids wreak havoc on Los Angeles**

NOW ON
# Page Six



**Meghan Markle hints at surprising business ventures, Royal expert weighs in**

**BET Awards 2025 recap: performances, winners, biggest moments, more**

**Sydney Sweeney opens up about her body transformation for Christy Martin biopic**

SEE ALL ▸

**EXHIBIT 5**                    **Page 192**

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit          6/10/25, 2:34 PM

amended filing.

"We are confident that the evidence will demonstrate these claims to be false and will expose those who are deliberately trying to manipulate the legal system to spread misleading narratives," a spokesperson for Pelletier said.



The attack was carried out with NFL star Odell Beckham Jr. and comedian Druski, the lawsuit claims.

Getty Images

The initial suit claimed Combs threatened her with a knife and used a TV remote to rape the alleged victim in an apparent revenge attack after the

**EXHIBIT 5**          **Page 193**

woman had suggested a month earlier that the disgraced music mogul was involved in Tupac Shakur's murder.

She alleges in the suit that a handful of other men then took turns raping her.

The attackers allegedly referred to Beckham as "Cornelius," the amended lawsuit states, noting the 32-year-old athlete's middle name is Cornelious.



Sean "Diddy" Combs attends a hearing in federal court in Manhattan, October 10, 2024, in this courtroom sketch.

REUTERS

"[The alleged victim] has come to discover the Defendant Doe Cornelius who raped her was Defendant Odell," the lawsuit alleges.

Beckham said in a statement on X late Tuesday that he couldn't "even believe that my name is mentioned in that matter."

"There is absolutely no truth to those allegations,"

EXHIBIT 5                Page 194

he stated firmly. "I do not know and have never met the person that filed the suit."



Combs is being held without bail in federal custody in Brooklyn ahead of his trial in May.

ZUMAPRESS.com / MEGA

"I have never done anything like that, and I would never do anything like that to anyone," he added. "I'm confident that these ridiculous claims against me will be dismissed."

Elsewhere, Druski, whose real name is Drew Desbordes, is accused of putting oil on Parham's naked body before "treating it like a slip and slide and knocking the wind out of [Parham] due to his enormous size," the filing claims.

Druski then stopped himself from falling off the bed and allegedly raped Parham, the papers state.

Druski called it a "fabricated lie."

"I wasn't even a public figure in 2018 — I was broke living with my mom without any connections

EXHIBIT 5                    Page 195

to the entertainment industry at the time of this allegation, so the inclusion of my name is truly outlandish," he wrote on X.

"My heart breaks for actual victims of abuse, but I'm fully confident that the evidence will expose this falsehood and the individuals who are maliciously trying to game the legal system to peddle false narratives."



The Bad Boy Records founder was slapped with federal sex-trafficking charges last September.

London Entertainment /Splash

Combs, for his part, has long denied the numerous claims leveled against him.

"This new complaint — brought by an attorney who has already been sued for defaming Mr. Combs — demonstrates the depraved lengths plaintiffs will travel to garner headlines in pursuit of a payday," the rapper's attorneys said in the wake of the amended suit.

"Mr. Combs was nowhere near Orinda, California on the day Ms. Parham claims she was assaulted there, and the Contra Costa Sheriff's Department

EXHIBIT 5    Page 196

has already confirmed Ms. Parham's claims were determined to be unfounded following a thorough investigation."

"In an attempt to salvage her claims following the investigation debunking them, Ms. Parham has now invented an even wilder narrative, alleging a vast [and facially implausible] conspiracy between law enforcement, local civilians, and media industry players," the attorneys added.

"Mr. Combs looks forward to having his day in court where these lies — and the perverse motives of those who told them — will be revealed."

The Bad Boy Records founder was slapped with federal sex-trafficking charges last September.

Since his arrest, a flurry of civil lawsuits has also been filed against the rapper alleging abuse dating back decades.

Combs, who has pleaded not guilty to the federal charges, is being held without bail in federal custody in Brooklyn ahead of his trial in May.

FILED UNDER    LAWSUIT,  ODELL BECKHAM JR., POLICE,  SEAN 'DIDDY' COMBS,  3/12/25

EXHIBIT 5                Page 197

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit          6/10/25, 2:34 PM

# Conversation  **204 Comments**

Share your stance. Please adhere to our

guidelines.

> Join the conversation

Sort by **Best** ⌄

**John B**                         ⋯

12 March, 2025

the plot thickens, odds are all this
was probably common knowledge in
the entertainment community and
law enforcement looked away, no
doubt more names to come out

Reply  ·  👍 84  ·  Share

> **Pearlgirl**                ⋯
>
> 12 March, 2025
>
> Just like the LA police covering
> up the misdeeds of Scientology
>
> Reply  ·  👍 80  ·  Share
>
> ↪ 4 replies

↪ Show 2 more replies

**EXHIBIT 5          Page 198**

**Snow🍎White**    •••

12 March, 2025

I remember when I was recovering from a serious accident and all I saw all these posts about the "white parties" each year. They looked like so much fun. The Post, Daily News, & plenty of other celebrity rags covered them. I would dream about being at one of these "fun" 😶 parties instead of going ...**See more**

Reply   ·   👍 50   ·   Share

>   **Bowzzer101**    •••
>
>   12 March, 2025
>
>   Well they don't do analstretching at PT.
>
>   Reply   ·   👍 39   ·   Share
>
>   ↳ 1 reply

**EXHIBIT 5                    Page 199**

**Captain Canada**    · · ·

12 March, 2025

Another layer of the onion exposed.
Keep it coming. The evidence on
Diddy is so strong, bail was not being
offered. Some of the most heinous
criminals are offered bail. Tells you
how Diddy's trial is going to go. Was
it worth it Diddy?

Reply   ·   👍 112   ·   Share

> **Big Tex**    · · ·
>
> 12 March, 2025
>
> Hopefully it will go the same
> way it went for R Kelly.
>
> Reply   ·   👍 63   ·   Share
>
> ↳ 2 replies

↳ Show 5 more replies

Show More Comments

Powered    ❋ OpenWeb    Terms | Privacy | Feedback
by

**EXHIBIT 5**                **Page 200**

Police chief accused of cover-up in alleged gange rape involving Sean 'Diddy' Combs, Odell Beckham Jr. and Druski: suit    6/10/25, 2:34 PM

39 People Reacted

# What's your reaction to this article?



**Top Notch**

**136**



**So-so**

**12**



**Next!**

**10**

**MORE STORIES**



### SECTIONS & FEATURES

US NEWS
WORLD NEWS
SPORTS
BETTING
OPINION
FASHION & BEAUTY
LIFESTYLE
MEDIA
SCIENCE
TRAVEL
VIDEO
ALEXA
HOROSCOPES
PODCASTS

COLUMNISTS

METRO
SPORTS
BUSINESS

ENTERTAINMENT
SHOPPING

REAL ESTATE
TECH
HEALTH
ASTROLOGY
PHOTOS
COVERS
SPORTS ODDS
CROSSWORDS & GAMES
CLASSIFIEDS

### POST SPORTS+

SUBSCRIBE
ARTICLES
MANAGE

### NEWSLETTERS & FEEDS

EMAIL
NEWSLETTERS
RSS FEEDS
NY POST OFFICIAL STORE

### HOME DELIVERY

SUBSCRIBE
MANAGE SUBSCRIPTION

DELIVERY HELP

### HELP/SUPPORT

ABOUT NEW YORK POST
EDITORIAL STANDARDS
CUSTOMER SERVICE
APPS HELP
COMMUNITY GUIDELINES

### CONTACT US

TIPS
NEWSROOM
LETTERS TO THE EDITOR
LICENSING & REPRINTS
CAREERS
VULNERABILITY DISCLOSURE PROGRAM

### APPS

IPHONE APP
IPAD APP
ANDROID PHONE
ANDROID TABLET

### ADVERTISE

MEDIA KIT
CONTACT

© 2025 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Subscription Terms | Privacy Notice | Sitemap

**Your California Privacy Rights**

**EXHIBIT 5**              **Page 202**

Sean 'Diddy' Combs: Suit names new celebrities, new photos in Orinda gang-rape allegations | KTVU FOX 2                                           6/10/25, 2:33 PM

# Sean 'Diddy' Combs: Suit names new celebrities, new photos in Orinda gang-rape allegations

**By** Lisa Fernandez | **Updated** March 17, 2025 7:08am PDT | Orinda | KTVU FOX 2 |

**ORINDA, Calif.** - *WARNING: The allegations in this story are sexually explicit and violent in nature and may be disturbing to some readers. If you are a survivor of sexual assault and need assistance, please contact the National Sexual Assault Hotline at 800-656-4673.*

### The Brief

- An amended lawsuit names NFL player Odell Beckham Jr. and comedian Druski along with Sean "Diddy" Combs as defendants.

- Ashley Parham alleges she was gang-raped in Orinda in 2018.

- Beckham and Druski responded on social media saying the claims against them are "outlandish" and lies.

---

An amended lawsuit filed by a Bay Area woman alleges that more celebrities were allegedly involved in what she describes as a gang rape in Orinda involving rapper Sean "Diddy" Combs, who is being held in federal detention in New York on sex-trafficking criminal charges.

Diddy has pleaded not guilty to those crimes, where he faces a trial in May, and denied the specific allegations listed in this particular lawsuit, originally filed by plaintiff Ashley Parham in October in U.S. District Court in San Francisco, and amended on March 13.

"No sane person reading this complaint could credit this story," Combs' legal team told the entertainment site, People.com.

Parham alleged that Combs and two other men gang-raped her in 2018.

The amended lawsuit names new people who were allegedly involved in Parham's allegations, including NFL player Odell Beckham Jr. and comedian Druski.

The suit also shows photos of several of the defendants.

Parham is being represented by Shawn Perez in Nevada and Ariel Mitchell in Florida. Combs' legal team is suing Mitchell for defamation.

Parham's suit alleges that she was raped in Orinda in 2018 as payback for her mentioning that Combs might have been involved in Tupac's murder years ago.

Parham alleged Druski poured a lubricant on her before using her body like a "slip and slide" and that a man others kept calling "Cornelius," but who is really Beckham, also had sex with her against her will, according to the lawsuit. Combs also allegedly raped her, she claimed, and "violently inserted" a TV remote into her vagina, the suit states.

On social media, both Beckham and Druski denied any wrongdoing.

**Live     News     Weather     Sports     FOX LOCAL     Contests     More ⋮**

There is absolutely no truth to those allegations. I do not know and have never met the person that filed the suit. I was not anywhere near Orinda, CA at that time. In fact, I don't think I have ever been to Orinda, CA."

Druski, real name Drew Desbordes, was also accused of raping Parham in the lawsuit. He called the allegation "a fabricated lie."

"I wasn't a public figure in 2018 — I was broke living with my mom without any connections to the entertainment industry at the time of this allegation, so the inclusion of my name is truly outlandish," Desbordes wrote. "My heart breaks for actual victims of abuse, but I'm fully confident that the evidence will expose this falsehood and the individuals who are maliciously trying to game the legal system to peddle false narratives."

Not only is Combs facing criminal charges, he also faces more than 30 lawsuits from women accusing him of sex crimes.

KTVU does not typically name survivors of sexual assault, but her name is public in a lawsuit and her lawyer said she only files cases when the women's names are public.

**EXHIBIT 5                    Page 204**

Parham has declined an interview with KTVU through her lawyers.

The Contra Costa County Sheriff's Office previously told KTVU that they investigated the matter and found no evidence of a crime.

Parham's original lawsuit was almost dismissed as her lawyers hadn't served Combs the proper summons in time, but they were given an extension until this month.

**The Source**

Amended lawsuit, responses on social media.

---

**Orinda**     **Entertainment**     **News**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations

**EXHIBIT 5**          **Page 205**

NEWS    TOP 100    FEATURES    VIDEOS    ARTISTS

Home    Pop Culture

# Druski Continues To Fight Off Strange Diddy Allegations In Court

BY **GABRIEL BRAS NEVARES**
Published on June 02, 2025

 1275 Views

    



📷 Mar 15, 2023; Houston, Texas, USA; Comedian and internet personality Druski prepares to attempt a ceremonial free throw before the game between the Houston Rockets and the Los Angeles Lakers at Toyota Center. Mandatory Credit: Troy Taormina-USA TODAY Sports via Imagn Images

## TRENDING

**NEWS**

**Teyana Taylor Brings New Energy...**

👁 13.2K Views



**Druski and his legal team seek sanctions against a Diddy accuser's lawyers for pushing an allegedly**

**EXHIBIT 5**                    **Page 206**






**contradictory narrative about him.**

Druski is still going viral for **his hilarious skits,** but more recent updates in his career are no laughing matter. For those unaware, he faces accusations in a lawsuit from a woman named Ashley Parham who alleged that he, **Diddy**, and Odell Beckham Jr. sexually assaulted her in 2018.

MUSIC

**NBA YoungBoy Gets...**

 1.7K Views



NEWS

**Cardi B Surprises Stefon Diggs...**

16.1K Views



## VIDEO

The comedian denies these allegations outright, and per **_AllHipHop,_** he and his legal team seek sanctions against Parham's lawyers Ariel Mitchell and Sean Perez. He claims they fabricated a baseless case with many contradictions and impossible alleged facts.

"Instead of conducting the legally-required diligence, Ms. Mitchell and her

**EXHIBIT 5**    **Page 207**

co-counsel, Sean Perez, recklessly put forth a story in which [Druski] – at the time a broke waiter in Georgia – somehow ended up in Orinda, California with a slew of celebrities he had not yet met in an attack supposedly orchestrated as revenge for Ms. Parham's offhand comment that Sean Combs killed Tupac," **Druski's attorney David Grossman stated.**

"Less than a month after the alleged attack, Ms. Parham herself told the police that she was attacked by Mr. Pearce and his 'twin,' another thin white man she had previously met," Grossman added. "A year later, she declared under penalty of perjury that story was true. She had been attacked by Mr. Pearce and his friend."

**Read More: Diddy Takes Another Loss In Court As Judge Refuses To Strike Trauma Expert's Testimony**

EXHIBIT 5    Page 208

Druski Continues To Fight Off Strange Diddy Allegations In Court                    6/10/25, 2:32 PM

# Druski Net Worth



*Feb 14, 2025; Oakland, California, USA; Druski (1) of Team
Rice reacts after a play during the celebrity game ahead
of the 2025 NBA All Star Game at Oakland Arena.
Mandatory Credit: Darren Yamashita / USA TODAY
NETWORK via Imagn Images*

---

**EXHIBIT 5**                    **Page 209**

Per Grossman, **Druski only appeared as a suspect** in this lawsuit once it gained massive media attention. Before that, there was nothing tying him to the accusations in Parham's initial legal pursuits.

Also, the Maryland native's legal team alleged that attorneys Perez and Mitchell conducted a photo lineup with Parham after they filed a complaint. According to the defense, this puts the veracity of the identification process into question.

**Druski's legal team** wants the court to hit Perez and Mitchell with monetary sanctions, cover attorney's fees, and a complete dismissal of the case. We will see what they decide.

Elsewhere, the Coulda Been creative has a net worth of a million dollars (per *The Success Bug*) to further fuel his career and ventures. But this legal action is still in the way. We will see in due time what the court decides.

**EXHIBIT 5**                                    **Page 210**

Druski Continues To Fight Off Strange Diddy Allegations In Court                    6/10/25, 2:32 PM

Read More: **Diddy's Lawyer Brian Steel Questions Accuser's Story During Trial**

### Tags

DIDDY ALLEGATIONS     DRUSKI WHITE BOY

HIP HOP NEWS     LAWSUIT     SANCTIONS

## About The Author

### Gabriel Bras Nevares

Gabriel Bras Nevares is a staff writer for HotNewHipHop. He joined HNHH while...

---

# RECOMMENDED CONTENT→



POP CULTURE
**Druski Reporter Seeks Puniti...**

👁 June 01, 2025
2.1K 1015     May 10, 2025



POP CULTURE
**Druski Tries To Clear...**

👁 January 25, 2025
2.6K 1368     April 21, 2025

**EXHIBIT 5                    Page 211**

Druski Continues To Fight Off Strange Diddy Allegations In Court                    6/10/25, 2:32 PM

**EXHIBIT 5**                    **Page 212**

Druski Continues To Fight Off Strange Diddy Allegations In Court                                        6/10/25, 2:32 PM

## COMMENTS  1



Please Sign In to comment...                                                                    ✕

Sign In

  **ATLien**                                                                          • • •

I still haven't seen Druski do or say anything funny.

1  👍   👎  0    Reply    June 02, 2025

**EXHIBIT 5**                          **Page 213**

Druski Continues To Fight Off Strange Diddy Allegations In Court                                                      6/10/25, 2:32 PM

News        Top 100
            Features        Videos        ADVERTISE        PROMOTE
            Artists                       WITH US          YOUR
                                                           MUSIC

Terms of Service  |  Privacy Policy                        About  |  Contact  |  Careers  |  Staff

**EXHIBIT 5**                    **Page 214**

Druski's Lawyer Exposes Timeline Flaws in Sexual Assault Suit Connected to Diddy

6/10/25, 2:32 PM

NEWS    FEATURES    INTERVIEWS    REVIEWS    FILM/TV    LIFESTYLE    FESTIVALS

**News**

# Druski's Lawyer Exposes Timeline Flaws in Sexual Assault Suit Connected to Diddy

By Rovelyn Barba

Updated: Jun 03 2025, 00:10 AM EDT

f    in    reddit    ✉    💬




diddy, druski    (PHOTO: GETTY IMAGES)

In new filings, Druski's legal team requested the court penalize attorneys Ariel Mitchell and Sean Perez, accusing them of "recklessly" submitting a fabricated lawsuit on behalf of plaintiff Ashley Parham.

The suit alleges that Druski, along with Diddyand NFL player Odell Beckham Jr., sexually assaulted Parham in Orinda, California, during an incident allegedly sparked by a comment linking Diddy to the death of Tupac Shakur.

According to the complaint, Diddy allegedly directed Druski to attack Parham, and the filing includes disturbing claims regarding Druski's actions during the alleged encounter.

"Druski doused Plaintiff with more oil/lubricant and then jumped

## POPULAR NOW


1

Did Travis Kelce and Taylor Swift Secretly Marry? Wedding Envelope Sparks Fan Frenzy


2

Escort Who Attended Diddy's 'Freak Offs' Claims Final Parties with Cassie Felt 'Evil'


3

Tonys 2025: Amal and George Clooney steal the show, while Joy Huerta dazzled in Narciso Rodríguez.


4

Katy Perry Reacts in Real Time to Stage Intruder During c Show


5

Sharon Osbourne's Shocking Weight Loss: Insiders Say Ozempic Has Gone Too Far

on top of Plaintiff's naked and oiled body, treating it like a slip and slide and knocking the wind out of Plaintiff due to his enormous size," the lawsuit states, as per AllHipHop.

"Defendant Druski then caught himself from sliding over Plaintiff's oiled body and off the bed; he then began raping Plaintiff vaginally."

Druski, whose real name is Drew Desbordes, denies ever being present at the alleged incident and says the timeline contradicts his whereabouts at the time.

His attorney, David Grossman, wrote in court documents that in 2018, Desbordes was a 23-year-old waiter in Georgia with no connections to the other defendants or the California location.

"Instead of conducting the legally-required diligence, Ms. Mitchell and her co-counsel, Sean Perez, recklessly put forth a story in which [Druski]—at the time a broke waiter in Georgia—somehow ended up in Orinda, California with a slew of celebrities he had not yet met in an attack supposedly orchestrated as revenge for Ms. Parham's offhand comment that Sean Combs killed Tupac," Grossman stated.

The legal filing also referenced earlier police records and sworn statements by Parham, which allegedly contradict her current claims.

**Read more: Sean 'Diddy' Combs Accuser Crystal McKinney Alleges Rape by Harvey Weinstein in New Lawsuit**

Grossman noted that Parham previously identified two different individuals as her attackers.

"Less than a month after the alleged attack, Ms. Parham herself told the police that she was attacked by Mr. Pearce and his 'twin,' another thin white man she had previously met," Grossman wrote.

"A year later, she declared under penalty of perjury that story was true—she had been attacked by Mr. Pearce and his friend."

EXHIBIT 5                Page 216

Druski's Lawyer Exposes Timeline Flaws in Sexual Assault Suit Connected to Diddy                    6/10/25, 2:32 PM

According to Grossman, Druski's name did not surface until after the lawsuit had garnered media attention.

He added that the plaintiff's attorneys conducted a photo lineup with Parham only after filing the complaint, raising questions about the reliability of the identification process.

Druski's legal team is asking the court to dismiss the case, order the plaintiff to pay attorney's fees, and impose monetary penalties against Mitchell and Perez for what they claim is a misuse of the court system.

The court has not yet ruled on the request for sanctions.

Parham's attorneys have not publicly responded to the motion. Combs and Beckham Jr. have also denied the allegations.

**Read more:** **Who is Diddy's Missing 'Victim Number 3' Who Mysteriously Disappered Days Before Testimony?**

Tags     Sean "Diddy" Combs

© 2025 MUSICTIMES.COM ALL RIGHTS RESERVED. DO NOT REPRODUCE WITHOUT PERMISSION.

## JOIN THE DISCUSSION

EXHIBIT 5                    Page 217

Druski's Lawyer Exposes Timeline Flaws in Sexual Assault Suit Connected to Diddy                                6/10/25, 2:32 PM

## Comments

🔔

Write a comment

Sign in

Ad Blocker detected, some of our features may not work      ✕

Be the first to comment

## TRENDING STORIES



'Sinner's And The Sound Of Survival: How...                     1

 Add Vuukle  🔒 Privacy                     Vuukle

## YOU MAY ALSO LIKE



**NEWS**

**Diddy's Phone Minutes Blocked? Judge Demands Investigation at Brooklyn Jail**



**NEWS**

**Diddy Nearly Booted From Court Over 'Inappropriate' Gesture: 'One More Move and You're Out!'**



**NEWS**

**Witness Reveals All the Drugs She Supplied to Cassie Ventura Amid Diddy Abuse Allegations**

NEWS    FEATURES    INTERVIEWS    REVIEWS    FILM/TV    LIFESTYLE    FESTIVALS

About Us    Contact Us    Terms of Service    Privacy Policy    Privacy Settings

© Copyright 2025 Music Times. All rights reserved. Reproduction in whole or in part without permission is prohibited.

**EXHIBIT 5**                    **Page 218**

Druski's Lawyer Exposes Timeline Flaws in Sexual Assault Suit Connected to Diddy                                    6/10/25, 2:32 PM

**EXHIBIT 5**                    **Page 219**