

**EXHIBIT A**

**Page 4**