**Chat with "Cliff King Nike" <+16787774713> on March 22, 2018**

Cliff King Nike <+16787774713>
Myself <+15044397612>

Earliest item: 2018-03-22 19:01:24
Latest item: 2018-03-22 19:45:51

Thursday 22 March 2018

Instant Message : Native Messages
19:01:24
From
    Cliff King Nike <+16787774713>

Where are we meeting tomorrow at 1pm?

Instant Message : Native Messages
19:29:47
From
        Myself <+15044397612>

130 is good at my house

Instant Message : Native Messages
19:35:56
From
    Cliff King Nike <+16787774713>

Bet.

Instant Message : Native Messages
19:36:02
From
    Cliff King Nike <+16787774713>

What you doing tonight?

Instant Message : Native Messages
19:36:22
From
        Myself <+15044397612>

Laying low get some rest prolly link up tomorrow night

Instant Message : Native Messages
19:44:47
From
    Cliff King Nike <+16787774713>

Aight bet.

Instant Message : Native Messages
19:45:13
From
    Cliff King Nike <+16787774713>

Nothing wrong with laying low.....

Instant Message : Native Messages
19:45:23
From
        Myself <+15044397612>

Workouts been beating my ass

Instant Message : Native Messages
19:45:51

**EXHIBIT B**                    **Page 5**

Chat with "Cliff King Nike" <+16787774713> on March 23, 2018

Cliff King Nike <+16787774713>
Myself <+15044397612>

**Earliest item: 2018-03-23 12:53:36**

**Latest item: 2018-03-23 12:53:36**

Friday 23 March 2018

Instant Message : Native Messages
12:53:36
From
   Cliff King Nike <+16787774713>

I'll be there a little ahead of the rest of the crew.

End Thread

Thread Statistics

**Instant Message Count**

1

**EXHIBIT B**                                    **Page 6**



Instant Message : Native Messages
16:07:40
From
    Cliff King NIKE <+16787774713>

Will do. My bad, I was trying to call you earlier this morning.

We will make sure he's outta here by 2:30.

| Thread Statistics | End Thread | Instant Message Count |
|---|---|---|
| 2 | | |