# EXHIBIT C
# (Video Lodged with Court)