


**EXHIBIT D**

**Page 9**