

Page 10

EXHIBIT E



**EXHIBIT E**     **Page 11**