| | |
|---|---|
| 1 | ANDREW V. JABLON (SBN 199083) |
| | E-Mail: ajablon@rpblaw.com |
| 2 | STACEY N. KNOX (SBN 192966) |
| | E-Mail: sknox@rpblaw.com |
| 3 | RESCH POLSTER & BERGER LLP |
| | 1840 Century Park East, 17th Floor |
| 4 | Los Angeles, California 90067 |
| | Telephone: 310-277-8300 |
| 5 | Facsimile: 310-552-3209 |

Attorneys for Defendant Odell Beckham, Jr.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE, | Case No. 3:24-cv-07191-RFL |
| Plaintiffs, | **DECLARATION OF JEREMY HILL IN SUPPORT OF MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11; MEMORANDUM OF POINTS AND AUTHORITIES** |
| vs. | |
| SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES a/k/a "Druski," JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS a/k/a "Big Homie CC," and JOHN and JANE DOES 1-10, | |
| | Judge: Hon. Rita F. Lynn |
| | Date: October 14, 2025 |
| | Time: 10:00 a.m. |
| | Crtrm.: 15 |
| | Judge: Hon. Rita F. Lin |
| | Trial Date: None Set |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

Case No. 3:24-cv-07191-RFL

DECLARATION OF JEREMY HILL ISO MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11

## DECLARATION OF JEREMY HILL

I, Jeremy Hill, declare as follows:

1. I am over the age of 18, and have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2. On the evening of March 22, 2018, Odell Beckham, Jr. invited me to his home on Solar Drive in Los Angeles, California.

3. Mr. Beckham, along with Ajay Sangha, and I hung out that evening and, among other things, played videogames. Attached as Exhibit "A" is a screen capture from a video taken that evening by Mr. Beckham, Jr. In the video you can see me and Mr. Sangha. The video was taken at 10:02 p.m., and I stayed for several hours after that before leaving for the night.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of April, 2025, at Baton Rouge, Louisiana.

_Jeremy hill_
Jeremy Hill

1131281.1

**Signature:** 
Jeremy Hill (Apr 30, 2025 18:45 CDT)

**Email:** jeremyhill27@█████████

# Decl of Hill

Final Audit Report    2025-04-30

| | |
|---|---|
| Created: | 2025-04-29 |
| By: | Dominique Davillier (dominique@davillierlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7UQAslS0dGkwUXzrL8RQNRmNiOFER3p0 |

## "Decl of Hill" History

- Document created by Dominique Davillier (dominique@davillierlawgroup.com)
  2025-04-29 - 8:16:21 PM GMT

- Document emailed to Jeremy Hill (jeremyhill27@) for signature
  2025-04-29 - 8:16:31 PM GMT

- Email viewed by Jeremy Hill (jeremyhill27@)
  2025-04-30 - 11:44:28 PM GMT

- Document e-signed by Jeremy Hill (jeremyhill27@)
  Signature Date: 2025-04-30 - 11:45:11 PM GMT - Time Source: server

- Agreement completed.
  2025-04-30 - 11:45:11 PM GMT

Page 4

**Adobe Acrobat Sign**