


**EXHIBIT A**     **Page 5**