ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Defendant Odell Beckham, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES a/k/a "Druski," JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS a/k/a "Big Homie CC," and JOHN and JANE DOES 1-10,<br><br>Defendants. | Case No. 3:24-cv-07191-RFL<br><br>**DECLARATION OF AJAY SANGHA IN SUPPORT OF MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge: Hon. Rita F. Lynn<br>Date: October 14, 2025<br>Time: 10:00 a.m.<br>Crtrm.: 15<br><br>Judge: Hon. Rita F. Lin<br><br>Trial Date:      None Set |

/ / /

/ / /

/ / /

/ / /

Case No. 3:24-cv-07191-RFL

DECLARATION OF AJAY SANGHA ISO MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11

**DECLARATION OF AJAY SANGHA**

I, Ajay Sangha, declare as follows:

1. I am over the age of 18, and have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2. I am a friend and business associate of Odell Beckham, Jr. In 2018 I was, among other things, his personal assistant. In my capacity as Mr. Beckham's personal assistant, I lived with him at a house on Solar Drive in Los Angeles during the summer of 2018.

3. While staying in Los Angeles, if Mr. Beckham and I were to go out, he would hire a car service - Red Limo Line, LLC ("Red Limo") - to drive us. Grigor Vahanyan, who I understand to be the owner of the car service, would drive us, and if we were going out with multiple people and needed additional cars, Red Limo would provide an additional driver.

4. On March 22, 2018, Mr. Vahanyan drove me and Mr. Beckham to various locations in the Los Angeles area, including the Velo Sports Center in Carson, CA where Mr. Beckham had a training session. We returned home to Solar Drive at approximately 6:00 p.m.

5. Mr. Beckham decided that he wanted to stay in that evening, and invited Jeremy Hill to hang out with us to play video games.

6. Attached as <u>Exhibit "A"</u> is a screen capture from a video taken that evening by Mr. Beckham, Jr. In the video you can see me and Mr. Hill. The video was taken at 10:02 p.m., and Mr. Hill stayed for several hours before leaving that night.

7. Mr. Beckham and I remained at Solar Drive until approximately 2:30 p.m. the following day, March 23, 2018, when Mr. Vahanyan picked us up to go to another training session.

8. On the evening of March 23, 2018, Mr. Beckham and I went out to eat and to various bars in the Los Angeles area. We returned home to Solar Drive at

and to various bars in the Los Angeles area. We returned home to Solar Drive at approximately 4:30 a.m.

9. The following morning, we left the home on Solar Drive at 9:30 a.m. to go to Santa Monica Beach where Mr. Beckham worked out with his personal trainer, Jamal Liggin.

10. Attached hereto as <u>Exhibit "B"</u> is a true and correct copy of a photograph I took of Mr. Beckham's dogs at the Santa Monica beach while I was waiting for him to complete his work out. Also attached as part of Exhibit B is a screenshot of the Metadata of the photograph.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this   24th  day of April, 2025, at Los Angeles, California.


Ajay Sangha (Apr 24, 2025 14:16 PDT)

Ajay Sangha

# Decl of Ajay

Final Audit Report  2025-04-24

| | |
|---|---|
| Created: | 2025-04-24 |
| By: | Andrew Jablon (ajablon@rpblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAG2y2UasQ9q9mUPWalRtcNKSr0PzNIi9f |

## "Decl of Ajay" History

- **Document created by Andrew Jablon (ajablon@rpblaw.com)**
  2025-04-24 - 9:00:56 PM GMT

- **Document emailed to ajay@[redacted].com for signature**
  2025-04-24 - 9:01:17 PM GMT

- **Email viewed by ajay@[redacted].com**
  2025-04-24 - 9:15:26 PM GMT

- **Signer ajay@[redacted].com entered name at signing as Ajay Sangha**
  2025-04-24 - 9:16:01 PM GMT

- **Document e-signed by Ajay Sangha (ajay@[redacted].com)**
  Signature Date: 2025-04-24 - 9:16:03 PM GMT - Time Source: server

- **Agreement completed.**
  2025-04-24 - 9:16:03 PM GMT

Page 4

Adobe Acrobat Sign