ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Defendant Odell Beckham, Jr.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES a/k/a "Druski," JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS a/k/a "Big Homie CC," and JOHN and JANE DOES 1-10,<br><br>Defendants. | Case No. 3:24-cv-07191-RFL<br><br>**DECLARATION OF GRIGOR VAHANYAN IN SUPPORT OF MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R. CIV. P. 11; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge: Hon. Rita F. Lynn<br>Date: October 14, 2025<br>Time: 10:00 a.m.<br>Crtrm.: 15<br><br>Judge: Hon. Rita F. Lin<br><br>Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF GRIGOR VAHANYAN**

I, Greg VAHANYAN, declare as follows:

1. I am the President of Red Limo Line, LLC ("Red Limo"), a car service in Los Angeles, CA. I have personal knowledge of the matters set forth herein. If called upon and sworn as a witness, I could and would competently testify to the matters set forth herein.

2. Since April 1, 2015, I have operated Red Limo, a private car service in Los Angeles, California. In addition to my duties as President, I regularly drive Red Limo customers.

3. Red Limo was hired by Odell Beckham, Jr. to provide him with car service from, among other times, March 20, 2018 through March 24, 2018 while he was in Los Angeles, California. I personally drove Mr. Beckham, and his guests, on those dates.

4. As is the regular course and practice of Red Limo and myself, I maintain on Apple Notes on my iPhone a running record of my hours working for a client. I update the Note each day with the hours that I am working and, if an additional driver was working, the hours that they report to me at the end of their shift. Attached hereto as Exhibit "A" is a true and correct copy of my record of hours for the above mentioned time period.

5. As set forth in Exhibit "A", I started work for Mr. Beckham on March 22, 2018 at 9:30 a.m., and continued working with him until 6:00 p.m. when I dropped him off at his home on Solar Drive.

6. I returned to Solar Drive to drive Mr. Beckham on March 23, 2018 at 12:30 p.m. We left Solar Drive at approximately 2:30 p.m. in order to take him to a training session. I was working with Mr. Beckham until 4:30 a.m. the morning of March 24, 2018, when I dropped him off at his home on Solar Drive. Due to the late hour, I slept in a guest room at Mr. Beckham's home, and then started driving him again at 9:30 a.m. that morning when I took him to Santa Monica Beach.

1     7.    At all times that I was driving Mr. Beckham during the period March 20, 2018 through March 24, 2018, the dates and times of which are reflected on Exhibit "A", we were in the greater Los Angeles area, including trips to the Velo Sports Center in Carson, CA.

    8.    Additionally, Mr. Ajay Sangha, who I understand is both Mr. Beckham's friend and business partner, was with Mr. Beckham when I drove them to the various locations on March 22, 23 and 24, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this __24th__ day of April, 2025, at Los Angeles, California.



                        Grigor Vahanyan

1131244.1

3

# Decl of Vahanyan

Final Audit Report                                                                 2025-04-24

| | |
|---|---|
| Created: | 2025-04-24 |
| By: | Andrew Jablon (ajablon@rpblaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_yV-TKxMNfGSepYg_bqWqtrn32g45GHkq |

## "Decl of Vahanyan" History

- Document created by Andrew Jablon (ajablon@rpblaw.com)
  2025-04-24 - 8:58:12 PM GMT

- Document emailed to redlimoline@▮▮▮▮▮▮ for signature
  2025-04-24 - 8:58:30 PM GMT

- Email viewed by redlimoline@▮▮▮▮▮▮
  2025-04-24 - 9:03:07 PM GMT

- Signer redlimoline@gmail.com entered name at signing as Grigor Vahanyan
  2025-04-24 - 9:03:38 PM GMT

- Document e-signed by Grigor Vahanyan (redlimoline@▮▮▮▮▮▮)
  Signature Date: 2025-04-24 - 9:03:40 PM GMT - Time Source: server

- Agreement completed.
  2025-04-24 - 9:03:40 PM GMT



Adobe Acrobat Sign