

03/20/18
09:00am-10:00pm 13h
Valentin 04:00pm-06:00pm 2h

03/21/18
10:30am-07:00pm 8.5h

03/22/18
09:30am-06:00pm 8.5h
Val 01:00pm-08:00pm 7h

03/23/18
12:30pm-04:30am 16h
Seyran uquinox
Val 04:00pm-01:30am 9.5h

03/24/18
09:30am-03:00pm 5.5h
10:00pm-04:00pm 18h
03:00pm-10:00pm Valentin 7

Greg 89.5 h ✅
Valentin 34.5 32.5 1 lax ✅
Sam 1h ✅

_____