ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Defendant Odell Beckham, Jr.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES a/k/a "Druski," JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS a/k/a "Big Homie CC," and JOHN and JANE DOES 1-10, <br><br> Defendants. | Case No. 3:24-cv-07191-RFL <br><br> **NOTICE OF LODGING EXHIBIT "C" TO DECLARATION OF ODELL BECKHAM JR. IN SUPPORT OF MOTION OF ODELL BECKHAM JR. FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUANT TO FED. R.CIV. P. 11 [Dkt. 56-10]** <br><br> Date:  October 14, 2025 <br> Time:  10:00 a.m. <br> Crtrm.: 15 <br><br> Judge:  Hon. Rita F. Lin <br><br> Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

1155422.1

Case No. 3:24-cv-07191-RFL
NOTICE OF LODGING EXHIBIT "C" TO DECL. OF ODELL BECKHAM JR. ISO MOTION FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS & THEIR COUNSEL PURSUANT TO FED. R.CIV. P. 11

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Odell Beckham, Jr. hereby lodges a flash drive containing Exhibit "C" to his declaration in support of the Motion for Imposition of Sanctions Against Plaintiffs and Their Counsel Pursuant to Fed. R.Civ. P. 11 [Dkt. 56-10].

DATED: August 20, 2025        RESCH POLSTER & BERGER LLP


By: _____/S/Andrew V. Jablon_____
        ANDREW V. JABLON
        STACEY N. KNOX
  Attorneys for Defendant Odell Beckham, Jr.

2

Case No. 3:24-cv-07191-RFL

NOTICE OF LODGING EXHIBIT "C" TO DECL. OF ODELL BECKHAM JR. ISO MOTION FOR THE IMPOSITION OF SANCTIONS AGAINST PLAINTIFFS & THEIR COUNSEL PURSUANT TO FED. R.CIV. P. 11

1155422.1