Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, JANE DOE, and JOHN DOE <br><br> Plaintiffs, <br><br> v. <br><br> SEAN COMBS a/k/a "P. Diddy," "Puff Daddy," "Love," "Puffy" and "Diddy," KRISTINA KHORRAM, SHANE PEARCE, RUBEN VALDEZ, JOHN PELLETIER, ODELL BECKHAM JR., DREW DESBORDES a/k/a "Druski," JACQUELYN WRIGHT a/k/a "Jaguar Wright", HELENA HARRIS-SCOTT, MATIAS GONZALEZ, BRANDI CUNNINGHAM, JANICE COMBS, KEITH LUCKS a/k/a "Big Homie CC," and JOHN and JANE DOES 1-10 <br><br> Defendants. | Case No.: 3:24-cv-07191-RFL <br><br> **NOTICE OF UNAVAILABILITY** |

**NOTICE OF UNAVAILABILITY TO ALL PARTIES AND THEIR ATTORNEY**

**OF RECORD:**

**NOTICE IS HEREBY GIVEN** that September 15, 2025, through October 1, 2025, Ariel Mitchell, Attorney for Plaintiffs listed in the caption above, will be unavailable for all purposes, including, but not limited to, receiving notice of any kind, appearing in Court, responding to ex parte applications, responding to discovery, or attending depositions. The basis for the unavailability is that Ariel Mitchell will be out of the country with limited access to communication mechanisms.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2025, a true and correct copy of NOTICE OF UNAVAILABILITY was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 1, 2025                                         Respectfully submitted,

**The Law Office of Ariel Mitchell, P.A.**
Ariel Mitchell (*Pro hac vice*)
ariel@arielesq.com
500 NW 2nd Ave., #12864
Miami, FL 33101
Tel: (305) 903-5835
*Attorneys for Plaintiffs*