FILED
SEP 02 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Jacquelyn S. Wright
2  P.O. Box 272
   Pasadena, CA 91102
3  FOR JACQUELYN S. WRIGHT (Self-Represented)
4
5  # UNITED STATES DISTRICT COURT FOR THE
6  # NORTHERN DISTRICT OF CALIFORNIA
7  ## DECLARATION OF JAGUAR WRIGHT

CASE NO. 3:24-cv-07191-RFL

I am the individual falsely named as a party or witness in the civil complaint filed by attorneys Shawn R. Perez and Ariel Mitchell, and I am submitting this declaration in support of my request to be removed from that lawsuit.

I have personal knowledge of the facts set forth here and, if called to testify, could and would competently testify to them.

I was incarcerated at the time the events alleged in the complaint are said to have occurred. I was in custody at Cook County Jail from January 11th, 2018 until April 11th 2018.

A certified copy of my incarceration records, including my booking and release documentation, is attached as **Exhibit A**.

I had no physical presence, knowledge, participation, or communication relating to the alleged incident, nor was I capable of doing so while in custody.

I request the court to strike or dismiss me from the case in full, as I was falsely identified or maliciously included.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 29th day of August, 2025, at Pasadena, California.

*[signature]*

Respectfully Submitted,
Jaguar Wright

450 Golden Gate Ave
16th Fl Room 16-111
S.F. CA. 94102

# Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

-VS-

WRIGHT, JACQUELYN

NUMBER: 18CR0186901

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 001 | 720-5/10-5(B)(5) | F4 | CHILD ABDUCTN/FL RTN CHILD IL | 1/7/2018 |

The following disposition(s) was/were rendered before the Honorable Judge(s): ____

**EVENTS AND ORDERS OF THE COURT:**

2/1/2018 INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE

2/13/2018 CASE ASSIGNED
   MARTIN, LEROY K, JR.

2/13/2018 MOTION STATE - CONTINUANCE
   BERTUCCI-SMITH, LAURA

2/13/2018 TRANSFERRED
   TRANSFER TO BRANCH 60
   FORD, NICHOLAS R

2/27/2018 MOTION FOR BAIL REDUCTION - FILED
   BERTUCCI-SMITH, LAURA

2/27/2018 BAIL AMOUNT SET                                   $75,000.00
   BERTUCCI-SMITH, LAURA

2/27/2018 ORDER OF COURT ONLY RELEASE DEFENDANT ON D BOND
   BERTUCCI-SMITH, LAURA

2/27/2018 CONTINUANCE BY AGREEMENT
   BERTUCCI-SMITH, LAURA



## Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 18CR0186901

WRIGHT, JACQUELYN

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: 3/28/2025

Mariyana T. Spyropoulos
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Wright
P.O. Box 212
Pasadena, CA 91102

U.S. District Court for
Northern District of CA
450 Golden Gate Ave
16th Floor Room 16-111
San Francisco, CA 94102

RECEIVED

SEP 0 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA