UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEAN COMBS, et al.,<br><br>    Defendants. | Case No. 24-cv-07191-RFL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND STAYING DEADLINES**<br><br>Re: Dkt. Nos. 63, 65 |

    Having considered the relevant factors, and good cause being shown, the Court **GRANTS** the unopposed motion to withdraw as counsel by Shawn Perez and Ariel Mitchell (Dkt. Nos. 63, 65), subject to the conditions set forth below. *See Sinclair v. Agile Web Studios*, No. 23-CV-02690-HSG, 2024 WL 3279522, at *1 (N.D. Cal. June 17, 2024). Shawn Perez and Ariel Mitchell are therefore relieved as counsel of record for Plaintiffs Ashley Parham, John Doe, and Jane Doe.

    Plaintiffs are individuals and may proceed *pro se*, meaning that they may represent themselves without an attorney. By **October 30, 2025**, Plaintiffs are **ORDERED** to have new counsel file a notice of appearance, or to provide a statement that they intend to proceed without an attorney. If Plaintiffs intend to retain counsel, but counsel cannot be retained by this deadline, a request for an extension of time may be filed. Any such request will not be granted absent a showing of good cause and diligence in attempting to obtain counsel.

    The withdrawal is subject to the conditions imposed by Civil Local Rule 11-5(b). Papers shall continue to be served on withdrawing counsel for forwarding purposes unless and until Plaintiffs appear by other counsel or *pro se*. Withdrawing counsel must additionally notify

1

2

Plaintiffs of this condition, as well as provide a copy of this Order.

Plaintiffs' deadlines to respond to Defendant Odell Beckham, Jr.'s motion for sanctions (Dkt. No. 56) are **STAYED**, and the corresponding hearing set for October 14, 2025, is **VACATED**, and will be reset after (a) Plaintiffs provide a statement indicating that they intend to proceed without an attorney, or (b) Plaintiffs' new counsel appears.

**IT IS SO ORDERED.**

Dated: September 30, 2025

RITA F. LIN
United States District Judge