Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et. al<br><br>           Plaintiffs,<br><br>v.<br><br><br><br><br>SEAN COMBS, et. al.<br>           Defendants. | Case No.: 3:24-cv-07191-RFL<br><br>**DECLARATION OF ARIEL MITCHELL IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SEAL** |

### DECLARATION OF ARIEL MITCHELL

I, Ariel Mitchell, declare:

1. I am an attorney at law, licensed to practice pro hac vice before this Court. I have been retained by Plaintiffs in connection with the above-captioned action. I make this Declaration in support of Plaintiffs Administrative Motion to Seal.

2. On August 19, 2025, this Court entered an Order denying Defendant Desbordes motion for sanctions and required Plaintiffs show cause as to basis of Plaintiffs intent to proceed against Defendant.[3]

---
[3] ECF 54

3. On August 20, 2025, this Court entered an Order required Plaintiffs show cause regarding service of Defendants.[4]

4. ■

5. ■

6. ■

7. ■

8. ■

9. ■

10. ■

---
[4] ECF 55



17. ███████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2025, in Miami, Florida.

/s/ Ariel Mitchell