Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
500 NW 2nd Ave. #12864
Miami, FL 33101
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et. al<br><br>                    Plaintiffs,<br><br>v.<br><br><br><br><br>SEAN COMBS, et. al.<br>                    Defendants. | Case No.: 3:24-cv-07191-RFL<br><br>**DECLARATION OF SHAWN PEREZ IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SEAL** |

## <u>DECLARATION OF SHAWN PEREZ</u>

I, Shawn Perez, declare:

1. I am an attorney at law, licensed to practice before all Courts of the State of California and before this Court. I have been retained by Plaintiffs in connection with the above-captioned action. I make this Declaration in support of Plaintiffs Administrative Motion to Seal.

1  2. On August 19, 2025, this Court entered an Order denying Defendant Desbordes motion for sanctions and required Plaintiffs show cause as to basis of Plaintiffs intent to proceed against Defendant.[1]

3. On August 20, 2025, this Court entered an Order required Plaintiffs show cause regarding service of Defendants.[2]

4. ███████████████████████████████████████

5. ███████████████████████████████████████

6. ███████████████████████████████████████

7. ███████████████████████████████████████

8. ███████████████████████████████████████

---

[1] ECF 54

[2] ECF 55

Page 4 of 18

1  9.

4  10.

10  11.

13  12.

16  13.

18  14.

21  15.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2025, in Las Vegas, Nevada.

/s/ Shawn Perez