UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEAN COMBS, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07191-RFL<br><br>**ORDER DENYING MOTION TO RECONSIDER**<br><br>Re: Dkt. No. 68 |

　　　　The motion to reconsider is construed as a motion for leave to reconsider pursuant to Local Rule 7-9. The motion is denied because, as the movant observes, the Court retains jurisdiction to sanction Plaintiffs' counsel even after their withdrawal. Plaintiffs' counsel's withdrawal motion indicates that the breakdown in communications with Plaintiffs as of August 25, 2025, prevented counsel from continuing to effectively represent Plaintiffs. Accordingly, Plaintiffs did not have counsel that could effectively respond on their behalf to Defendant Odell Beckham, Jr.'s sanctions motion by their September 3, 2025 deadline. The Court therefore intends to permit Plaintiffs an opportunity to oppose the sanctions motion after they have obtained new counsel, or in the absence of new counsel, on their own behalf as unrepresented litigants. Because it is more efficient to resolve both the sanctions motion against Plaintiffs and against their counsel at the same time, the hearing on Defendant Odell Beckham, Jr.'s sanctions

1

motion remains vacated, and the briefing schedule as to Plaintiffs only (not their counsel) will be reset after Plaintiffs' October 30 deadline to retain new counsel.

**IT IS SO ORDERED.**

Dated: October 8, 2025

RITA F. LIN
United States District Judge