Exhibit "A"





**GOT A TIP?**  EMAIL OR CALL (888) 847-9869

SPORTS | HIP HOP | WATCH | PHOTOS | TOURS | DEALS


**Cardi B Celebrates 33rd Birthday In Style, Declares "Jesus Year" Ahead**


**Cardi B Hot Shots To Kick Off Her 33rd Birthday!**


**Blueface's Mom & His New GF Say Prison Release Is 'Days Away'**


**DDG Extends Olive Branch to Halle Bailey Amid Bitter Custody Battle**


**Diddy Chokes Up Talking to Baby Love on Phone After Sentencing**

Kevin Hart Makes Grand Entrance on Kai Cenat's Stream With Druski

# KEVIN HART
# WHAT'S GOOD, 'MAFIATHON 3'?!?

# Kevin Hart Makes Grand Entrance, Surprises Kai Cenat and Druski on Live Stream

123

By **TMZ STAFF**

Published September 30, 2025 6:48 AM PDT



**CAN'T KEEP IT DOWN!!!**

**Kevin Hart** made such a grand entrance when he dropped on **Kai Cenat**'s "Mafiathon 3" marathon live stream on Monday ... it literally knocked **Druski**'s pants off!

Check it out ... the moment is hilarious AF as Kevin slyly sneaks it between the well-dressed duo chopping it up on the stream with more than a million people watching ... and the two lose their minds!

It gets to the point where Kevin has to tell Druski to settle down -- and pull up his pants -- before he says he wants to redo the entrance with style ... which means dancing to Usher's "Yeah!"

## MOST POPULAR


**Diane Keaton Dead at 79**
10/11/25


**'RHOP' Star Wendy Osefo, Husband Booked on Fraud Charges in Maryland**
10/10/25


**Lostprophets Singer Ian Watkins Killed In Prison Attack**
10/11/25


**'Family Matters' Alum Darius McCrary Arrested Near California-Mexico...**
10/10/25

And since it's a classy setting as "Mafiathon 3" concludes today ... KH brought what sure looked like a bottle of Cristal.

*THE SKY'S THE LIMIT!!!*

The moment was quite a change from what Kai did over the weekend for his stream ... when he took his millions of followers along with him to skydive.

From the close-up shots, Kai -- who was **tethered to a professional** -- was all smiles as he navigated the parachute to a safe landing, where he was greeted by his crew.

Safe to assume KC is going to pull out all the stops for today's big finale ... and it'll be interesting to see who stops by!

SHARE ON FACEBOOK

SHARE ON X

**RELATED ARTICLES**