Shawn R. Perez, Esq.
Nevada Bar No. 10421
**Law Offices of Shawn R. Perez**
7121 W. Craig Road, #113-38
Las Vegas, Nevada 89129
(949) 492-9545 Telephone
(702) 485-3977 Telephone
shawn711@msn.com

Ariel Mitchell, Esq. *(pro hac vice)*
**The Law Office of Ariel Mitchell, P.A.**
1951 NW 7th Ave.
Suite 160 #306
Miami, FL 33136
Tel: (305) 903-5835
ariel@arielesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et. al<br><br>Plaintiffs,<br>v.<br><br>SEAN COMBS, et. al.<br>Defendants. | Case No.: 3:24-cv-07191-RFL<br><br>**DECLARATION OF ARIEL MITCHELL IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SEAL** |

### <u>DECLARATION OF ARIEL MITCHELL</u>

I, Ariel Mitchell, declare:

1. I am an attorney at law, licensed to practice pro hac vice before this Court. I was retained by Plaintiffs in connection with the above-captioned action. I make this Declaration in support of Plaintiffs Former Counsels' Motion for Leave for Reconsideration.

2. On September 30, 2025, I viewed a post on Twitter/X, which was a video of Defendant Desbordes participating in a live stream with mega streamer Kai Cenat during Kai Cenat's hugely popular "Mafiathon" streaming production.

3. In addition to saving the link and tweets to the video in the motion, I also screen recorded the video to preserve the video in the event it was somehow removed/deleted from the internet to maintain my own independent copy.

4. I have retained all URL and screenshots of all materials related to the motion regarding the admission of Defendant Desbordes and his grandmother. I attest all URL links and tweets attached to this Motion are true and correct.

5. I further attest that the Court's August 19, 2025 Order caused an irreparable rift between Plaintiffs, Shawn and I forcing us to withdraw. Plaintiffs were adamant that the evidence presented by Defendant Desbordes was inadequate and insisted that he was present during the incident alleged in the complaint.

6. Without the intentional fraud, deceit and misrepresentations advanced by Defendant Desbordes and his counsels' frivolous filings, Shawn and I would still be attorneys of record and we would have never had cause or desire to file for withdrawal in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 13, 2025, in Miami, Florida.

                              /s/ Ariel Mitchell