1  Shawn R. Perez, Esq.
   Nevada Bar No. 10421
2  **Law Offices of Shawn R. Perez**
3  7121 W. Craig Road, #113-38
   Las Vegas, Nevada 89129
4  (702) 485-3977 Telephone

5
   Ariel Mitchell, Esq. *(pro hac vice)*
6  **The Law Office of Ariel Mitchell, P.A.**
   1951 NW 7th Ave.
7  Suite 160 #306
   Miami, FL 33136
8  Tel: (305) 903-5835
   ariel@arielesq.com
9
   Attorneys for Plaintiffs
10
                UNITED STATES DISTRICT COURT FOR THE
11                  NORTHERN DISTRICT OF CALIFORNIA

12  ASHLEY PARHAM, et. al        )
                                 )   Case No.: 3:24-cv-07191-RFL
13           Plaintiffs,         )
    v.                           )   **[PROPOSED] ORDER**
14                               )   **GRANTING PLAINTIFFS'**
                                 )   **FORMER COUNSEL MOTION**
15                               )   **FOR LEAVE TO FILE A**
                                 )   **MOTION FOR**
16  SEAN COMBS, et. al.          )   **RECONSIDERATION**
             Defendants.         )
17
                        **[PROPOSED] ORDER**
18
         Before the Court is the Motion for Leave to file a Motion for Reconsideration (the
19
    "Motion") filed by Plaintiffs former counsels, Shawn Perez and Ariel Mitchell ("Plf.
20
    Former Counsel").
21
         Having read and considered the Motion, the pleadings and records on file in this
22
    action, and all other papers filed by the parties in support and in opposition to the Motion,
23
    and good cause appearing therefore,
24
         **IT IS HEREBY ORDERED** that Plf. Former Counsel Motion is GRANTED.
25
         **IT IS SO ORDERED.**
26
    Dated: _____ , 2025              _____
27
                                       Hon. Rita F. Lin
28                                     United States District Court Judge

                          Page 14 of 14