UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SEAN COMBS, et al.,<br><br>        Defendants. | Case No. 24-cv-07191-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 67 |

On September 30, 2025, the Court granted Plaintiffs' counsel's motion to withdraw as counsel, and ordered Plaintiffs to have new counsel file a notice of appearance, or to provide a statement that they intend to proceed without an attorney, by October 30, 2025. (Dkt. No. 67.) The Doe Plaintiffs, however, have failed to respond to the Court's order. Accordingly, the Doe Plaintiffs are **ORDERED TO SHOW CAUSE** why they have not responded to the Court's order to have their new counsel file a notice of appearance or stated their intent to proceed by **Thursday, November 20, 2025**. If the Doe Plaintiffs do not respond by that date, their claims will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**

Dated: November 6, 2025

                                        RITA F. LIN<br>
                                        United States District Judge