UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEAN COMBS, et al.,<br><br>    Defendants. | Case No. 24-cv-07191-RFL<br><br>**ORDER DISCHARGING OSC AND GRANTING IN PART AND DENYING IN PART MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 78, 79 |

      In view of the Doe Plaintiffs' Response to Show Cause Order (Dkt. No. 79-1), the Order to Show Cause is discharged. The Doe Plaintiffs' motion to file under seal (Dkt. No. 79) is **GRANTED IN PART AND DENIED IN PART** because portions of the Response contain confidential health and medical information. (Dkt. No. 79-1.) The Doe Plaintiffs are **ORDERED** to have new counsel file a notice of appearance, or to provide a statement that they intend to proceed without an attorney, by **Monday, December 8, 2025**.

      **IT IS SO ORDERED.**

Dated: November 25, 2025

                                                                     RITA F. LIN<br>
                                                                    United States District Judge