UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY PARHAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SEAN COMBS, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07191-RFL<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 85 |

　　　　On December 16, 2025, the Court filed an Order Dismissing Case For Failure to Prosecute. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
RITA F. LIN
United States District Judge